IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, SAMUEL DOE, STEPHEN DOE, and ABAL DOE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | **PLAINTIFFS' NOTICE OF EMERGENCY MOTION FOR ADMINISTRATIVE STAY, PRODUCTION OF THE CERTIFIED ADMINISTRATIVE RECORD, AND POSTPONEMENT OF FEBRUARY 13, 2026, EFFECTIVE DATE OF AGENCY ACTION**<br><br><u>ORAL ARGUMENT REQUESTED</u><br><br>Civil Action No. 1:26-cv-10278<br><br>Pursuant to L. R. 5.1(c), Plaintiffs note they are requesting **emergency relief** against agency action taking effect **at 11:59pm, February 13, 2026,** and leave to proceed pseudonymously. |

PLEASE TAKE NOTICE THAT, on January 23, 2026, or as soon thereafter as this matter may be heard before the Honorable Judge Saris, Plaintiffs move for an administrative stay of proceedings and ultimately a postponement of agency action under 5 U.S.C. § 705 of the Administrative Procedure Act ("APA").

On December 15, 2025, Defendants issued a decision, 90 Fed. Reg. 58,028 ("Termination"), which will terminate the Temporary Protected Status ("TPS") for nationals of Ethiopia who are lawfully present in the United States under the TPS statute,

8 U.S.C. § 1254a, as of 11:59 p.m. on February 13, 2026. Once the Termination is effective, Plaintiffs and other Ethiopian TPS holders and applicants will be subject to the risk of myriad and grave harms, including: (1) immediate loss of immigration status and related access to federal and state benefits; (2) deportation proceedings and related confinement within the U.S.; (3) forced removal to Ethiopia or other countries where their lives and safety are at risk; (4) forced separation from community members and family in the U.S.; and (5) considerable emotional terror.

To prevent these irreparable harms, Plaintiffs request that the Court act no later than February 11, 2026, to postpone the effective date of the Termination until such time as the Court can resolve in a final order whether the Termination is unlawful. Absent postponement of the effective date, Ethiopian TPS holders and applicants, including the Doe Plaintiffs, will become subject to immigration confinement, deportation, and other adverse consequences, including the risk of fatal harms once the termination is effective on February 14, 2026.

Plaintiffs, however, are cognizant that full review of the administrative record will benefit the Court in adjudicating whether emergency postponement of agency action is appropriate under Section 705 of the APA. Accordingly, Plaintiffs respectfully request an administrative stay so that Defendants can produce the administrative record, and the parties may submit supplemental briefing based on that record.

This Notice of Emergency Motion and Emergency Motion is based on a supporting memorandum of law, supporting declarations, and written evidence filed concurrently. Plaintiffs ask the Court to consider the Motion together with its accompanying arguments and evidence; the other pleadings and filings in this case; any additional matter of which the Court may take judicial notice; and such further evidence or argument as may be presented before, at, or after any hearing the Court holds on the motion. Unless otherwise specified, all citations in the memorandum of

law to "Exhibit," "Exhibits," "Ex." or "Exs." refer to exhibits attached to the accompanying Declaration of Michael E. Cunniff.

Dated: January 25, 2026	Respectfully submitted,

*/s/ Joy Chen*
Joy Chen (BBO No. 714192)
COVINGTON & BURLING LLP
One International Place, Suite 1020
Boston, MA 02110
617.603.8821
JChen@cov.com

*/s/ Mark Lynch*
Mark H. Lynch (*pro hac vice* forthcoming)
Stephen Petkis (*pro hac vice* forthcoming)
Paul Killebrew (*pro hac vice* forthcoming)
Ayana M. Lindsey (*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
MLynch@cov.com
SPetkis@cov.com
PKillebrew@cov.com
ALindsey@cov.com

Michael E. Cunniff (*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001
(212) 841-1000
MCunniff@cov.com

Sarah Leadem (*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
SLeadem@cov.com

/s/ Nargis Aslami
Nargis Aslami (BBO No. 714848)
Golnaz Fakhimi (*pro hac vice* forthcoming)
Collin Poirot (*pro hac vice* forthcoming)
Abbey Rutherford (*pro hac vice* forthcoming)
MUSLIM ADVOCATES
1032 15th Street N.W. #362
Washington, DC 20005
(202) 897-2622
Nargis@muslimadvocates.org
Golnaz@muslimadvocates.org
Collin@muslimadvocates.org
Abbey@muslimadvocates.org

/s/ Eric Crew
Erik Crew (*pro hac vice* forthcoming)
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
(949) 603-7411
ECrew@haitianbridge.org

*Counsel for Plaintiffs African Communities Together, Samuel Doe, Stephen Doe, Abal Doe, and the Proposed Class*

## **CERTIFICATE REGARDING LOCAL RULE 7.1**

Pursuant to Local Rule 7.1, I, Paul Killebrew, hereby certify that on January 22, 2026, I endeavored to confer with counsel for the Defendants on the relief requested in the foregoing motion and attempted in good faith to resolve or narrow the issues. I further certify that copies of this motion and all supporting papers have been served on counsel for the Defendants.

Dated: January 23, 2026

/s/ *Paul Killebrew*
Paul Killebrew