# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, SAMUEL DOE, STEPHEN DOE, and ABAL DOE on behalf of themselves and all others similarly situated,<br><br><br>*Plaintiffs*,<br><br><br>v.<br><br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br><br>*Defendants*. | Civil Action No. 1:26-cv-10278 |

## DECLARATION OF ABAL DOE

I, Abal Doe, upon my personal knowledge, hereby declare as follows:

1. I am a national of Ethiopia. I'm Black, in my 20s, and live in the United States.

2. I have lived in the United States for years and have had Temporary Protected Status (TPS) since 2024.

3. I am a student pursuing higher education in the U.S. to better my life and my family members' lives. Through my educational pursuits here over the past few years, I have built strong community connections and maintain many close friendships. I have worked to create on-campus community for African students and have also tutored others on campus.

4. I've also developed a strong community through my church. I'm a devout Christian, regularly attend church services, and attend church-affiliated events during the week. I teach Sunday school to the children at our church. On Saturdays, the church hosts classes for children in the community, teaching them to read, write, and learn Amharic. I sometimes teach these classes.

5. In addition to my community ties through school and church, I have loved ones who live in the United States and who I stay in touch with and visit.

6. My immediate family live outside of the United States. Because my parents are the sole providers for my siblings and struggle to provide for them, it's important for me to be able to support myself financially.

7. TPS is my only source of full work authorization. My international student status only allows me to do limited work on campus, which is not enough to support myself.  My TPS work authorization has enabled me to work off campus. Without the ability to do off-campus work through my TPS authorization, I cannot financially support myself.

8. I have been terrified about my future since learning that the U.S. government plans to imminently terminate TPS for Ethiopia. Knowing that my TPS will terminate in February has been taking a mental toll. I'm very stressed, and I remain anxious about my future. I will suffer hardship if TPS for Ethiopia terminates imminently.

9. I do not have enough time to prepare for the termination of TPS and make alternative plans because the U.S. government only announced the termination with two months' notice and over the holidays. Sixty days is not enough time for me to figure out my future or how to afford tuition and room and board. All of this is a massive stress on both me and my family.

10. With the stress of TPS expiring, on top of the demands of school, the burden has been heavy. I have been having trouble sleeping, worrying about how I will continue school, if my parents will be able to help me out, or if I will have to leave the United States.

11. My off-campus, paid internship was terminated as a result of the announcement of the termination of TPS for Ethiopia taking effect February 13, 2026. I relied entirely on this paid internship to provide for myself and had been learning a lot through that job about environmental planning, managing a business, and accounting.  I need to maintain the ability to work off campus so that I can support myself.

12. I also worry about how I can maintain immigration status if I lose TPS. I have status as an international student for now, but I'm scared I can't count on that, even in the short term, because of the government's attacks on students over the past year by suddenly terminating student status or revoking student visas for thousands of students.

13. I worry about whether I can even access any other immigration status. I'm aware that a new policy has paused the processing of all pending asylum applications with U.S. Citizenship and Immigration Services (USCIS) and that national origin can be counted

2

against someone filing any new application to USCIS for an immigration benefit. I worry that simply being Ethiopian could be held against me in any immigration processes involving the U.S. government, given that it has decided to terminate TPS for Ethiopia and has also paused issuing immigrant visas to Ethiopians.

14. I cannot return to Ethiopia because I fear for my safety should I return. There is an ongoing war, and I am part of an ethnic group that is regularly discriminated against and subjected to violence. In the capital city, my ethnic group is surveilled, heavily policed, and subjected to discrimination from the government and the public in ways that even limit access to the most basic public services. My family that lives in a rural region is directly impacted by the ongoing civil war and is under constant threat of violence. If forced to return to Ethiopia, I fear that I would be subjected to widespread discrimination at best and violence or death at worst.

15. The war and environmental problems like floods have led to mass internal displacement, making it extremely difficult to get necessary services. The cities are over-crowded with more crime, resource stress, and violence and ethnic tension.

16. Due to the ongoing war, farmers are struggling to grow crops and transport what they are able to produce. There is limited food for everyone, and accessing healthcare is difficult while disease is extremely prevalent.

17. There are also very few jobs, and the jobs that do exist do not pay much. At the same time, the government is spending a significant amount of money on war efforts, which has resulted in cuts to many government benefits that might otherwise help people survive.

18. In the event that I have to leave the U.S. if TPS for Ethiopia terminates, I worry I would be unable to come back, since the U.S. for now has at least paused the issuance of immigrant visas to Ethiopians.

19. I cannot safely return to Ethiopia because of the conditions there, including ongoing armed conflict, abductions and violence, food scarcity, floods, disease, mass displacement, and a crashing economy.

20. I learned about this lawsuit through African Communities Together ("ACT") and am a member of ACT.

21. I am willing to serve as a class representative on behalf of those who are similarly situated to me who are Ethiopian TPS recipients or applicants.

22. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other Ethiopian TPS recipients and applicants.

23. I want to help everyone in my situation and hope that by representing the interests of the class and taking action, I can make change for all of us. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members through the lawsuit.

24. I am providing this declaration anonymously because I fear for my safety.

25. I am afraid that if my name is publicized as part of this lawsuit, I may be targeted and prioritized for immigration enforcement, or that my international student status may be at risk because the administration could take retributive action against me.

26.  If I were to be identifiable as a participant in this lawsuit, I'm also concerned about the harms I could face from anti-immigrant and/or anti-Black members of the public.

27. As it is, I have regularly experienced discriminatory, hostile, and derogatory remarks based on my race and immigration status during my time living in the U.S. If my name were to be publicized as part of this lawsuit, I fear that such remarks and hostility would become more frequent or could lead to any number of retaliatory actions against me, including: urging immigration authorities to target me for confinement and deportation; urging state or private actors in Ethiopia to harm me; or targeting me personally with violence to punish me for filing a legal challenge against the Trump Administration.

28. I also fear that if my real name were to become public in this lawsuit, I would face added danger if I were forced to return to Ethiopia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 20, 2026.

/s/  Abal Doe

Abal Doe

4