# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, SAMUEL DOE, STEPHEN DOE, and ABAL DOE on behalf of themselves and all others similarly situated,<br><br><br><br>*Plaintiffs*,<br><br><br>v.<br><br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br><br><br>*Defendants*. | Civil Action No. 1:26-cv-10278 |

## DECLARATION OF SAMUEL DOE

I, Samuel Doe, upon my personal knowledge, hereby declare as follows:

1. I'm in my 40s and a national of Ethiopia. I'm Black, have lived in the U.S. for years, and have had Temporary Protected Status (TPS) since 2024.

2. I am a career teacher, currently working as a public-school teacher in the U.S. and helping adult students attain their GEDs. Being a public educator is important to me, because knowledge shapes future generations.

3. I also regularly attend and volunteer with my community church. I volunteer with the church in whatever capacity is needed. I have cleaned the grounds, helped out with Sunday school, and assisted in administrative tasks.

4. During the COVID-19 pandemic, I served my community by working with a local health department to facilitate medical care for the broader community.

5. Through my work and my service, it is important to me to be a good member of my community and to meaningfully contribute to the health, safety, and overall positive environment of the community where I live.

6. I am the sole financial provider for my cousins who live outside of the United States and have financially supported friends on occasion. Because my cousins rely on my financial support, it is essential for me to continue to provide it.

7. My TPS status will expire on February 13, 2026, as a result of the termination of Ethiopia's TPS designation.

8. Without TPS, I would not have any other immigration status.

9. I first heard the announcement about the termination of TPS for Ethiopia through the news and later through the U.S. Citizenship and Immigration Services (USCIS) website.

10. I have been terrified about my future since learning that the U.S. government plans to imminently terminate TPS for Ethiopia. I am extremely stressed, as are my friends and family. It is important that I have peace of mind so that I can continue to teach my students well, and the stress is impacting my ability to be the best teacher I can be. The stress is impacting my mental and physical health. I have lost my appetite and energy.

11. I will suffer significant hardship if TPS is terminated.

12. I do not have enough time to prepare for the termination of TPS and make alternative plans because the U.S. government only announced the termination with two months' notice, and around the holidays. Sixty days is not a sufficient time for me to figure out different routes to staying in the United States, and especially not when this time period includes the winter holidays when businesses and the government are not operating at full capacity.

13. I worry about whether I can access any other immigration status. I'm aware that a new policy has paused the processing of all pending USCIS asylum applications and that national origin can be counted against someone filing any new USCIS application for an immigration benefit. I worry that being Ethiopian could be held against me in any U.S. immigration processes, because of the decision to terminate TPS for Ethiopia and because the U.S. has otherwise paused issuing immigrant visas to Ethiopians.

14. If I lose my TPS status, I could face deportation charges and related immigration confinement in the U.S. The thought of losing my physical liberty and being forcibly separated from my community really scares me.

2

15. If I am taken into immigration confinement or deported, it could take a toll on the many community members whom I've volunteered with at my church or taught as my students. I fear that the disruption could prejudice my students' ability or willingness to continue pursuing their education.

16. Like all displaced people, I wish I could safely return to my country, but I cannot because of the conditions there, including ongoing armed conflict, abductions and violence, food scarcity, floods, disease, mass displacement, and a crashing economy. I also fear forced return to Ethiopia because specific aspects of my identity, experiences, and beliefs increase risk to me there.

17. In the event that I have to leave the U.S. if TPS for Ethiopia terminates, I worry I would be unable to come back, since the U.S. for now has at least paused the issuance of immigrant visas to Ethiopians.

18. I learned about this lawsuit from African Communities Together (ACT) and am an ACT member. I am willing to serve as a class representative on behalf of those who are similarly situated to me who are Ethiopian TPS recipients or applicants.

19. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other Ethiopian TPS recipients and applicants.

20. I want to help everyone in my situation because I have a moral obligation to protect my community and I want to be a role model for my friends who are afraid to advocate for their rights out of fear of retribution from the Trump Administration. I hope that by taking this action I can help all those similarly situated and motivate others to take action to protect their rights.

21. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members in the lawsuit.

22. I am providing this declaration anonymously because I fear for my safety and for that of my family.

23. I know that I may soon lose my immigration status if TPS is terminated. I am afraid that if my name is publicized as part of this lawsuit, I may be targeted and prioritized for immigration enforcement.

24. If I were to be identifiable as a participant in this lawsuit, I'm also concerned about the harms I could face from anti-immigrant and/or anti-Black members of the public.

25. As it is, I have regularly experienced discriminatory, hostile, and derogatory remarks based on my race and immigration status during my time living in the U.S. If my name were to be publicized as part of this lawsuit, I fear that such remarks and hostility would become

3

more frequent or could lead to any number of retaliatory actions against me, including: urging immigration authorities to target me for confinement and deportation; urging state or private actors in Ethiopia to harm me; or targeting me personally with violence to punish me for filing a legal challenge against the Trump Administration.

26. I also fear that if my real name becomes public in this lawsuit, I would be in added danger if I were forced to return to Ethiopia because of aspects of my identity and beliefs and becoming more visible within Ethiopia than I already am.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 20, 2026.

/s/  Samuel Doe

Samuel Doe

4