# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, SAMUEL DOE, STEPHEN DOE, and ABAL DOE on behalf of themselves and all others similarly situated,<br><br><br>*Plaintiffs*,<br><br><br>v.<br><br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br><br>*Defendants*. | Civil Action No. 1:26-cv-10278 |

**DECLARATION OF STEPHEN DOE**

I, Stephen Doe, upon my personal knowledge, hereby declare as follows:

1.  I am Black, in my 30s, and a national of Ethiopia. I have lived in the United States for years and have had Temporary Protected Status (TPS) since 2024.

2.  I live with my domestic partner, who I met in the U.S. I am happy with the family that we have made for ourselves here in the United States, and we would both suffer tremendously if we were forced to live on different continents due to the TPS termination.

3.  My family means the world to me. My immediate family lives mostly outside the U.S. but I also have multiple aunts, an uncle, and cousins in the United States who are U.S. citizens.

I am very close with my aunts and uncle and with my cousins. We all support each other, emotionally and in other ways.

4. I have a sibling who is living with a chronic mental health condition that impairs their ability to live independently, who I try to support in as many ways as possible. It is also difficult for my parents to support them.

5. When I have been employed and able to earn an income, I have sent money to my family abroad to help them make ends meet.

6. My aunt and uncle, both of whom are U.S. citizens, live with chronic medical conditions and have a difficult time navigating the healthcare system in this country. I have used my background and my education to help make sure they get the treatment they require; with my help securing suitable treatment and care, I am happy to say both of their conditions have been improving.

7. I also have a sibling who is in the United States, who I support however I am able—mostly emotionally and financially. They live in a different part of the country and come to visit me when they can. We celebrate birthdays and other special occasions. I hope to be able to celebrate their graduation with them this spring.

8. I have devoted my life to advocating and supporting people who are unable to take care of themselves or advocate for themselves, whether due to illness, financial burdens, or other reasons. I have provided sustained financial support to people who have been disfigured and disabled by the ongoing armed conflict in Ethiopia and have otherwise worked together with fellow health professionals to raise badly needed funds for areas of Ethiopia whose healthcare infrastructure has been devastated by the ongoing armed conflict.

9. Before coming to the U.S., I worked as a healthcare professional in a medical facility with a focus on helping people who were disfigured in horrific incidents and illnesses. That work and my life experiences nurtured the development of my interest in a specialized field of medical research in which I have since gained expertise in the United States. I currently spend my time, on a full-time basis, contributing to this specialized field to improve the wellbeing and quality of life of people; and I am working hard to prepare for my licensing exam, so I can resume professional practice. In my time in the U.S., I am proud to have served as a patient ambassador at a major hospital.

10. TPS is currently my only form of protection from deportation. It is also the only source of work authorization that I currently have. My TPS and work permit are set to expire on February 13, 2026, due to the U.S. government's termination of Ethiopia's TPS designation.

11. I first heard the announcement about the termination of Ethiopia's TPS designation when U.S. Citizenship and Immigration Services (USCIS) sent out a newsletter. Even though I had seen the terminations of other countries' TPS, I was hopeful that Ethiopia would be different. I had heard a member of Congress discuss how dangerous conditions in Ethiopia

are and had hoped that in light of those conditions the U.S. government would extend the TPS designation because those conditions make return unsafe.

12. When I received the USCIS newsletter announcing the termination, I immediately panicked. I couldn't even finish reading the newsletter at first because I was shocked and extremely worried for myself and—more importantly—for my family. All I could do was run to tell my partner what was happening and how scared I was.

13. I have not been able to prepare for Ethiopia's TPS termination or make alternative plans, and there is no way that I can sufficiently prepare to overhaul my entire life with just two months' notice. I would have to give up my medical research in the U.S., my pursuit of health professional licensure here, and my life here with my domestic partner.

