# EXHIBIT 7

**DECLARATION OF AARON REICHLIN-MELNICK**

1.    I, Aaron Reichlin-Melnick, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2.    I am a Senior Fellow at the American Immigration Council ("Immigration Council"), a nonprofit and non-partisan organization whose mission includes the use of facts to educate the public on the important and enduring contributions that immigrants make to America.

3.    As a Senior Fellow at the Immigration Council, I have since 2018 tracked and analyzed trends in Department of Homeland Security ("DHS") policies and data. I have testified before Congress seven times between 2021 and 2025 on topics which rely on my knowledge of DHS immigration data and publications.[1] I have also previously submitted expert declarations analyzing government-produced immigration statistics.[2]

4.    Since 2018, I have been tasked with maintaining and updating the American Immigration Council's fact sheet on Temporary Protected Status ("TPS"),[3] which has required me to read and analyze every TPS designation and redesignation, extension, or termination in the past seven years. As part of my policy work, I have also analyzed and tracked the size of the TPS population through regular analysis of the relevant U.S. Citizenship and Immigration Data.[4] In

---

[1] *See, e.g.*, U.S. House of Representatives, Committee on the Judiciary, Subcommittee on Immigration Integrity, Security, and Enforcement, Testimony of Aaron Reichlin-Melnick for hearing on Presidential Power to Secure the Border (Mar. 24, 2024), *available at* https://docs.house.gov/meetings/JU/JU01/20240307/116925/HMTG-118-JU01-Wstate-Reichlin-MelnickA-20240307.pdf.

[2] *See, e.g.*, *Innovation Law Lab v. Wolf*, 3:19-cv-00807-RS (N.D. Cal. filed Feb. 14, 2019), *Padilla v. ICE*, No. 2:18-cv-00928-MJP (W.D. Wash. filed June 25, 2018), *East Bay Sanctuary Coalition II v. Wolf*, 3:19-cv-04073-JST (N.D. Cal filed July 16, 2019); *Miot v. Trump*, 1:25-cv-02471, ECF No. 26-7 (D.D.C. filed July 30, 2025).

[3] American Immigration Council, "Temporary Protected Status: An Overview," https://www.americanimmigrationcouncil.org/wp-content/uploads/2017/08/Temporary-Protected-Status-An-Overview-0925.pdf, *last updated* Sept. 25, 2025.

[4] *See, e.g.*, U.S. Citizenship and Immigration Services, "Form I-821, Application for Temporary Protected Status Receipts, Approvals, Denials, and Pending by Country of Designation (Fiscal Year 2025, Q3)," Oct. 8, 2025, https://www.uscis.gov/sites/default/files/document/data/i821_radp_fy2025_q3.xlsx.

preparation for this declaration I have reviewed every prior TPS designation and re-designation, extension, and termination, from 1990 through present.

5.    My review of the 35-year history of TPS finds that before 2025, the sole rationale cited to justify termination of TPS has been an end to the temporary country conditions which authorized the initial designation. In 22 Federal Register Termination Notices from 1992 through 2018 that I reviewed, no Secretary or Attorney General has ever listed national interest as a ground for termination.

6.    In each of the 22 terminations of TPS from 1992 through 2018 that I reviewed, the Secretary or Attorney General has explained that the termination was an informed decision resulting from the interagency review process of the country conditions underlying the initial designation. This review determined whether there remained an armed conflict, environmental disaster (or other prerequisite under INA § 244(b)(1)(B)), or other "extraordinary and temporary conditions" in the foreign state.

7.    References to "public interest" in Termination Notices prior to 2025 are rare and cursory. In total, the phrase is referenced in just three Termination Notices out of 22.

8.    The first Termination Notice which references "national interest" is the June 1997 termination of TPS for Rwanda, and comes within a single sentence of boilerplate declaring compliance with the consultation requirement of INA § 244(b)(3).

9.    The second reference is contained in a March 1998 Termination Notice for TPS for Liberia, which contains substantively identical boilerplate.[5] Following a renewed outbreak of hostilities

---

[5] *Compare* Termination of Designation of Rwanda Under Temporary Protected Status Program After Final 6-Month Extension, 62 Fed. Reg. 33443 (June 19, 1997) ("pursuant to section 244(b)(3) of the Act, I have had consultations with the appropriate agencies of the U.S. Government concerning (a) the conditions in Rwanda; and (b) whether permitting nationals of Rwanda (and aliens having no nationality who last habitually resided in Rwanda) to remain temporarily in the United States is contrary to the national interest of the United States") *with* Termination of Designation of Liberia Under the Temporary Protected Status Program, 64 Fed. Reg. 41463 (July 30, 1999) (same, substituting Liberia).

