# EXHIBIT 11

Case 1:26-cv-10278-BEM    Document 15-12    Filed 01/25/26    Page 2 of 2

← **Post**

**Secretary Kristi Noem** ✔ ☐                                    Follow    ⊘    •••
@Sec_Noem

Today, I am revoking Joe Biden's extension of Venezuelan Temporary Protected Status that Secretary Mayorkas forced through at the very end of the administration.

This program was abused, exploited, and politicized. No more immigration schemes that make Americans less safe.



3:57 PM · Jan 29, 2025 · **2.4M** Views

💬 1.7K          ⟲ 18K          ♡ 101K          🔖 1.1K          ⬆

○    Post your reply                                              Reply

**Laura Loomer** ✔  @LauraLoomer · Jan 29                        ⊘  •••
AMERICA FIRST!

💬 9          ⟲ 20          ♡ 336          �features 9.8K          🔖 ⬆

**Publius** ✔  @OcrazioCornPop · Jan 29                          ⊘  •••
Has the Haitian scam program been revoked yet @sec_noem?

All of these people need to be sent back home.