# EXHIBIT 14

| From: | Miller, Kelley K [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=29099063E0A344A69240A90020DA5808-MILLER, KEL] |
|---|---|
| Sent: | 4/10/2025 5:26:25 PM |
| To: | Cutlip-Mason, Rená E [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=444ed8d5a6e94408aa13181a0c866672-Cutlip-Maso] |
| CC: | Ezeldin, Amany S [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b8b74085eef745d59c1682d10157316b-Ezeldin, Am]; Rigney, Joshua A (Josh) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0cf36ecaf5a04535b84bf9686e60ae3b-Rigney, Jos]; Ridley, Sasha M [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=08164540ac5d4d65807c810fa5226bb1-Ridley, Sas]; El-Hage, Rabia S [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dafa0d3323bc45a9a7af6cc93dc6ae4a-El-Hage, Ra]; Miller, Kelley K [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=29099063e0a344a69240a90020da5808-Miller, Kel] |
| Subject: | RE: Nicaragua DM |

+ Rabia who has graciously agreed to watch Nicaragua for me while I'm on leave. Rabia, we have a State rec for Nicaragua from 2024, not 2025. We also just got the RRU country conditions today. Mark is the project manager for Nicaragua too.

Thank you much,

*Kelley K. Miller*
(she/her/hers)
Adjudications Officer
HQ Field Operations, Division 1, Adjustment of Status, Team 2
On Detail to the Office of Policy and Strategy, Humanitarian Affairs Division, Provisional Protections Branch
U.S. Citizenship and Immigration Services

███████████ work cell

████████████████

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

---

**From:** Miller, Kelley K
**Sent:** Thursday, April 10, 2025 4:54 PM
**To:** Cutlip-Mason, Rená E ███████████████████████
**Cc:** Ezeldin, Amany S ███████████████████; Rigney, Joshua A (Josh) ████████████████████████; Ridley, Sasha M ████████████████████; Miller, Kelley K ████████████████████
**Subject:** Nicaragua DM
**Importance:** High

Hi Rená,

I hope you're well. Did you want to review the Nicaragua DM before we send it to the FO?

📄 04.3.25_Nicaragua_TPS Decision Memo.docx
📄 Attachment A - Temporary Protected Status (TPS) Legal Authority.pdf

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

📄Attachment B - USCIS Country Condition Reports, Honduras.pdf

Thanks for letting us know! I'm off tomorrow, Mon, and Tues, but can keep a look out for this.

Sincerely,

*Kelley K. Miller*

(she/her/hers)
Adjudications Officer
HQ Field Operations, Division 1, Adjustment of Status, Team 2
On Detail to the Office of Policy and Strategy, Humanitarian Affairs Division, Provisional Protections Branch
U.S. Citizenship and Immigration Services

▮▮▮▮▮▮▮ - work cell

▮▮▮▮▮▮▮▮▮▮▮▮

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION