# EXHIBIT 15

**From:**   Cutlip-Mason, Rená E [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=444ed8d5a6e94408aa13181a0c866672-Cutlip-Maso]
**Sent:**   4/8/2025 6:38:15 AM
**To:**   Ridley, Sasha M [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=08164540ac5d4d65807c810fa5226bb1-Ridley, Sas]
**Subject:**   Re: Honduras and Nicaragua TPS

Hi Sasha,

I will do the reach out. ████████████████████████████████████████

████████████████████████████               Thanks, Rena

Rena E. Cutlip-Mason
Chief, Humanitarian Affairs Division
Office of Policy & Strategy
US Citizenship and Immigration Services
Phone (cell) ██████████

---

**From:** Ridley, Sasha M ◀██████████████████████
**Sent:** Monday, April 7, 2025 11:54:45 AM
**To:** Cutlip-Mason, Rená E ◀██████████████████████
**Subject:** Honduras and Nicaragua TPS

Hi! These countries are due 5/4 for S1 decision.  We have DM's written for termination.

Nic – we have old DOS and PRD – **can you please ping RRU?**
Hond – we have RRU, PRD, but no DOS – **can you/Sam please ping Ihsan?**

**Assuming Sam doesn't want to see them without more COI, can you please confirm – thanks!**

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
████████████████████████████
**Call:** ██████████ | **Email:** ████████████████████

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION