# EXHIBIT 18

**From:**      Ridley, Sasha M

**Sent:**      2/21/2025 10:42:44 AM
**To:**        Tanner. Rebecca S

**CC:**        Krichinsky, Emmarie K (Emma)

**Subject:**   RE: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

**Flag:**      Follow up

Hi, just wanted to communicate to your team that the info provided was very helpful and the FO really appreciated the draft.  Would love to get our hands on Afghanistan this morning please! Thanks again, Sasha

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
5900 Capital Gateway Drive Camp Springs, MD 20588
**Call:**          | **Email:**

---

**From:** Tanner, Rebecca S <
**Sent:** Thursday, February 20, 2025 5:53 PM
**To:** Ridley, Sasha M
**Cc:** Krichinsky, Emmarie K (Emma)                     ; Cutlip-Mason, Renà E

**Subject:** RE: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

Hi Sasha,

Apologies for the delay – here's the COI addendum for S Sudan.

Best,
Rebecca

---

**From:** Ridley, Sasha M
**Sent:** Wednesday, February 19, 2025 6:11:36 PM
**To:** Krichinsky, Emmarie K (Emma)
**Subject:** FW: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

Hi Emma,
Can you please ask your analysts to send us a one page write up of any improvements in South Sudan and Afghanistan over the past 18 months? We need this urgently as a matter of priority, sorry for the rush.  Thank you!

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
5900 Capital Gateway Drive Camp Springs, MD 20588
**Call:**          | **Email:**

---

**From:** Delgado, Tatyana E  _____
**Sent:** Wednesday, February 19, 2025 5:35 PM
**To:** Ridley, Sasha M ·                              ·; Cutlip-Mason, Rená E ‹
**Subject:** RE: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

Hi,

Sheila shared the following feedback on the revised South Sudan and Afghanistan DMs:

- The DMs should include additional information that would support different decision outcomes. For example, are there improvements that have been made in the country? What about information about fraud/abuse of the program? She mentioned that there are some stats pending, but did not see where that will be added.

Tatyana

---

**From:** Ridley, Sasha M  _____
**Sent:** Wednesday, February 19, 2025 12:56 PM
**To:** Vagle, Ruhee V ‹ _____ : Deshommes, Samantha L
_____ ›; Cutlip-Mason, Rená E ‹ _____ ; Mahmoudi,
Sheila C ·              ·; Delgado, Tatyana E
**Cc:** Crane, Andrea K · _____ ›; Block, Andrew J ‹ _____ : Noncent,
Karine A _____ ›; Smith, Mirna ·              ; Blatt, Rebecca A

**Subject:** RE: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

Hi everyone, there is one open comment we have asked SPSD to look at re Afghans/national interest, but these are otherwise ready for review. Thank you for your patience!

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
5900 Capital Gateway Drive Camp Springs, MD 20588
**Call:**          | **Email:**

---

**From:** Vagle, Ruhee V ·
**Sent:** Wednesday, February 19, 2025 11:11 AM
**To:** Deshommes, Samantha L _____ . Cutlip-Mason, Rená E _____
›; Mahmoudi, Sheila C ·              ; Delgado, Tatyana E

**Cc:** Crane, Andrea K ‹              ; Ridley, Sasha M ·              ; Block, Andrew J

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

>; Noncent, Karine A                                        : Smith, Mirna

**Subject:** RE: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

Good Morning All!

Thank you for your patience as we updated these drafts. Attached are the redline and clean version for both South Sudan and Afghanistan.

Please note that we are awaiting a response from SPSD/OCDO on a data pull to see if we can provide any further information to support the national interest section.

📄 2.14.25_South Sudan_TPS Decision Memo - clean_2.19.2025.docx

📄 2.14.25_South Sudan_TPS Decision Memo - DRAFT_redline.docx

📄 2.14.25_Afghanistan_TPS Decision Memo - DRAFT_redline.docx

📄 2.19.25_Afghanistan_TPS Decision Memo - DRAFT_CLEAN.docx

Link settings for all four documents are set are for all people in USCIS to be able to edit, but please let me know if you have any trouble.

Warmly,
Ruhee

**From:** Deshommes, Samantha L ·
**Sent:** Tuesday, February 18, 2025 5:32 PM
**To:** Cutlip-Mason, Rená E _____ Mahmoudi, Sheila C
>; Delgado, Tatyana E ·
**Cc:** Crane, Andrea K ‹                          >; Vagle, Ruhee V ·                          ; Ridley, Sasha M
·; Block, Andrew J ·                          Noncent, Karine A
; Smith, Mirna · _____
**Subject:** RE: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

Tomorrow morning works; thanks! Thanks, Team, for all you're doing to make progress.

