# EXHIBIT 19

**Sent:** 4/14/2025 2:22:38 PM
**To:** Miller, Kelley K

McGivern, Mark D

Ridley, Sasha M

Cutlip-Mason, René E

; Block, Andrew J

; Salazar, Carly L

Rigney, Joshua A (Josh)

**CC:** Smith, Mirna

]; Williamson, Bryan J

,]; Akhter, Faisal K (Kamal)

Turner, Ebony N

**Subject:** RE: Honduras DM and Attachments for FO Review

Hi all,

We've addressed all of Sam's comments and edits and made a few other edits to the citations as I mentioned in the Teams message last week. Here is a clean version:

This doesn't need to go back to Sam as we were able to incorporate her edits.

Thanks,
Amany

**From:** Miller, Kelley K
**Sent:** Tuesday, April 8, 2025 11:14 AM
**To:** McGivern, Mark D ·                              ; Ridley, Sasha M <                                    Cutlip-
Mason, René E <                              ; Ezeldin, Amany S                              ; Block,
Andrew I<                      ; Salazar, Carly L <                          ; Rigney, Joshua A (Josh) <

**Cc:** Smith, Mirna ·                              Williamson, Bryan J ·                                , Akhter, Faisal
K (Kamal) ·                      Turner, Ebony N <                          Miller, Kelley K

**Subject:** Honduras DM and Attachments for FO Review

Hi RCD,

The Honduras DM and Attachments are ready to go to the FO:

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

04.08.25 Honduras TPS Decision Memo.docx (Please note that we have a placeholder for the DOS rec. that HAD will not see and a placeholder for the National Security Stats that we have not yet received.)

Attachment A - Temporary Protected Status (TPS) Legal Authority.pdf

Attachment B - USCIS Country Condition Reports, Honduras.pdf

Please let us know if you need anything else. I'll revert back as soon as we have the missing Honduras stats.

Sincerely,

*Kelley K. Miller*

(she/her/hers)
Adjudications Officer
HQ Field Operations, Division 1, Adjustment of Status, Team 2
On Detail to the Office of Policy and Strategy, Humanitarian Affairs Division, Provisional Protections Branch
U.S. Citizenship and Immigration Services

work cell

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

**From:** Miller, Kelley K
**Sent:** Tuesday, April 8, 2025 1:58 PM
**To:** McGivern, Mark D                                          , Ridley, Sasha M                                     >; Cutlip-Mason, RenáE                                          Ezeldin, Amany S                                      Block, Andrew J<                              ialazar, Carly L                              Rigney, Joshua A (Josh)

**Cc:** Smith, Mirna <                                  Williamson, Bryan J <                                  ; Akhter, Faisal K (Kamal) <                                  Turner, Ebony N <                                  Miller, Kelley K

**Subject:** RE: Honduras and Nicaragua DMs

Hi Mark,

I'll try to address everything you've raised.

**Re: Honduras**, the DM is now ready to go to the FO. Here is the latest draft:
04.08.25 Honduras TPS Decision Memo.docx. Please bear with me a moment, and I will get you a link to the attachments. I am having trouble PDFing the 2 USCIS condition conditions reports (RRU and PRD) into one. It seems PRD saved their document in a way that limits this ability. I'm trying to find a workaround. We did not receive a recommendation from DOS. You are correct that DOS will not provide country conditions anymore. We understand that the recommendation will not go to HAD, only to the FO.

**Re: Nicaragua**, we will get the RRU country conditions Thursday. I'll be able to circulate a draft shortly thereafter. We have PRD country conditions and a DOS recommendation from 2024, not 2025.

I hope this helps!

Sincerely,

*Kelley K. Miller*
(she/her/hers)
Adjudications Officer
HQ Field Operations, Division 1, Adjustment of Status, Team 2
On Detail to the Office of Policy and Strategy, Humanitarian Affairs Division, Provisional Protections Branch
U.S. Citizenship and Immigration Services

                        work cell

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

**From:** McGivern, Mark D ‹
**Sent:** Tuesday, April 8, 2025 1:25 PM
**To:** Ridley, Sasha M ‹_____ ; Miller, Kelley K                    ; Cutlip-Mason, Rená E ‹_____ ›; Ezeldin, Amany S ‹                    Block, Andrew J
Salazar, Carly L ·                    ; Rigney, Joshua A (Josh)

**Cc:** Smith, Mirna                    ; Williamson, Bryan J ·                    ; Akhter, Faisal K (Kamal)                    ; Turner, Ebony N ‹
**Subject:** RE: Honduras and Nicaragua DMs

Hi again… I'm sending lots of replies to myself on this thread, 😊. Update… Mirna just confirmed the DoS process that Bryan had outlined from my note below. Adding Kamal and Ebony, the other two TPS PMs, as everyone is within OP&S.

