# EXHIBIT 20

| From: | Ridley, Sasha M [/O=EXCHANGELABS/OU=EXCHANGE  ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=08164540AC5D4D65807C810FA5226BB1-RIDLEY,  SAS] |
|---|---|
| Sent: | 3/12/2025 8:06:07 AM |
| To: | Cutlip-Mason, Rená E [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=444ed8d5a6e94408aa13181a0c866672-Cutlip-Maso]; Block, Andrew J [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4e5ffb54ece442a29fedf92cae0d9028-Block,Andr]; Ezeldin, Amany S [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b8b74085eef745d59c1682d10157316b-Ezeldin,Am] |
| Subject: | RE: TPS Expiration Dates & DOS Reports Due |

Thank you!

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
5900 Capital Gateway Drive Camp Springs, MD 20588
**Call:** ▮▮▮▮▮▮▮ | **Email:** ▮▮▮▮▮▮▮▮▮▮

**From:** Cutlip-Mason, Rená E < ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Sent:** Wednesday, March 12, 2025 8:03 AM
**To:** Ridley, Sasha M < ▮▮▮▮▮▮▮▮▮ >; Block, Andrew J < ▮▮▮▮▮▮▮▮ >; Ezeldin, Amany S
< ▮▮▮▮▮▮▮▮▮ >
**Subject:** FW: TPS Expiration Dates & DOS Reports Due

FYSA…
(I already took care of Ihsan's request)

Rená (Ruh-NAY) E. Cutlip-Mason
Chief, Humanitarian Affairs Division
Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Office: ▮▮▮▮▮▮▮ | Cell: ▮▮▮▮▮▮▮

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.  Thank you.

**From:** GUNDUZ, IHSAN < ▮▮▮▮▮▮▮▮▮ >
**Sent:** Tuesday, March 11, 2025 4:32 PM
**To:** Deshommes, Samantha L < ▮▮▮▮▮▮▮▮ >
**Cc:** Mahmoudi, Sheila C < ▮▮▮▮▮▮▮▮ >; Cutlip-Mason, Rená E < ▮▮▮▮▮▮▮ >; Noncent, Karine A < ▮▮▮▮▮▮▮ >
**Subject:** Re: TPS Expiration Dates & DOS Reports Due

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

Hi Sam,

I just chatted with Adam from PRM. They are going to provide a letter instead of country conditions. Similar to Ven TPS termination.

Also - can you please send me country conditions that were provided by State on Afghanistan, Cameroon, Nepal and Nicaragua as soon as you were able to? Thanks

Ihsan Gunduz
*Acting* Deputy Assistant Secretary, Border and Immigration Policy | Office of Strategy, Policy, and Plans | Department of Homeland Security
(M): ███████████

---

**From:** Deshommes, Samantha L < ███████████████████████ >
**Sent:** Monday, March 10, 2025 1:39:25 PM
**To:** GUNDUZ, IHSAN < ███████████████ >
**Cc:** Mahmoudi, Sheila C < ████████████████████ >; Cutlip-Mason, Rená E < ████████████ █████████████ >; Noncent, Karine A < ████████████████ >
**Subject:** RE: TPS Expiration Dates & DOS Reports Due

Thank you!

---

**From:** GUNDUZ, IHSAN < ████████████████ >
**Sent:** Monday, March 10, 2025 1:31 PM
**To:** Deshommes, Samantha L < ████████████████ >
**Cc:** Mahmoudi, Sheila C < ████████████████ >; Cutlip-Mason, Rená E < ████████████ █████████████ >; Noncent, Karine A < ████████████████ >
**Subject:** RE: TPS Expiration Dates & DOS Reports Due

Hi Sam,

I will connect with State PRM and CC you. Thanks

Ihsan Gunduz
*Acting* Deputy Assistant Secretary, Border and Immigration Policy
Office of Strategy, Policy, and Plans | Department of Homeland Security
(M): ███████████

---

**From:** Deshommes, Samantha L < ███████████████████ >
**Sent:** Monday, March 10, 2025 11:35 AM
**To:** GUNDUZ, IHSAN < ████████████████ >
**Cc:** Mahmoudi, Sheila C < ████████████████████ >; Cutlip-Mason, Rená E < ████████████ █████████████ >; Noncent, Karine A < ████████████████ >
**Subject:** TPS Expiration Dates & DOS Reports Due
**Importance:** High

Hi Ihsan,

I hope you had a wonderful weekend with your family. Following up on our discussions over the past few weeks, and most recently our weekly sync from last Friday, I wanted to share the TPS expiration dates, the S1 statutory decision date, and the date by when we need to receive Department of State's (DOS) recommendation and country report. As discussed, DOS has made a change this

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

Administration and will no longer accept requests coming from USCIS. Instead, DOS requests that DHS PLCY to submit the request for their Secretary's recommendation and country conditions report. I have italicized and highlighted those countries that we need DOS input most urgently due to coming up against the statutory deadline date for S1's decision.

Please let me know if you have any questions:

| Country | TPS Expiration Date | S1 statutory deadline for decision | DOS Input Needed NLT: | Notes |
|---|---|---|---|---|
| *Afghanistan* | *5/20/2025* | *3/21/2025* | *ASAP* | We only have the DOS report from the Biden Administration (recommendation dated Nov 2024) |
| *Cameroon* | *6/7/2025* | *4/8/2025* | *ASAP* | DOS report provided during the Biden Administration (rec'd 12/9/2024) |
| Nepal | 6/24/2025 | 4/25/2025 | N/A | Already rec'd DOS input during this Administration (rec'd 2/10/25) |
| *Honduras* | *7/5/2025* | *5/6/2025* | *ASAP* | |
| *Nicaragua* | *7/5/2025* | *5/6/2025* | *ASAP* | DOS report provided during the Biden Administration (rec'd 12/31/2024) |
| Haiti | 8/2/2025 | 6/3/2025 | 4/4/2025 | |
| Venezuela (2021 Designation) | 9/10/2025 | 7/12/2025 | 5/13/2025 | |
| Syria | 9/30/2025 | 8/1/2025 | 6/2/2025 | |
| S. Sudan | 11/2/2025 | 9/3/2025 | 7/5/2025 | S1 did not make a decision on March 4, 2025 due to stale country conditions/recommendation from DOS (rec'd Nov 2024), which triggered the automatic 6-month extension. S1 did not elect to provide a longer extension period than 6 months. |
| Burma | 11/25/2025 | 9/26/2025 | 7/28/2025 | |
| Ethiopia | 12/12/2025 | 10/13/2025 | 8/14/2025 | |
| Yemen | 3/3/2026 | 1/2/2026 | 11/3/2025 | |
| Somalia | 3/17/2026 | 1/16/2026 | 11/17/2025 | |
| Lebanon | 5/27/2026 | 3/28/2026 | 1/27/2026 | |
| El Salvador | 9/9/2026 | 7/11/2026 | 5/12/2026 | |
| Sudan | 10/19/2026 | 8/20/2026 | 6/21/2026 | |
| Ukraine | 10/19/2026 | 8/20/2026 | 6/21/2026 | |

Thanks,
Sam

*Samantha Deshommes*
*(Acting) Chief,*
*Office of Policy & Strategy*
*U.S. Citizenship & Immigration Services, DHS*
*Tel:* ▮▮▮▮▮▮▮

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

*This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.*

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

NTPSA2_00001527

NTPSA2_00001524