# EXHIBIT 21

| | |
|---|---|
| **From:** | Krichinsky, Emmarie K (Emma) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0B609966DC69441189E211794C8B02BC-KRICHINSKY,] |
| **Sent:** | 4/10/2025 4:01:05 PM |
| **To:** | Kim, Ted H [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=241506feef9f416b8dce501cce76aac1-Kim, Ted H]; Stone, Mary M [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=edd6eb34877c40399a2f62682ebc7c00-Stone, Mary] |
| **CC:** | Tanner, Rebecca S [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2ad5bc6e270c47ffb72149ca68464a2d-Tanner, Reb] |
| **Subject:** | RE: Outstanding RAIO RU TPS country condition reports |
| **Attachments:** | Nicaragua TPS COI Report Apr. 2025 - FINAL.pdf |

Dear Ted and MM,

For your awareness, RAIO researcher Daniel Villena submitted the Nicaragua TPS COI report to OP&S HAD today. Rebecca, Gustavo, and I reviewed as supervisors, and Juan Carlos Plata and Daniel Villena reviewed as a peer. Daniel put the final touches on the Nicaragua TPS COI report, which Tom Perkowski drafted and which we have reviewed.

Thank you so much for your time.

Best,

Emma

---

**From:** Krichinsky, Emmarie K (Emma)
**Sent:** Monday, March 31, 2025 1:23 PM
**To:** Kim, Ted H <​ ​>; Stone, Mary M <​ ​>
**Cc:** Tanner, Rebecca S <​ ​>
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Hi Ted,

I apologize for my email, yes our Americas research Jessica Robles submitted both Honduras and Haiti back to back in a short time span this March. Please find both papers attached.

Best,

Emma

---

**From:** Kim, Ted H <​ ​>
**Sent:** Monday, March 31, 2025 10:47 AM
**To:** Krichinsky, Emmarie K (Emma) <​ ​>; Stone, Mary M <​ ​>
**Cc:** Tanner, Rebecca S <​ ​>
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Thanks, Emma. I think you attached two Haiti reports by accident? Could you please send me the Honduras one? Thanks, Ted

---

**From:** Krichinsky, Emmarie K (Emma) <​ ​>
**Sent:** Wednesday, March 26, 2025 1:23 PM
**To:** Kim, Ted H <​ ​>; Stone, Mary M <​ ​>

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

**Cc:** Tanner, Rebecca S ◄ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ►
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Hi Ted and MM,

For your awareness, RAIO researcher Jessica Robles submitted the Honduras TPS COI report to OP&S HAD on Monday (attached). Rebecca, Gustavo, and I reviewed as supervisors, and Juan Carlos Plata reviewed as a peer. Jessica put the final touches on the Haiti TPS COI report, which Gabby Parris-Ramfjord from the Statelessness Branch drafted and which we have reviewed.

Thank you so much for your time,

Best,
Emma

---

**From:** Tanner, Rebecca S ◄ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ►
**Sent:** Friday, March 21, 2025 3:32 PM
**To:** Kim, Ted H ◄ ▮▮▮▮▮▮▮▮▮▮▮▮ ►; Stone, Mary M ◄ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ►
**Cc:** Krichinsky, Emmarie K (Emma) ◄ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ►
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Hi Ted,

For your awareness, RAIO researcher Jessica Robles submitted the Honduras TPS COI report to OP&S HAD this afternoon (attached). Emma, Gustavo, and I reviewed. Jessica is also working to put the final touches on the Haiti TPS COI report, which Gabby Parris-Ramfjord from the Statelessness Branch drafted and which we have reviewed.

I understand from Rena that going forward, State will no longer submit detailed COI reports for TPS decision-making, but will continue to submit the cover memo from SecState with their recommendation on whether to terminate, extend, or designate TPS.

Best,
Rebecca

---

**From:** Kim, Ted H ◄ ▮▮▮▮▮▮▮▮▮▮▮▮ ►
**Sent:** Wednesday, March 19, 2025 12:19 PM
**To:** Tanner, Rebecca S ◄ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ►; Stone, Mary M ◄ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ►
**Cc:** Krichinsky, Emmarie K (Emma) ◄ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ►
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Great—thank you. You answered my next question, which was going to be whether our COI submission is consistent with DOS's submission—it appears the are not too far apart. Thanks!

