# EXHIBIT 27



← **Truth Details**
3613 replies

•••

**Donald J. Trump** ✅ 🟦
@realDonaldTrump

...Even as we have progressed technologically, Immigration Policy has eroded those gains and living conditions for many. I will permanently pause migration from all Third World Countries to allow the U.S. system to fully recover, terminate all of the millions of Biden illegal admissions, including those signed by Sleepy Joe Biden's Autopen, and remove anyone who is not a net asset to the United States, or is incapable of loving our Country, end all Federal benefits and subsidies to noncitizens of our Country, denaturalize migrants who undermine domestic tranquility, and deport any Foreign National who is a public charge, security risk, or non-compatible with Western Civilization. These goals will be pursued with the aim of achieving a major reduction in illegal and disruptive populations, including those admitted through an unauthorized and illegal Autopen approval process. Only REVERSE MIGRATION can fully cure this situation. Other than that, HAPPY THANKSGIVING TO ALL, except those that hate, steal, murder, and destroy everything that America stands for — You won't be here for long!

**9.73k** ReTruths   **35.1k** Likes                    Nov 27, 2025, 11:26 PM