# EXHIBIT 28

March 5, 2024

CBS News' Major Garrett interviews Governor

Kristi Noem

Page 1

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

MAJOR GARRETT:  Several prominent Republicans have had their names floated as a possible running mate for President Trump, should he claim the Republican nominee.  One of them is South Dakota's governor, Kristi Noem and she joins us now.  Governor Noem, always good to see you.

To the degree you might want to dispense advice tonight to Nikki Haley, what would it be?

KRISTI NOEM:  Well, I would just tell her it's never a good thing if people are voting for you only because they're against someone else.  People don't know what she stands for, what she believes.  She's been on both sides of many different issues, and at this point it's time for her to get out of the race.

So, I would hope that she would do that for the good of the country, recognizing that the Republican Party has obviously chosen President Donald Trump as their nominee and that it's time to really fight for this country, to fight against the policies of Joe Biden that really are wrecking every family's budget and allowing this invasion over our southern border.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

MAJOR GARRETT:  Governor Noem, when you look at the results in the contest so far, Haley clocks at around 25-30, sometimes 35, maybe 40 percent on our her best day.  Does that give you any concern about the solidity of the Republican coalition going into a general election?

KRISTI NOEM:  No, I think she's underperforming, honestly.  And I think she thought she would do better.  She's not.  It should be a reality check for her.  And I think it shows that Republicans are united.  And I would say that going into this election cycle, that's a very good thing.  We've been in different circumstances in election cycles in the past and it's interesting to watch tonight play out because the Super Tuesday is actually pretty boring, Major.  There's not a lot going on because we all knew President Trump would win. He's doing just as well as we all expected him to do because we loved his policies.

Every family did better when he was in the White House than they are under Joe Biden, and that's really the story -- is people are feeling the elevated gas prices, they can't afford their groceries and they're really

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

wondering how this country could tank so quickly in just three short years.

MAJOR GARRETT:  Governor Noem, you had a meeting with the former president recently, about two and a half hours I'm told.  Was that to discuss a possible inclusion of you on the ticket, should he become the nominee?

KRISTI NOEM:  Well, I've known President Trump for years.  We worked together. I supported him in 2016.  When I was in Congress we worked on tax reform. So, we covered a lot of different topics, so I probably won't discuss our private conversations.

MAJOR GARRETT:  When you think about that, possibly being on the ticket, you would also have to think about possibly becoming vice president, and anyone who's in that position has to think about possibly becoming president.  So, in that context alone, do you think a president, whether it's former President Trump or any occupant of the White House, should have what the former president has told the Supreme Court he must have, which is absolute immunity for prosecution?

KRISTI NOEM:  Well, I never heard

Page 4

anybody complain, especially out of the press when President Clinton claimed he needed immunity when Paula Jones sued him.  So, I think that we need to make sure that we're treating every president exactly the same and recognize that this is nothing new for what President Trump is talking about.

MAJOR GARRETT:  Governor Noem, you know that was about a civil matter that was outside of the purview of the presidency itself.  That's a different circumstance.  I'm asking about the president itself, should any president have absolute immunity?  Because there are those who are constitutional scholars who say that would create essentially a monarchy in this country, something our founders never intended.

KRISTI NOEM:  Our country's a republic, and President Trump has defended our freedoms in this republic for many years.  I expect him to continue to be able to do that in the White House, and I'm looking forward to his return to Washington, D.C. so we really can fix this country.

MAJOR GARRETT:  When the former president talks, as he often does, about future

Page 5

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

immigration policies, he not just mentions executive orders he put in place but he also talks about a mass deportation in this country. And he's also specifically talked about camps to hold people as they are to be deported out of this country.  Does any of that make you uncomfortable, even in terms of its optics or practical application?

KRISTI NOEM:  Oh, Major, these people came into our country illegally.  They broke our laws.  And our president facilitated that from the White House.  So, absolutely.  We've seen these countries that hate us empty out their prisons, their mental institutions.  They've given us their responsibilities and some of the most dangerous people in the world have made their way to the United States of America.

We have to be a country with borders and we have to be supporting deportation to make sure that we actually are a nation of laws and that are people are safe.

MAJOR GARRETT:  Governor Noem, I heard that reference to those who are criminals or from mental institutions.  Do you have a sense in even a general way what percentage of those who have

Page 6

crossed illegally that makes up?

