# EXHIBIT 29

Homeland Security on X: Remigrate. / X



**Homeland Security** ✔
@DHSgov

Remigrate.

12:06 PM · Oct 14, 2025 · **10.9M** Views

💬 2.8K          ↻ 7.9K          ♡ 46K          🔖 2.1K          ↑

Post your reply                                             Reply

**Homeland Security** ✔ @DHSgov · Oct 14          ⊘  ...

> cbp.gov
> CBP Home Mobile Application
> Update For more information on voluntary self
> deport please visit the DHS CBP Home page. CBP ...

💬 56          ↻ 285          ♡ 2.2K          📊 453K          🔖 ↑

**Leo Pippenpadlopsicopolis** ✔ @NotoriusBFD · Oct 14          ⊘  ...

MAGA: "Don't call us Nazis."

Also MAGA:



💬 188          ↻ 799          ♡ 14K          📊 233K          🔖 ↑

**Zoomer** ✔ @ZoomerHistorian · Oct 14          ⊘  ...

Every single third worlder back to where they came from. 🫡

💬 25          ↻ 74          ♡ 5.9K          📊 76K          🔖 ↑

**HPN** @HPN2_0 · Oct 14          ⊘  ...

### Search

**Relevant people**

**Homeland Security** ✔          Follow
@DHSgov
With honor and integrity, we will
safeguard the American people, our
homeland, and our values.
#WeAreDHS

**What's happening**

Only on X · Trending
**#LADS2ndAnniversary**
3,870 posts

Sports · Trending
**#BangBangNinerGang**

Philip Rivers · Trending
**Philip Rivers**
18.2K posts

Sports · Trending
**Bourne**
Trending with Mac Jones
2,259 posts

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···  © 2025 X Corp.

