# EXHIBIT 30

SUBSCRIBE

OCT 16, 2025 11:11 AM PT

# Trump's Department of Homeland Security Embraces a Word With Ties to White Nationalism

POLITICS  TRUMP ADMINISTRATION

ADD TIME ON GOOGLE

Show me more content from TIME on Google Search



Explore the full archive of TIME, a century of journalism, insight, and perspective, with AI that helps you research, connect ideas, and uncover stories across every era and topic.

Ask me anything

EDITORIAL FELLOW

# The Brief October 17, 2025

OpenAI sparks debate over AI-human intimacy, Trump unveils plan to expand access to 'fertility insura

07:43

Length: Long    Speed: 1.0x

AI

For months, the White House and federal agencies have drawn outrage from critics for social media posts promoting President Trump's immigration agenda. Some of the posts deploy jokes or memes. Others use language or images seen as racist dog whistles. This week, the Department of Homeland Security drew pushback for a post that was just one word: remigrate.

Explore the full archive of TIME, a century of journalism, insight, and perspective, with AI that helps you research, connect ideas, and uncover stories across every era and topic.



Ask me anything

Time... In Hollywood

Trending

Now Playing..

Play Now

2.

Trending Now

**A.I. is having a "Significant Effect" on job market**

New

Now Playing..

Play Now

3.

**You'll never guess who Millie Bobby Brown's favorite 80's icon is**

Now Playing..

Play Now

4.

**Russia gets hit with 'historic volcanic eruption days after massive earthquake**

Now Playing..

The term, which has been embraced among Trump's MAGA base, has a fraught history in Europe, where it has ties to white nationalism and has been seen as a euphemism for ethnic cleansing.

The short post

Explore the full archive of TIME, a century of journalism, insight, and perspective, with AI that helps you research, connect ideas, and uncover stories across every era and topic.

# Where "re

 Ask me anything

The term "remigration" has traditionally been used in Europe to refer to the mass deportation of non-white immigrants. It has been used by right-winged politicians such as Austria's Herbert Kickl and Germany's Alice Weidel of the right-wing populist Alternative for

"In Europe, it's an established part of the linguistic toolbox of white supremacy," Nicholas J. Cull, a professor of communication at the University of Southern California, tells TIME.

The use of the term in Germany and Austria has been a trademark of recent anti-immigration campaigns. Protests across Germany were sparked last year after it was alleged that AfD party members and far-right Austrians were plotting to deport thousands of migrants, causing mass pro-democracy demonstrations.

*Advertisement*

When asked for comment on its post from Tuesday, Tricia McLaughlin, a Homeland Security spokesperson, responded in an email, "Is the English language too difficult for you?" The message was followed by a Collins English Dictionary definition of the word "remigrate."

The DHS post seems to be a nod to the efforts of the State Department to create an "Office of Remigration," the plans for which were rolled out through a proposal in May that called for an overhaul of the agency that would cut a series of programs and reduce domestic staffing. The details of the plan are outlined in a 136-page document that the State Department sent to six Congressional Committees. The document says the Office of Remigration will "actively facilitate the voluntary return of migrants to their country of origin or legal status."

This year, Trump has embraced the term and used it multiple times on social media. "America was invaded and occupied. I am reversing the Invasion. It's called Remigration," he said in one Truth Social **post** from June.

Explore the full archive of TIME, a century of journalism, insight, and perspective, with AI that helps you research, connect ideas, and uncover stories across every era and topic.

"Everybody ca

the language a

## A string of

Ask me anything

The department's use of the word and the baggage it carries follows a pattern of posts by Trump and Administration officials that appear to disfavor certain groups living in the U.S.





⏸  🔇  Loading ad    ⤢

In August, the Administration was accused of <u>quoting</u> a white supremacists in a DHS post for Immigration and Customs Enforcement (ICE) recruiting. The department wrote the caption, "which way, American man?" which was argued to reference *Which Way, Western Man*, a 1978 book by the white supremacists William Gayley Simpson, who was a supporter of Hitler.

*Advertisement*

In other posts, the agency depicts an old Morgan Weistling painting of a white family with the caption, "remember your homeland's heritage," while misnaming the painting.

Other posts <u>ca</u> culture!" One p return."



Explore the full archive of TIME, a century of journalism, insight, and perspective, with AI that helps you research, connect ideas, and uncover stories across every era and topic.

Ask me anything

Also this week,                                                              this week that used                                                              out Us," which was <u>condemned</u> by Jewish groups when the song was released in 1995, prompting Jackson to update the song.

 "This is, unfortunately, part of how extreme politics works, that it tries to find ordinary ways to describe horrible and morally abhorrent things," Cull says.

# Must–Reads from TIME

Trump Vowed His Mass Deportation Efforts Would Target 'the Worst of the Worst.' Here's What the Data Shows   ›

In First Few Weeks, Trump Administration Reversed Course More Than A Dozen Times   ›

What to Know About Dan Bongino, Trump's Controversial New FBI Deputy Director   ›

READ MORE ⌄

## Sections

Home

Politics

Health

AI

World

Business

Entertainment

Technology

Newsletters

Explore the full archive of TIME, a century of journalism, insight, and perspective, with AI that helps you research, connect ideas, and uncover stories across every era and topic.

Ask me anything