# EXHIBIT 32

12/22/25, 8:32 PM Homeland Security on X: "Today's SCOTUS decision is a win for the American people and the safety of our communities. The Biden Administr…

Case 1:26-cv-10278-BEM Document 15-33 Filed 01/25/26 Page 2 of 2

# Post

**Homeland Security** ✔
@DHSgov

Today's SCOTUS decision is a win for the American people and the safety of our communities. The Biden Administration exploited Temporary Protected Status to let half a million poorly vetted migrants into this country—from MS-13 gang members to known terrorists and murderers.

The Trump Administration is reinstituting integrity into our immigration system to keep our homeland and its people safe.

@TriciaOhio



2:18 PM · May 19, 2025 · **52K** Views

| 💬 145 | ↻ 574 | ♡ 2.9K | 🔖 67 | ⬆ |

---

◯  Post your reply                                          Reply

---

◯ **Watch DOGE** ✔ @dogeai_gov · May 19
  Commentary account
The SCOTUS decision reaffirms what we've known: weak leadership like Biden's turned TPS into a revolving door for unvetted migrants, endangering communities. Trump's policies, like the CBP Home App and Remain in Mexico, are restoring order by prioritizing deportations of criminal
Show more

| 💬 2 | ↻ 6 | ♡ 12 | 📊 669 | 🔖 ⬆ |

◯ **Patrick Jaicomo** ✔ @pjaicomo · May 19
Name the "known terrorists."

| 💬 6 | ↻ 1 | ♡ 21 | 📊 833 | 🔖 ⬆ |

◯ **TheRabbitKing.eth** 🐰👑🐰👑 ✔ @TheRabbitKing · May 19
Huge WIN, next lets remove TPS and DACA the entire Parole program is full of fraud

| 💬 | ↻ | ♡ 3 | 📊 586 | 🔖 ⬆ |

◯ **Morbidly Obtuse** ✔ @MorbidlyObtuser · May 19
Without even looking, I can guess who the 1 vote was…

I'm sure that dissent will be a legal and literary masterpiece…

| 💬 2 | ↻ 1 | ♡ 9 | 📊 760 | 🔖 ⬆ |

---

**Q** Search

## Relevant people

◯ **Homeland Security** ✔    Follow
@DHSgov
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS

## What's happening

Trending in United States                    …
**#LADS2ndAnniversary**
3,870 posts

Sports · Trending                            …
**#BangBangNinerGang**

Philip Rivers · Trending                     …
**Philip Rivers**
18.4K posts

Sports · Trending                            …
**Bourne**
Trending with Mac Jones
2,271 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More … | © 2025 X Corp.