14. I have been terrified about my future and that of my family and my partner since learning that the U.S. government plans to imminently terminate TPS for Ethiopia. My partner would suffer here without me and cannot go to Ethiopia because she herself would face abuse and discrimination there.

15. My fear and anxiety have undermined my work and research. I have been supporting team-based pursuit of important grant applications and have also been part of team-based scientific research on important issues impacting people's wellbeing in the U.S. Navigating the stresses of the TPS termination has complicated and made more difficult my desire to focus on the demands of my research and grant work. My team has been counting on my contributions for its research efforts and funding efforts and appreciates my involvement in both, and the uncertainties I'm now navigating necessarily impact the aims and efficacy of my team's efforts.

16. If Ethiopia's TPS designation is terminated, I will have to immediately stop all of the work and research I've been doing; I would have to abandon my work team, and I would lose the ability to take the licensure exam that I have been studying for.

17. If I lose my TPS status, I will lose my related work permit and would no longer be able to support myself, my partner, U.S. citizen loved ones in the United States, and family and others in need abroad.

18. If I lose my TPS status, I would also lose my ability to maintain a valid driver's license, which I need to be able to drive to run errands, among other things.

19. I worry about whether I could access any other immigration status. I'm aware that a new policy has paused the processing of all pending asylum applications with USCIS and that national origin can be counted against someone filing any new application to USCIS for an immigration benefit. I worry that being Ethiopian could be held against me in any U.S. immigration processes, because of the decision to terminate TPS for Ethiopia and because the U.S. has otherwise paused issuing immigrant visas to Ethiopians.

3

20. If I lose my TPS status, I could face deportation charges and related immigration confinement in the U.S. The thought of losing my physical liberty and being forcibly separated from my partner and my community really scares me and so do the related impacts that my partner, family, work team, and research community could suffer.

21. I cannot return safely to Ethiopia because of conditions there, including: ongoing armed conflict, abductions and violence, food scarcity, floods, disease, mass displacement, and a crashing economy

22. In the event that I have to leave the U.S. if TPS for Ethiopia terminates, I worry I would be unable to come back, since the U.S. for now has at least paused the issuance of immigrant visas to Ethiopians.

23. I am a member of African Communities Together (ACT) and am willing to serve as a class representative on behalf of those who are similarly situated to me who are Ethiopian TPS recipients or applicants.

24. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other Ethiopian TPS recipients or applicants.

25. I want to help everyone in my situation because I know a lot of people are in severe and immediate danger if they lose their status, just like me. I'm thinking of elderly people, sick people, and other vulnerable people who might have to go back to Ethiopia and may not even know about the termination yet. I want to stand up and do what I can because so many others don't have the ability to speak up for themselves—they don't know enough, they are too scared, or they don't have the ability.

26. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members through this lawsuit.

27. I am providing this declaration anonymously because I fear for my safety and for that of my family.

28. I know that I may soon lose my immigration status if TPS is terminated. I am afraid that if my name is publicized as part of this lawsuit, I may be targeted and prioritized for immigration enforcement.

29. If I were to be identifiable as a participant in this lawsuit, I'm also concerned about the harms I could face from anti-immigrant and/or anti-Black members of the public.

30. As it is, I have regularly experienced hostile remarks based on my race and immigration status during my time living in the U.S. If my name were to be publicized as part of this lawsuit, I fear that such remarks and hostility would become more frequent or could lead to any number of retaliatory actions against me, including: urging immigration authorities to target me for confinement and deportation; urging state or private actors in Ethiopia to harm me; or targeting me personally with violence to punish me for filing a legal challenge

against the Trump Administration. Any such retaliatory actions against me could prejudice the viability of the medical research that my team and I have been working so hard to advance.

31. I also fear that if my real name becomes public in this lawsuit, I would be in added danger if I were forced to return to Ethiopia because of aspects of my identity and beliefs and becoming more visible within Ethiopia than I already am.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 20, 2026.


/s/ Stephen Doe

Stephen Doe

5