in Liberia, that termination was mooted by September 1998 redesignation which does not

reference national interest.[6] This was followed by a second Termination Notice in July 1999

which also did not reference national interest.[7]

10.   The third reference occurs in a 2004 Termination and Redesignation Notice for Liberia. The

Termination ends a 2002 designation of TPS under INA § 244(b)(3)(A) for the existence of an

"ongoing armed conflict." Secretary Ridge first determined that the peace process following the

Second Liberian Civil War had brought an end to the "armed conflict," which required

termination of the 2002 designation. He then simultaneously re-designated TPS under INA §

244(b)(3)(C), and in so doing recited the statutory factors for a initial grant of TPS, including

that the new grant was not contrary to national interest.

11.   Similar references to the phrase "national interest" in designations, redesignations, and

extensions are equally cursory. Until 2025, no Attorney General or Secretary has explained their

conclusion that it is not "contrary to the national interest" to permit TPS beneficiaries to remain

temporarily in the United States," or ever justified a termination on national interest grounds.

12.   By contrast, Termination Notices, as well as extensions and designations, routinely provide

a detailed explanation as to the existence (or lack thereof) of the country conditions which justify

TPS. A comprehensive list of each TPS termination prior to 2025, as well as the dispositive

rationale provided for termination in each case, is below.

> a.   **Kuwait (1991-1992)**: "I find after consultation with the appropriate agencies of
> the United States Government, that the extraordinary and temporary conditions
> found to exist in Kuwait on March 27, 1991, are not presently in existence, in that

---

[6] Redesignation of Liberia Under Temporary Protected Status Program, 63 Fed. Reg. 51958 (Sept. 29, 1998).

[7] Termination of Designation of Liberia Under the Temporary Protected Status Program, 64 Fed. Reg. 41463 (July 30, 1999).

substantial progress has been made toward the rebuilding of Kuwait society so that the temporary impediments to safe return posed on March 27, 1991, by the immediate aftermath of the Iraqi occupation and the subsequent military conflict no longer remain."[8]

b. **Lebanon (1991-1993)**: "I find, after consultation with the appropriate agencies of the United States Government, that the extraordinary and temporary conditions found to exist in Lebanon on March 21, 1991, and on January 20, 1992, are not presently in existence."[9]

c. **Rwanda (1994-1997):** "As a result of these consultations, I have determined that Rwanda no longer continues to meet the conditions for designation of TPS under section 244(b)(1) of the Act. … While other avenues of immigration relief, including asylum, remain available to Rwandans in the United States who believe that their particular circumstances make return to Rwanda unsafe, we have determined that TPS is no longer appropriate for Rwandans in general."[10]

d. **Liberia (1991-1999)**:

   i. 1998 initial termination: "As a result of these consultations, I have determined that Liberia no longer continues to meet the conditions for designation of TPS under section 244(b)(1) of the Act. … In view of the Department of State's recommendation for termination, I have determined

---

[8] Termination of Designation of Kuwait under Temporary Protected Status Program, 57 Fed. Reg. 2930 (Jan. 24, 1992).

[9] Termination of Designation of Lebanon Under Temporary Protected Status Program, 58 Fed. Reg. 7477 (Feb. 8, 1993).

[10] Termination of Designation of Rwanda Under Temporary Protected Status Program After Final 6-Month Extension, 62 Fed. Reg. 33443 (June 19, 1997).

that TPS is no longer appropriate for Liberia in general."[11] Following a renewed outbreak of civil unrest, this termination did not take effect.

   ii. 1999 final termination: "the Attorney General has determined that conditions in Liberia no longer support a TPS designation."[12]

e. **Guinea-Bissau (1999-2000)**: "Based upon a more recent review of conditions within Guinea-Bissau by the Departments of Justice and State, the Attorney General finds that conditions no longer support a TPS designation. … I have consulted with the appropriate agencies of Government concerning conflict and security conditions in Guinea- Bissau. 8 U.S.C. 1254a(b)(3). Based on these consultations, I have determined that Guinea-Bissau no longer meets the conditions for designation of TPS under section 244(b)(1) of the Act."[13]

f. **Kosovo (1998-2000)**: "Based upon a more recent review of conditions within the Kosovo Province by the Departments of Justice and State, the Attorney General finds that conditions in the Kosovo Province no longer support a TPS designation. … I have consulted with the appropriate agencies of Government concerning conflict and security conditions in the Kosovo Province. 8 U.S.C. 1254a(b)(3). Based on these consultations, I have determined that the Kosovo Province no longer meets the conditions for designation of TPS under section 244(b)(1) of the Act."[14]

---

[11] Termination of Designation of Liberia Under Temporary Protected Status Program After Final 6-Month Extension, 63 Fed. Reg. 15437 (Mar. 31, 1998).