Sam

**From:** Cutlip-Mason, Rená E
**Sent:** Tuesday, February 18, 2025 5:16 PM
**To:** Mahmoudi, Sheila C ·                          ; Delgado, Tatyana E _____ .
Deshommes, Samantha L
**Cc:** Crane, Andrea K                          ; Vagle, Ruhee V _____ . Ridley, Sasha M
Block, Andrew J ‹_____ . Noncent, Karine A
; Smith, Mirna ·
**Subject:** RE: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

The team has been working diligently on edits all day. We thought adding a section on national interest might be helpful, but it has delayed us a bit. Is it okay to get you the drafts tomorrow morning. We know time is of the essence, but want to finalize new edits. Thanks, Rená

Rená (Ruh-NAY) E. Cutlip-Mason

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

Chief, Humanitarian Affairs Division
Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Phone (cell):
Phone (desk):

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

**From:** Mahmoudi, Sheila C <
**Sent:** Friday, February 14, 2025 5:11 PM
**To:** Delgado, Tatyana E                              ; Deshommes, Samantha L

**Cc:** Crane, Andrea K                         ; Vagle, Ruhee V _____ . Cutlip-Mason,
Rená E ‹                         Ridley, Sasha M ‹ _____ ·; Block, Andrew J
                ; Noncent, Karine A ·                              Smith, Mirna

**Subject:** RE: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

Same for this doc- can we scrub for more neutral language?

**From:** Delgado, Tatyana E ·
**Sent:** Friday, February 14, 2025 1:55 PM
**To:** Deshommes, Samantha L ·                    _____        Mahmoudi, Sheila C

**Cc:** Crane, Andrea K _____     ; Vagle, Ruhee V ‹ _____  ; Cutlip-Mason,
Rená E                         ; Ridley, Sasha M ·                    Block, Andrew J
                Noncent, Karine A                              ; Smith, Mirna

**Subject:** RE: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

Hi,

I have attached a revised clean and redline copy of the DM for South Sudan TPS. I will send you the DM for Afghanistan TPS shortly.

Thanks,
Tatyana

**From:** Deshommes, Samantha L
**Sent:** Thursday, February 13, 2025 11:22 AM
**To:** Krichinsky, Emmarie K (Emma)                         Hicks, Celia F ·
Schwartz, Claudia R ·                    Miles, John D _____ . Kim, Ted H
                Nolan, Connie L _____
**Cc:** Smith, Mirna _____  ·; Mahmoudi, Sheila C · _____ ·; Cutlip-
Mason, Rená E · _____  ; Ridley, Sasha M ‹............................., Noncent,
Karine A ·                    ·; Crane, Andrea K _____  ·; Vagle, Ruhee V
                Stone, Mary M ‹                    Tanner, Rebecca S
                Zengotitabengoa, Colleen R _____
**Subject:** Re: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

Thanks everyone. OP&S leads - please pull the version down for resolution and finalization.

Sam

*Samantha Deshommes*
*(Acting) Chief,*
*Office of Policy & Strategy,*
*U.S. Citizenship and Immigration Services, DHS*
*Tel:*

---

**From:** Krichinsky, Emmarie K (Emma) <
**Sent:** Thursday, February 13, 2025 11:17:20 AM
**To:** Hicks, Celia F <                          >; Deshommes, Samantha L <
Schwartz. Claudia R                          Miles, John D <                          Kim, Ted H
                    Nolan, Connie L
**Cc:** Smith, Mirna _____ Mahmoudi, Sheila C ·                              ; Cutlip-
Mason, Rená E                          ; Ridley, Sasha M _____ Noncent,
Karine A ‹ _____ ; Crane, Andrea K ‹ _____ Vagle, Ruhee V
              ; Stone, Mary M _____ Tanner, Rebecca S
              Zengotitabengoa, Colleen R ‹
**Subject:** RE: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

Hello Everyone,

I hope that you all are having a good morning. RAIO Research has completed our review and made minor red-line edits in the S. Sudan paper to ensure compliance with the defending women EO. We made our changes using the same language as the red-line edits in the Afghanistan paper for consistency.