**Mark D. McGivern**
Project Manager
Regulatory Management Branch
Regulatory Coordination Division I Office of Policy and Strategy (OP&S)
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell::

**From:** McGivern, Mark D
**Sent:** Tuesday, April 08, 2025 10:55 AM
**To:** Ridley, Sasha M ‹                    ; Miller, Kelley K ·                    Smith, Mirna
Cutlip-Mason, Rená E ‹                    ·; Ezeldin, Amany S
Block, Andrew J ‹                    ; Williamson, Bryan J

**Cc:** Salazar, Carly L ‹_____ Rigney, Joshua A (Josh) ·
**Subject:** RE: Honduras and Nicaragua DMs

Thanks @Ridley, Sasha M... Bryan shared the following as originally shared by Rena... is this still accurate? It may answer my timing question... thanks, Mark.

*"...general understanding is DOS is no longer providing country conditions and that the 1 pg letter may not arrive until the end of the process right before S1 needs to sign. HAD will leave a place holder for the Sec of State rec in the memo that Sam (or OGC) will update just prior to S1's signature."*

**Mark D. McGivern**
Project Manager
Regulatory Management Branch
Regulatory Coordination Division I Office of Policy and Strategy (OP&S)
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: :

---

**From:** Ridley, Sasha M <
**Sent:** Tuesday, April 08, 2025 10:00 AM
**To:** McGivern, Mark D ·                                    ·; Miller, Kelley K                                    ; Smith, Mirna
                              ; Cutlip-Mason, Rená E <                                    Ezeldin, Amany S
                              ·; Block, Andrew J ·                    Williamson, Bryan J
**Cc:** Salazar, Carly L ·                              Rigney, Joshua A (Josh)
**Subject:** RE: Honduras and Nicaragua DMs

I will get back to you on timing thanks.

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
5900 Capital Gateway Drive Camp Springs, MD 20588
**Call:**                    | **Email:** :

---

**From:** McGivern, Mark D ·
**Sent:** Tuesday, April 08, 2025 9:57 AM
**To:** Miller, Kelley K ·                              ; Ridley, Sasha M <                    Smith, Mirna
                    Cutlip-Mason, Rená E ·                    Ezeldin, Amany S
                    Block, Andrew J ·                    Williamson, Bryan J
**Cc:** Salazar, Carly L                              ·; Rigney, Joshua A (Josh) <
**Subject:** RE: Honduras and Nicaragua DMs

Hi @Miller, Kelley K... similar question for Nicaragua... if we only have the DOS 2024 recommendation... has a new request been made? Are we expecting a new 2025 DOS recommendation? Thanks, Mark.

**Mark D. McGivern**
Project Manager
Regulatory Management Branch
Regulatory Coordination Division I Office of Policy and Strategy (OP&S)
U.S. Citizenship and Immigration Services
Department of Homeland Security

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

Cell:

---

**From:** McGivern, Mark D
**Sent:** Tuesday, April 08, 2025 9:48 AM
**To:** Miller, Kelley K <                                    Ridley, Sasha M<                                    Smith, Mirna
_____ ; Cutlip-Mason, Renà E<_____    Ezeldin, Amany S
                        ·; Block, Andrew J<                                    ; Williamson, Bryan J

**Cc:** Salazar, Carly L ·                        ; Rigney, Joshua A (Josh) <
**Subject:** RE: Honduras and Nicaragua DMs

Good morning... adding @Williamson, Bryan J... please include Bryan on all comms going forward, he will be the back-up PM for Hon/Nic. @Miller, Kelley K, confirming that we do not yet have a DOS recommendation on Honduras? And if not, are we getting one... is there a timeline to get one? I'm assuming if we proceed with clearance and the OP&S FO doesn't know, they will want to know that answer. Thanks, Mark.

**Mark D. McGivern**
Project Manager
Regulatory Management Branch
Regulatory Coordination Division I Office of Policy and Strategy (OP&S)
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell:

---

**From:** Miller, Kelley K ·
**Sent:** Tuesday, April 08, 2025 9:36 AM
**To:** Ridley, Sasha M _____ . Smith, Mirna<_____    ; Cutlip-Mason, Renà E
_____ ; Ezeldin, Amany S<                                    Block, Andrew J

**Cc:** Salazar, Carly L · _____ ; Rigney, Joshua A (Josh) ·                    McGivern,
Mark D < _____ ; Miller, Kelley K <
**Subject:** RE: Honduras and Nicaragua DMs

Hi Sasha,

I hope you're well.