---

**From:** Tanner, Rebecca S ◄ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ►
**Sent:** Wednesday, March 19, 2025 12:17 PM
**To:** Kim, Ted H ◄ ▮▮▮▮▮▮▮▮▮▮▮▮ ►; Stone, Mary M ◄ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ►
**Cc:** Krichinsky, Emmarie K (Emma) ◄ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ►
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Hi Ted,

Yes, DOS sends their COI recommendation to OP&S, who shares it with RAIO via Exec Sec/RAIO Clearance. I heard from Rena that DOS's recommendation is not to continue TPS for Nepal since the country has recovered from the 2015 earthquake for which Nepal was designated. Our COI report doesn't provide a recommendation, but our research also

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

reveals substantial recovery from the 2015 earthquake, even if there has been one smaller subsequent earthquake and flooding.

Best,
Rebecca

**From:** Kim, Ted H <█████████████████>
**Sent:** Wednesday, March 19, 2025 12:10 PM
**To:** Tanner, Rebecca S <█████████████████████>; Stone, Mary M <██████████████████>
**Cc:** Krichinsky, Emmarie K (Emma) <███████████████████>
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Thanks for the visibility. Out of curiosity, does your team see what DOS submits for COI in relation to these TPS reviews?

**From:** Tanner, Rebecca S <████████████████████>
**Sent:** Wednesday, March 19, 2025 9:54 AM
**To:** Kim, Ted H <███████████████>; Stone, Mary M <████████████████████>
**Cc:** Krichinsky, Emmarie K (Emma) <██████████████████>
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Hi Ted and MM,

For your awareness, yesterday we submitted the attached TPS COI report for Nepal to OP&S. This is the first full TPS COI report that we have completed for this administration, and it includes as topics: Return to Nepal, Freedom of Movement, Economy, Infrastructure, and Tourism. Asia researcher Jackie Wong did the bulk of the work, with Bill Korner making final edits, and Emma, Gustavo (Research SAO for Jackie and Bill), and me providing review.

Best,
Rebecca

**From:** Kim, Ted H <████████████████>
**Sent:** Wednesday, February 26, 2025 3:10 PM
**To:** Tanner, Rebecca S <████████████████████>; Stone, Mary M <███████████████████>
**Cc:** Krichinsky, Emmarie K (Emma) <██████████████████>
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Appreciate the visibility on this! Ted

**From:** Tanner, Rebecca S <████████████████████>
**Sent:** Wednesday, February 26, 2025 12:35 PM
**To:** Kim, Ted H <███████████████>; Stone, Mary M <████████████████████>
**Cc:** Krichinsky, Emmarie K (Emma) <██████████████████>
**Subject:** FW: Outstanding RAIO RU TPS country condition reports

Hi Ted and MM,

We have now received our first request from OP&S for full COI reports for TPS decision-making (rather than addenda on updates and improvements for prior TPS COI reports that had not yet been acted upon, i.e., Venezuela, South Sudan, Afghanistan). Of first priority, we have a TPS COI draft for Nepal that I'm working in short order to complete my review on and then request that the Researcher make final edits (including new topics requested by OP&S, such as COI on the possibility of safe return to the country or internal relocation in the country) to create a draft to share with OP&S. For

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION

Haiti, because the TPS decision-making timetable has been moved up, this is a new COI report that needs to be developed, and we're asking the Researcher to start working on and prioritizing it now.

For your records, I'm sharing an email of appreciation from OP&S on the South Sudan COI addendum (that I shared with you last week), and an email with our Afghanistan COI addendum that we shared with OP&S last week.

Best,
Rebecca

**From:** Tanner, Rebecca S
**Sent:** Tuesday, February 25, 2025 3:25 PM
**To:** Cutlip-Mason, Rená E <​█████████████████████████>
**Subject:** RE: Outstanding RAIO RU TPS country condition reports

Thanks, Rená. We will prioritize finishing up the TPS COI report for Nepal in short order, and then will focus on the COI reports in the sequence listed below.

Best,
Rebecca

**From:** Cutlip-Mason, Rená E <​████████████████████>
**Sent:** Tuesday, February 25, 2025 3:21 PM
**To:** Tanner, Rebecca S <​████████████████>
**Subject:** Outstanding RAIO RU TPS country condition reports

Hi Rebecca,

I hope you are well. As we discussed, we are gearing up for another round of draft TPS S1 decision memos. I wanted to provide you with the list in the general order we need them:

- Nepal
- Haiti
- Honduras
- Nicaragua
- Syria

Please let me know if you have questions or need any further information. Thanks, Rená

Rená (Ruh-NAY) E. Cutlip-Mason
Chief, Humanitarian Affairs Division
Office of Policy and Strategy
U.S. Citizenship and Immigration Services
**Phone (cell):** ███████████
**Phone (desk):** █████████

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.

CONFIDENTIAL – PERSONNEL CONTACT INFORMATION