KRISTI NOEM:  I don't.  But I do know that for over a year and a half that we've had press reporting that countries such as Venezuela and Cuba have emptied out their prisons and many of the people that they are responsible for taking care of, and they've sent them to America.

I've been to the border several times now and I've talked to people who were crossing that border that were told that the border was open, it was time to come here and sent here by their country's leadership.  So, we know for a fact that this is facilitated, that the White House has this invasion happening on purpose, and it is to remake the foundation of this country.

So, I think the American people have their eyes wide open as to what's happening and how it's undermining this very precious gift that we've been given in the United States of America.

MAJOR GARRETT:  Governor Noem, the Biden-Harris reelection campaign points to the State of the Union as a relaunch moment for the campaign.  Is there anything you're going to be looking for Thursday night?

KRISTI NOEM:  I wish them luck.

Page 7

Everything they've done to try to relaunch that campaign over and over again has been just another misstep, mishap.  I expect it to be entertaining.  It would be nice if there would be something in there that would give us a little bit of a hope for the future but I'm not expecting much.

MAJOR GARRETT:  Governor Kristi Noem, thank you so much for your time.

KRISTI NOEM:  Thank you, Major.

Page 8

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certify that the foregoing transcript is a true and accurate record of the proceedings.

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date:   February 18, 2025

Page 9

**[11501 - expecting]**

| 1 |
|---|
| **11501**  9:14 |
| **12151**  9:9 |
| **18**  9:16 |

| 2 |
|---|
| **2016**  4:10 |
| **2024**  1:13 |
| **2025**  9:16 |
| **25-30**  3:3 |

| 3 |
|---|
| **300**  9:13 |
| **330**  9:12 |
| **35**  3:3 |

| 4 |
|---|
| **40**  3:3 |

| 5 |
|---|
| **5**  1:13 |

| a |
|---|
| **able**  5:20 |
| **absolute**  4:23 5:13 |
| **absolutely**  6:12 |
| **accurate**  9:4 |
| **actually**  3:16 6:20 |
| **advice**  2:9 |
| **afford**  3:25 |
| **allowing**  2:24 |
| **america**  6:17 7:7,19 |
| **american**  7:16 |
| **anybody**  5:1 |

**application**  6:8
**asking**  5:11

| b |
|---|
| **becoming**  4:16 4:18 |
| **believes**  2:15 |
| **best**  3:4 |
| **better**  3:9,21 |
| **biden**  2:23 3:22 7:21 |
| **bit**  8:6 |
| **border**  2:25 7:8 7:10,10 |
| **borders**  6:18 |
| **boring**  3:17 |
| **broke**  6:10 |
| **budget**  2:24 |

| c |
|---|
| **c**  9:1,1 |
| **campaign**  7:21 7:23 8:2 |
| **camps**  6:4 |
| **can't**  3:24 |
| **care**  7:7 |
| **cbs**  1:14 |
| **certify**  9:3 |
| **check**  3:10 |
| **chosen**  2:20 |
| **circumstance** 5:11 |
| **circumstances** 3:14 |
| **civil**  5:9 |

**claim**  2:4
**claimed**  5:2
**clinton**  5:2
**clocks**  3:3
**coalition**  3:6
**come**  7:11
**complain**  5:1
**concern**  3:5
**congress**  4:10
**constitutional** 5:14
**contest**  3:2
**context**  4:19
**continue**  5:20
**conversations** 4:13
**countries**  6:13 7:4
**country**  2:19 2:22 4:1 5:15 5:23 6:3,6,10 6:18 7:15 9:12
**country's**  5:17 7:12
**court**  4:22
**covered**  4:11
**create**  5:15
**criminals**  6:23
**crossed**  7:1
**crossing**  7:9
**cuba**  7:5
**cycle**  3:12
**cycles**  3:14

| d |
|---|
| **d.c.**  5:22 |
| **dakota's**  2:5 |
| **dangerous**  6:16 |
| **date**  9:16 |
| **day**  3:4 |
| **defended**  5:18 |
| **degree**  2:8 |
| **deportation**  6:3 6:19 |
| **deported**  6:5 |
| **different**  2:16 3:14 4:12 5:11 |
| **discuss**  4:6,12 |
| **dispense**  2:9 |
| **doing**  3:19 |
| **donald**  2:21 |
| **don't**  2:14 7:2 |

| e |
|---|
| **e**  9:1 |
| **election**  3:6,12 3:14 |
| **elevated**  3:24 |
| **emptied**  7:5 |
| **empty**  6:13 |
| **entertaining** 8:4 |
| **especially**  5:1 |
| **essentially**  5:15 |
| **exactly**  5:5 |
| **executive**  6:2 |
| **expect**  5:19 8:3 |
| **expected**  3:19 |
| **expecting**  8:7 |

Page 1

[eyes - needed]

eyes   7:17

**f**

f   9:1
facilitated   6:11
   7:13
fact   7:13
family   3:21
family's   2:24
far   3:2
february   9:16
feeling   3:24
fight   2:22,22
fix   5:22
floated   2:2
foregoing   9:4
former   4:4,20
   4:22 5:24
forward   5:21
foundation
   7:15
founders   5:16
freedoms   5:18
future   5:25 8:6

**g**

garrett   1:14 2:1
   3:1 4:3,14 5:8
   5:24 6:22 7:20
   8:8
gas   3:24
general   3:6
   6:25
gift   7:18
give   3:4 8:5

given   6:15 7:19
going   3:6,12,17
   7:23
good   2:6,12,19
   3:13
governor   1:14
   2:5,6 3:1 4:3
   5:8 6:22 7:20
   8:8
groceries   3:25

**h**

haley   2:9 3:2
half   4:5 7:3
happening   7:14
   7:17
harris   7:21
hate   6:13
heard   4:25 6:22
he's   3:19 6:4
hold   6:5
honestly   3:8
hope   2:18 8:6
hours   4:5
house   3:22 4:21
   5:21 6:12 7:14
hyde   9:3

**i**

illegally   6:10
   7:1
immigration
   6:1
immunity   4:23
   5:2,13

inclusion   4:6
institutions
   6:14,24
intended   5:16
interesting   3:15
interviews   1:14
invasion   2:25
   7:14
issues   2:16
it's   2:12,16,21
   3:15 4:20 7:18
i'm   4:5 5:11,21
   8:6
i've   4:8 7:8,9

**j**

joe   2:23 3:22
joins   2:6
jones   5:3

**k**

knew   3:18
know   2:14 5:8
   7:2,12
known   4:8
kristi   1:15 2:5
   2:11 3:7 4:8,25
   5:17 6:9 7:2,25
   8:8,10

**l**

laws   6:11,20
leadership   7:12
ledanski   9:3
legal   9:11
little   8:5

look   3:2
looking   5:21
   7:24
lot   3:17 4:11
loved   3:20
luck   7:25

**m**

made   6:16
major   1:14 2:1
   3:1,17 4:3,14
   5:8,24 6:9,22
   7:20 8:8,10
make   5:4 6:6
   6:19
makes   7:1
march   1:13
mass   6:3
mate   2:3
matter   5:9
meeting   4:4
mental   6:14,24
mentions   6:1
mineola   9:14
mishap   8:3
misstep   8:3
moment   7:22
monarchy   5:15

**n**

n   9:1
names   2:2
nation   6:20
need   5:4
needed   5:2

Page 2

[never - sure]

| | | | |
|---|---|---|---|
| **never**  2:12 4:25 5:16 | **percentage** 6:25 | **purview**  5:10 | **road**  9:12 |
| **new**  5:6 | **place**  6:2 | **put**  6:2 | **running**  2:3 |
| **news'**  1:14 | **play**  3:15 | **q** | **s** |
| **nice**  8:4 | **point**  2:16 | **quickly**  4:1 | **safe**  6:21 |
| **night**  7:24 | **points**  7:21 | **r** | **scholars**  5:14 |
| **nikki**  2:9 | **policies**  2:23 3:20 6:1 | **r**  9:1 | **see**  2:6 |
| **noem**  1:15 2:5 2:6,11 3:1,7 4:3,8,25 5:8,17 6:9,22 7:2,20 7:25 8:8,10 | **position**  4:17 | **race**  2:17 | **seen**  6:12 |
| | **possible**  2:3 4:6 | **reality**  3:10 | **sense**  6:24 |
| | **possibly**  4:15 4:16,18 | **really**  2:22,23 3:23,25 5:22 | **sent**  7:7,11 |
| | **practical**  6:8 | **recently**  4:4 | **several**  2:1 7:8 |
| **nominee**  2:4,21 4:7 | **precious**  7:18 | **recognize**  5:5 | **she's**  2:15 3:7,9 |
| **ny**  9:14 | **presidency** 5:10 | **recognizing** 2:19 | **short**  4:2 |
| **o** | **president**  2:3 2:20 3:18 4:4,9 4:17,18,19,20 4:22 5:2,5,6,12 5:12,18,25 6:11 | **record**  9:5 | **shows**  3:11 |
| **o**  9:1 | | **reelection**  7:21 | **sides**  2:15 |
| **obviously**  2:20 | | **reference**  6:23 | **signature**  9:9 |
| **occupant**  4:21 | | **reform**  4:11 | **solidity**  3:5 |
| **oh**  6:9 | | **relaunch**  7:22 8:1 | **solutions**  9:11 |
| **old**  9:12 | **press**  5:1 7:4 | **remake**  7:15 | **sonya**  9:3 |
| **open**  7:11,17 | **pretty**  3:16 | **reporting**  7:4 | **south**  2:5 |
| **optics**  6:7 | **prices**  3:24 | **republic**  5:17 5:19 | **southern**  2:25 |
| **orders**  6:2 | **prisons**  6:14 7:5 | | **specifically**  6:4 |
| **outside**  5:9 | | **republican**  2:4 2:20 3:5 | **stands**  2:14 |
| **p** | **private**  4:13 | | **state**  7:22 |
| **party**  2:20 | **probably**  4:12 | **republicans**  2:2 3:11 | **states**  6:17 7:19 |
| **past**  3:15 | **proceedings** 9:5 | | **story**  3:23 |
| **paula**  5:3 | | **responsibilities** 6:15 | **sued**  5:3 |
| **people**  2:12,14 3:23 6:5,9,16 6:21 7:6,9,16 | **prominent**  2:1 | | **suite**  9:13 |
| | **prosecution** 4:24 | **responsible**  7:6 | **super**  3:16 |
| | | **results**  3:2 | **supported**  4:10 |
| **percent**  3:4 | **purpose**  7:14 | **return**  5:21 | **supporting** 6:19 |
| | | | **supreme**  4:22 |
| | | | **sure**  5:4 6:20 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[t - you're]**

| t | | |
|---|---|---|
| **t** 9:1,1 | **treating** 5:4 | **what's** 7:17 |
| **talked** 6:4 7:9 | **true** 9:4 | **white** 3:22 4:21 |
| **talking** 5:7 | **trump** 2:3,21 | 5:20 6:12 7:13 |
| **talks** 5:25 6:3 | 3:18 4:9,20 5:6 | **who's** 4:17 |
| **tank** 4:1 | 5:18 | **wide** 7:17 |
| **tax** 4:11 | **try** 8:1 | **win** 3:18 |
| **tell** 2:11 | **tuesday** 3:16 | **wish** 7:25 |
| **terms** 6:7 | **two** 4:5 | **wondering** 4:1 |
| **thank** 8:9,10 | | **won't** 4:12 |
| **that's** 3:13,23 | u | **worked** 4:9,11 |
| 5:10 | **uncomfortable** | **world** 6:16 |
| **there's** 3:17 | 6:7 | **wrecking** 2:24 |
| **they're** 2:13 | **under** 3:22 | |
| 3:25 | **undermining** | y |
| **they've** 6:14 | 7:18 | **year** 7:3 |
| 7:7 8:1 | **underperfor...** | **years** 4:2,9 |
| **thing** 2:12 3:13 | 3:8 | 5:19 |
| **think** 3:7,8,10 | **union** 7:22 | **you're** 7:23 |
| 4:14,16,18,19 | **united** 3:11 | |
| 5:3 7:16 | 6:17 7:19 | |
| **thought** 3:9 | | |
| **three** 4:2 | v | |
| **thursday** 7:24 | **venezuela** 7:4 | |
| **ticket** 4:7,15 | **veritext** 9:11 | |
| **time** 2:17,21 | **vice** 4:16 | |
| 7:11 8:9 | **voting** 2:12 | |
| **times** 7:8 | | |
| **together** 4:9 | w | |
| **told** 4:5,22 7:10 | **want** 2:8 | |
| **tonight** 2:9 | **washington** | |
| 3:15 | 5:22 | |
| **topics** 4:12 | **watch** 3:15 | |
| **transcript** 9:4 | **way** 6:17,25 | |
| | **we're** 5:4 | |
| | **we've** 3:13 6:12 | |
| | 7:3,19 | |

Page 4

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127