[12] Termination of Designation of Liberia Under the Temporary Protected Status Program, 64 Fed. Reg. 41463 (July 30, 1999).

[13] Six-Month Extension and Termination of Designation of Guinea-Bissau Under the Temporary Protected Status Program, 65 Fed. Reg. 15016 (Mar. 20, 2000).

[14] Termination of the Province of Kosovo in the Republic of Serbia in the State of the Federal Republic of Yugoslavia (Serbia-Montenegro) Under the Temporary Protected Status Program, 65 Fed. Reg. 33356 (May 23, 2000).

g. **Bosnia-Herzegovina (1992-2001)**: "I have consulted with the appropriate agencies of Government concerning conflict and security conditions in Bosnia-Herzegovina. 8 U.S.C. 1254a(b)(3). Based on these consultations, I have determined that Bosnia-Herzegovina no longer meets the conditions for designation of TPS under section 233(b)(1) of the Act"[15]

h. **Angola (2000-2003)**: "Based upon a recent review of conditions within Angola by the Departments of Justice and State, the Attorney General finds that conditions in Angola no longer support a TPS designation. … For the foregoing reasons, the Attorney General determines that Angolan TPS beneficiaries may return safely to Angola at this time and, therefore, terminates the TPS designation for Angola."[16]

i. **Liberia (2002-2004)**: "Based upon this review, the Secretary of DHS, after consultation with appropriate government agencies, finds that the conditions that prompted designation of Liberia for TPS are no longer met. 8 U.S.C. 1254a(b)(3)(A) and (B). The armed conflict has ceased."[17]

j. **Montserrat (1997-2005)**: "Based upon this review, the Secretary of DHS, after consultation with appropriate government agencies, finds that Montserrat no longer continues to meet the conditions for designation under the TPS program. 8 U.S.C. 1254a(b)(3)(A). Because the volcanic eruptions are unlikely to cease in the

---

[15] Termination of Bosnia-Herzegovina Under the Temporary Protected Status Program, 65 Fed. Reg. 52789 (Aug. 30, 2000).

[16] Termination of Designation of Angola Under the Temporary Protected Status Program, 68 Fed. Reg. 3896 (Jan. 27, 2003).

[17] Termination and Re-Designation of Liberia for Temporary Protected Status, 69 Fed. Reg. 52297 (Aug. 25, 2004).

foreseeable future, they can no longer be considered 'temporary' as required by Congress when it enacted the TPS statute."[18]

k. **Liberia (2004-2007)**: "Based upon this review, the Secretary, after consultation with appropriate Government agencies, determined that the extraordinary and temporary conditions that prompted the re-designation of Liberia for TPS no longer prevent Liberians (or aliens having no nationality who last habitually resided in Liberia) from returning to their home country in safety, and that the designation of Liberia for TPS should be terminated."[19]

l. **Burundi (1997-2007)**: "Based upon this review, the Secretary finds, after consultation with the appropriate Government agencies, that the armed conflict is no longer ongoing, that the extraordinary and temporary conditions that prompted the designation and re-designation of Burundi for TPS no longer prevent Burundians (or aliens having no nationality who last habitually resided in Burundi) from returning in safety, and that the designation of Burundi for TPS should be terminated."[20]

m. **Guinea (2014-2017)**: "Based on the reviews and after consulting with DOS, the Secretary has determined that the termination of the TPS designation of Guinea, after a 6-month extension of TPS benefits for orderly transition, is required because the extraordinary and temporary conditions that prompted Guinea's

---

[18] Termination of the Designation of Montserrat Under the Temporary Protected Status Program; Extension of Employment Authorization Documentation, 69 Fed. Reg. 40642 (July 6, 2004).

[19] Termination of the Designation of Liberia for Temporary Protected Status; Automatic Extension of Employment Authorization Documentation for Liberia TPS Beneficiaries, 71 Fed. Reg. 55000 (Sept. 20, 2006).

[20] Termination of the Designation of Burundi for Temporary Protected Status; Automatic Extension of Employment Authorization Documentation for Burundi TPS Beneficiaries, 72 Fed. Reg. 61172 (Oct. 29, 2007).

designation for TPS have substantially resolved and no longer prevent nationals of Guinea from returning in safety."[21]

n.  **Sierra Leone (2014-2017)**: "Based on the reviews and after consulting with DOS, the Secretary has determined that the termination of the TPS designation of Sierra Leone, after a 6-month extension of TPS benefits for orderly transition, is required because the extraordinary and temporary conditions that prompted Sierra Leone's designation for TPS have substantially resolved and no longer prevent nationals of Sierra Leone from returning in safety."[22]

o.  **Liberia (2014-2017)**: "Based on the reviews and after consulting with DOS, the Secretary has determined that the termination of the TPS designation of Liberia, after a 6-month extension of TPS benefits for orderly transition, is required because the extraordinary and temporary conditions that prompted Liberia's designation for TPS have substantially resolved and no longer prevent nationals of Liberia from returning in safety."[23]

p.  **Sudan (1997-2018, termination blocked in court):** "Based on this review and consultation, the Secretary has determined that conditions in Sudan have sufficiently improved for TPS purposes. Termination of the TPS designation of Sudan is required because it no longer meets the statutory conditions for designation. The ongoing armed conflict no longer prevents the return of nationals of Sudan to all regions of Sudan without posing a serious threat to their personal

---

[21] Six-Month Extension of Temporary Protected Status Benefits for Orderly Transition Before Termination of Guinea's Designation for Temporary Protected Status, 81 Fed. Reg. 66064 (Sept. 26, 2016).
[22] Six-Month Extension of Temporary Protected Status Benefits for Orderly Transition Before Termination of Liberia's Designation for Temporary Protected Status, 81 Fed. Reg. 66059 (Sept. 26, 2016).
[23] Six-Month Extension of Temporary Protected Status Benefits for Orderly Transition Before Termination of Sierra Leone's Designation for Temporary Protected Status, 81 Fed. Reg. 66054 (Sept. 26, 2016).

safety. Further, extraordinary and temporary conditions within Sudan no longer prevent nationals from returning in safety to all regions of Sudan."[24]

q. **Nicaragua (1998-2018, termination blocked in court):** "Based on the review, including input received from other relevant U.S. Government agencies, the Secretary has determined that conditions for Nicaragua's 1999 designation for TPS on the basis of environmental disaster due to the damage caused by Hurricane Mitch are no longer met."[25]

r. **El Salvador** (**2001-2019, termination blocked in court**): "Based on the review, including input received from other appropriate U.S. Government agencies, including the Department of State, the Secretary of Homeland Security has determined that the conditions supporting El Salvador's 2001 designation for TPS on the basis of environmental disaster due to the damage caused by the 2001 earthquakes are no longer met."[26]

s. **Haiti (2010-2019, termination blocked in court)**: "Based on the review, including input received from other appropriate U.S. Government agencies, the Acting Secretary of Homeland Security determined on November 20, 2017 that the conditions for Haiti's designation for TPS—on the basis of 'extraordinary and temporary conditions' relating to the 2010 earthquake that prevented Haitian nationals from returning in safety—are no longer met."[27]

---

[24] Termination of the Designation of Sudan for Temporary Protected Status, 82 Fed. Reg. 47228 (Oct. 11, 2017).
[25] Termination of the Designation of Nicaragua for Temporary Protected Status, 82 Fed. Reg. 59636 (Dec. 15, 2017).
[26] Termination of the Designation of El Salvador for Temporary Protected Status, 83 Fed. Reg. 2654 (Jan. 18, 2018).
[27] Termination of the Designation of Haiti for Temporary Protected Status, 83 Fed. Reg. 2648 (Jan. 18, 2018).

t. **Nepal (2015-2019, termination blocked in court)**: "Based on the review—which considered input received from other appropriate U.S. Government agencies, including the Department of State—the Secretary of Homeland Security has determined that the conditions supporting Nepal's 2015 designation for TPS on the basis of environmental disaster due to the April 25, 2015 earthquake are no longer met."[28]

u. **Honduras (1998-2020, termination blocked in court)**: "Based on the review, which considered input received from other appropriate U.S. Government agencies, including the Department of State, the Secretary of Homeland Security has determined that the conditions supporting Honduras's 1999 designation for TPS on the basis of environmental disaster due to the damage caused by Hurricane Mitch in October 1998 are no longer met."[29]

_10/16/2025_____                            _____

DATE:                                        AARON REICHLIN-MELNICK

---

[28] Termination of the Designation of Nepal for Temporary Protected Status, 83 Fed. Reg. 23705 (May 22, 2018).
[29] Termination of the Designation of Honduras for Temporary Protected Status, 83 Fed. Reg. 26074 (June 5, 2018).