Best,

NAME: Emma Krichinsky
JOB TITLE: Branch Chief
DEPARTMENT: Department of Homeland Security (DHS)
OFFICE: USCIS Refugee, Asylum & International Operations (RAIO) Research Branch
CONTACT NUMBER:

---

**From:** Hicks, Celia F <_____
**Sent:** Thursday, February 13, 2025 10:59 AM
**To:** Deshommes, Samantha L · _____ ; Schwartz, Claudia R
                    ; Miles, John D ‹                          Kim, Ted H
              ; Nolan, Connie L ‹ _____
**Cc:** Smith, Mirna ·                          ; Mahmoudi, Sheila C _____ ; Cutlip-
Mason, Rená E ·                          ; Ridley, Sasha M _____ ; Noncent,
Karine A ·                          ; Crane, Andrea K                          ; Vagle, Ruhee V
              ·; Stone, Mary M                          ; Tanner, Rebecca S
              >; Krichinsky, Emmarie K (Emma) ·
Zengotitabengoa, Colleen R ‹ _____
**Subject:** RE: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

Hi Samantha,

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

OCC has completed review at the shared links.

Best,
Celia

Celia F. Hicks
Deputy Chief, Refugee and Asylum Law Division
Office of the Chief Counsel
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
Mobile: ___ ___ ____

**\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\***

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. Please consult with the Department of Homeland Security, United States Citizenship and Immigration Services, Office of Chief Counsel before disclosing any information contained in this email. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.

**\*\*\*DO NOT PLACE THIS EMAIL IN AN A-FILE OR T-FILE WITHOUT USCIS COUNSEL PERMISSION\*\*\***

---

**From:** Deshommes, Samantha L <
**Sent:** Tuesday, February 11, 2025 4:47 PM
**To:** Schwartz, Claudia R                              ; Miles, John D <                              ·; Kim, Ted H
<                    Nolan. Connie L ·                              Hicks, Celia F

**Cc:** Smith, Mirna                    Mahmoudi, Sheila C ·                              Cutlip-
Mason, Rená E                    ; Ridley, Sasha M                              >; Noncent,
Karine A ·                    ; Crane, Andrea K <                              ; Vagle, Ruhee V
_____ ; Stone, Mary M <                    Tanner, Rebecca S
                    Krichinsky, Emmarie K (Emma)
Zengotitabengoa, Colleen R
**Subject:** RE: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

Thanks; considering the fact that we're already coming up pretty close on the deadline for S1 and the fact that our OCC colleagues have been working closely on this with OP&S, I can agree to extend until 12 noon on Thursday. Approving the additional access requests from OCC right now.

Thanks,
Sam

---

**From:** Schwartz, Claudia R <
**Sent:** Tuesday, February 11, 2025 4:18 PM
**To:** Deshommes, Samantha L                              : Miles, John D <
Kim, Ted H ·                    Nolan, Connie L <                              : Hicks, Celia F

**Cc:** Smith, Mirna                    Mahmoudi, Sheila C ·                              ; Cutlip-
Mason, Rená E                    ; Ridley, Sasha M                              Noncent,
Karine A ·                    >; Crane, Andrea K <                              ; Vagle, Ruhee V
                    : Stone, Mary M                    Tanner, Rebecca S
                    Krichinsky, Emmarie K (Emma)
Zengotitabengoa, Colleen R
**Subject:** RE: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

Thank you, Sam. Adding @Hicks, Celia F here, who can share the links for review with the OCC team.

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

Would it be possible to have until COB Thursday? Our TPS team has been working on another OP&S ask through today, and we have another paper we are reviewing for SCOPS as well.

Thanks,
Claudia


Claudia Schwartz
Chief, Refugee and Asylum Law Division
Office of Chief Counsel
U.S. Citizenship and Immigration Services
Cell:


*** Warning *** Attorney/Client Privilege *** Attorney Work Product ***
This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. Please consult with the Department of Homeland Security, United States Citizenship and Immigration Services, Office of Chief Counsel before disclosing any information contained in this email. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.
***DO NOT PLACE THIS EMAIL IN AN A-FILE OR T-FILE WITHOUT USCIS COUNSEL PERMISSION***

**From:** Deshommes, Samantha L <
**Sent:** Tuesday, February 11, 2025 1:59 PM
**To:** Miles, John D <                      >; Kim, Ted H <]                    Nolan, Connie L

**Cc:** Smith, Mirna                    ; Mahmoudi, Sheila C _____ , Cutlip-Mason, Rená E ·                    ; Ridley, Sasha M                    ·; Noncent, Karine A · _____    Crane, Andrea K <                    Vagle, Ruhee V _____ ; Stone, Mary M <_____    Tanner, Rebecca S _____ ; Krichinsky, Emmarie K (Emma) · Zengotitabengoa, Colleen R ·                    Schwartz, Claudia R

**Subject:** RE: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

Sure thing; Colleen and Claudia please just send the access request if prompted and I'll approve.


**From:** Miles, John D ·
**Sent:** Tuesday, February 11, 2025 1:55 PM
**To:** Kim, Ted H < _____ ; Deshommes, Samantha L                    ; Nolan, Connie L · _____
**Cc:** Smith, Mirna · _____ , Mahmoudi, Sheila C <_____ ·; Cutlip-Mason, Rená E · _____ ; Ridley, Sasha M _____ , Noncent, Karine A <            Crane, Andrea K _____ ; Vagle, Ruhee V _____ ; Stone, Mary M <            Tanner, Rebecca S _____ ; Krichinsky, Emmarie K (Emma) · Zengotitabengoa, Colleen R ·                    Schwartz, Claudia R

**Subject:** RE: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

Thanks. Could you please add Colleen and Claudia as well.


CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

John D. Miles
Principal Deputy Chief Counsel
Office of the Chief Counsel - USCIS
U.S. Department of Homeland Security
Office:

PRIVILEGED & CONFIDENTIAL: This e-mail, including any attachments, may contain confidential and legally privileged information. If you are not the intended recipient or have received this message in error, please immediately notify me and permanently delete this e-mail message and any attachments from your workstation and/or network mail system.

---

**From:** Kim, Ted H
**Sent:** Tuesday, February 11, 2025 12:51 PM
**To:** Deshommes, Samantha L ·                                 Nolan, Connie L
                       ; Miles, John D
**Cc:** Smith, Mirna ·                        Mahmoudi, Sheila C                                ; Cutlip-
Mason, Rená E                           Ridley, Sasha M                                 ; Noncent,
Karine A                        Crane, Andrea K <                                 >; Vagle, Ruhee V
             ·; Stone, Mary M                              ; Tanner, Rebecca S
                             />; Krichinsky, Emmarie K (Emma) ·
**Subject:** RE: Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12

Thanks, Sam. If you could please provide access to Mary Margaret, Rebecca, and Emma from my team, that would be great. (I will forward the attachments to them separately.)

If you happen to hear back from DOS on updated TPS recommendations for these two countries, please let us know. Just as DOS's latest recommendations were generated in November under the prior Administration, our December and November COI reports for Afghanistan and South Sudan, respectively, were drafted in that same context. If DOS changes their recommendations with updated country conditions information, we would certainly like the opportunity to review that new information and see if we need to change our own approach.

Thank you, Ted

---

**From:** Deshommes, Samantha L <
**Sent:** Tuesday, February 11, 2025 11:23 AM
**To:** Nolan, Connie L                                ; Miles, John D ·                           Kim, Ted H

**Cc:** Smith, Mirna ·                            . Mahmoudi, Sheila C <                               ·; Cutlip-
Mason, Rená E ·                             ; Ridley, Sasha M ·                               Noncent,
Karine A ·                              ; Crane, Andrea K <                             'agle, Ruhee V

**Subject:** Draft Decision Memos for South Sudan and Afghanistan | FOR AD Review SCOPS, OCC, RAIO DUE 2/12
**Importance:** High

Good morning,

I flagged the new (or rather "new-ish," because it's a return to the process we used in the first Trump Admin) process we're implementing for TPS decisions going forward that will tee up decision memos from USCIS to S1 for existing countries. At this point, I'm sharing this for AD-level clearance and asking you to let me know who else needs access from your teams to the linked draft decision memos.

We're asking for your review to be complete by COB tomorrow, noting that the SCOPS and OCC TPS WG members have been working on developing these drafts alongside the OP&S team members.

Links to the draft memos here:
2.11.25_Afghanistan_TPS Decision Memo - DRAFT_CLEAN.docx
2.11.25_South Sudan_TPS Decision Memo - DRAFT_CLEAN.docx

Attached are the documents referenced in the draft Decision Memos, with Attachment A being the same for both S. Sudan and Afghanistan. The latest report from DOS is from a few months back, so you'll see that we flag the date of the latest DOS recommendation and country conditions. As a side note, we and others are actively pinging in case DOS wants to update their recommendation memo before it moves on.

Please let us know if you have any questions. I'll be on leave for the rest of the week after today, but the OP&S team cc'd here will carry this forward.

Heads-up: We need to move this to the DO this week so it can be reviewed, finalized and shared w/ the Department.

When you reply back, please let us know if you "concur," "concur w/ changes," or "do not concur."

Thanks,
Sam


Samantha Deshommes
(Acting) Chief,
Office of Policy & Strategy
U.S. Citizenship & Immigration Services, DHS
Tel: .

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.