Re: Honduras, we still have a couple outstanding comments I am waiting on responses to, for example:

Generally, a citizen of a foreign country who wishes to travel to the United States for a temporary stay must first obtain a nonimmigrant visa by showing an intent to return to their home country. In Fiscal Year (FY) 2024, approximately 78,400 Honduran nationals were issued a nonimmigrant visa. In FY 2024, there were approximately 345,500 nonimmigrant admissions from Honduran nationals, demonstrating an increase from the approximately 315,500 admissions during the previous FY.[35]

Additionally, Immigration and Customs Enforcement (ICE) is currently returning Honduran nationals to Honduras. From June 21, 2023, through March 2, 2025, ICE has removed approximately 71,450 Honduran nationals.[40]

National Security Considerations
Regarding public and national security, DHS records indicate that there [are/are not] Honduran nationals who are TPS recipients who have been the subject of administrative investigations for fraud, public safety and national security. Of the current 72,400 TPS recipients from Honduras

**OP&S HAD**
This doesn't seem like it should be in the improvements section per se. I wonder if should go in the next section.
April 07, 2025, 4:41 PM

**Kelley Miller**
I wondered the same thing, Rena. I think we have it here because folks traveling temporarily from Honduras then returning is a sign of the country's safety and health. @Ezeldin, Amany S and @Ridley, Sasha M for more.
April 07, 2025, 4:44 PM

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

Re: Nicaragua, Rená hasn't reviewed it yet. How would you like to proceed considering?

Thank you kindly for letting me know.

Sincerely,

*Kelley K. Miller*
(she/her/hers)
Adjudications Officer
HQ Field Operations, Division 1, Adjustment of Status, Team 2
On Detail to the Office of Policy and Strategy, Humanitarian Affairs Division, Provisional Protections Branch
U.S. Citizenship and Immigration Services

       work cell

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

---

**From:** Ridley, Sasha M
**Sent:** Tuesday, April 8, 2025 9:20 AM
**To:** Smith, Mirna            Cutlip-Mason, Rená E                 >; Miller, Kelley K ‹        Ezeldin, Amany S ‹              ; Block, Andrew J
**Cc:** Salazar, Carly L ‹            Rigney, Joshua A (Josh)             ; McGivern, Mark D ‹
**Subject:** RE: Honduras and Nicaragua DMs

@Miller, Kelley K can you please resolve the passbacks and let Mark know when Honduras and Nic are ready for him to send to the FO? Thanks!

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
5900 Capital Gateway Drive Camp Springs, MD 20588
**Call:**          | **Email:**

---

**From:** Smith, Mirna
**Sent:** Monday, April 07, 2025 4:50 PM
**To:** Ridley, Sasha M ‹            ; Cutlip-Mason, Rená E ‹       Miller, Kelley K ‹          ; Ezeldin, Amany S ‹             ·; Block, Andrew J
**Cc:** Salazar, Carly L ‹            ; Rigney, Joshua A (Josh) ‹            ; McGivern, Mark D ‹
**Subject:** RE: Honduras and Nicaragua DMs

+ Mark who will be the Project Manager for both Honduras and Nicaragua.

---

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

Thanks,
Mirna

**Mirna Smith**
Regulatory Management Branch Chief
Regulatory Coordination Division
Office of Policy & Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: :

---

**From:** Ridley, Sasha M <
**Sent:** Monday, April 7, 2025 4:36 PM
**To:** Cutlip-Mason, Rená E <                                    ; Smith, Mirna ·                                    ; Miller, Kelley K <                        Ezeldin, Amany S ·                                    ; Block, Andrew J
**Cc:** Salazar, Carly L                                    ; Rigney, Joshua A (Josh) ·
**Subject:** Honduras and Nicaragua DMs

@Cutlip-Mason, Rená E I have reviewed the attached and made minor edits. Please let us know when your review is completed, I have asked Kelley to please standby for passbacks from us both. Huge thanks to @Miller, Kelley K for drafting both of these, and thanks to @Ezeldin, Amany S and @Block, Andrew J for their substantive review.

@Miller, Kelley K once you have implemented the passbacks from me and Rena, can you please let @Smith, Mirna know? Thank you very much!

📄 03.26.25 Honduras TPS Decision Memo.docx

📄 04.3.25 Nicaragua TPS Decision Memo.docx

Status of COI:
Honduras: Received from RRU and PRD, nothing from DOS
Nicaragua: Received from PRD and DOS 2024, nothing from RRU or DOS 2025.

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
5900 Capital Gateway Drive Camp Springs, MD 20588
**Call:** :                        | **Email:** :

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION