# EXHIBIT 33

12/22/25, 8:32 PM
Exclusive: US diplomats asked if non-whites qualify for Trump refugee program for South Africans | Reuters
Case 1:26-cv-10278-BEM    Document 15-34    Filed 01/25/26    Page 2 of 7

Learn more about LSEG



My News

# Exclusive: US diplomats asked if non-whites qualify for Trump refugee program for South Africans

By **Ted Hesson**, **Humeyra Pamuk** and **Kristina Cooke**

July 25, 2025 4:33 PM PDT · Updated July 25, 2025



[1/4] U.S. President Donald Trump meets South African President Cyril Ramaphosa in the Oval Office of the White House in Washington, D.C., U.S., May 21, 2025. REUTERS/Kevin Lamarque/File Photo Purchase Licensing Rights



## Summary

U.S. diplomatic cable asked if non-white racial minorities are eligible

Trump official said in email that the program was intended for whites

State Department says program is open to Afrikaners and all racial minorities

WASHINGTON, July 25 (Reuters) - In early July, the top official at the U.S. embassy in South Africa reached out to Washington asking for clarification on a contentious U.S. policy: could non-whites apply for a refugee program geared toward white South Africans if they met other requirements?

President Donald Trump's February executive order establishing the program specified that it was for "Afrikaners in South Africa who are victims of unjust racial discrimination," referring to an ethnic group descended mostly from Dutch settlers.

> The Reuters Daily Briefing newsletter provides all the news you need to start your day. Sign up here.

In a diplomatic cable sent July 8, embassy Charge d'Affairs David Greene asked whether the embassy could process claims from other minority groups claiming race-based discrimination such as "coloured" South Africans who speak Afrikaans. In South Africa the term coloured refers to mixed-raced people, a classification created by the apartheid regime still in use today.

The answer came back days later in an email from Spencer Chretien, the highest-ranking official in the State Department's refugee and migration bureau, saying the program is intended for white people.

Reuters was unable to independently verify the precise language in the email which was described to the news agency by three sources familiar with its contents.

The State Department, responding to a request for comment on July 18, did not specifically comment on the email or the cable but described the scope of the policy as wider than the guidance in Chretien's email.

The department said U.S. policy is to consider both Afrikaners and other racial minorities for resettlement, echoing guidance posted on its website in May saying that applicants "must be of Afrikaner ethnicity or be a member of a racial minority in South Africa."

Chretien declined to comment through a State Department spokesperson. Greene did not respond to Reuters requests for comment.

The internal back-and-forth between the embassy and the State Department - which hasn't been previously reported - illustrates the confusion in how to implement a policy designed to help white Afrikaners in a racially diverse country that includes mixed-race people who speak Afrikaans, as well as whites who speak English.

So far the State Department has resettled 88 South Africans under the program, including the initial group of 59 who arrived in May. Another 15 are expected to arrive by the end of August, one of the sources said.

Trump, a Republican who recaptured the White House pledging a wide-ranging immigration crackdown, placed an indefinite freeze on refugee admissions from around the world after taking office, saying the U.S. would only admit refugees who "can fully and appropriately assimilate."

Weeks later, he issued an executive order that called for the U.S. to resettle Afrikaners, describing them as victims of "violence against racially disfavored landowners," allegations that echoed far-right claims but which have been contested by South Africa's government.

Since the executive order, U.S. diplomats working to implement the program have been deliberating internally about which racial groups could be considered eligible, one of the sources said.

In the July 8 cable, Greene laid out a summary of the different ethnic and racial groups in the country before seeking guidance on eligibility. In addition to Afrikaners and mixed-race South Africans, Greene mentioned indigenous South Africans known as the Khoisan people.

He said that members of the Jewish community had also expressed interest, but that in South Africa they are considered a religious minority and not a racial group.

"In the absence of other guidance, [the U.S. embassy] intends to give consideration to well-founded claims of persecution based on race for other racial minorities," Greene wrote.

At least one family identified as coloured has already traveled to the U.S. as refugees, two people familiar with the matter said.

The cable forced the administration to clarify its position on whether the policy is for whites only, and if it does include other aggrieved minorities, who would qualify, two of the people familiar with the matter said.

Chretien, a conservative who wrote op-eds promoting the Heritage Foundation's "Project 2025" plan to overhaul the federal government, is the senior official at the State Department's Bureau of Population, Refugees, and Migration.

During the apartheid era, which ended with the first democratic elections in 1994, South Africa maintained a racially segregated society with separate schools, neighborhoods and public facilities for people classified as Black, coloured, white or Asian.

Blacks make up 81% of South Africa's population, according to 2022 census data. Coloured South Africans make up 8%, and Indians 3%. Afrikaners and other white South Africans constitute 7% of the population but own three-quarters of the privately held land in the country.

When asked about the program in May, Trump said he was not giving Afrikaners preferential treatment because they are white.

"They happen to be white, but whether they are white or Black makes no difference to me," he said.

In response to a request for comment, a White House official said the administration's policy reflected Trump's executive order.

"We will prioritize refugee admissions for South African citizens, including Afrikaners and other racial minorities in South Africa, who have been targeted by the discriminatory laws of the South African government," the official said.

The assertion that minority white South Africans face discrimination from the Black majority has spread in far-right circles for years and been echoed ⤢ by white South African-born Elon Musk, a U.S. citizen who served as a top White House aide during the first four months of Trump's administration.

The South African government has rejected the allegations of persecution and a "white genocide." There is no evidence to back up claims of widespread, race-based attacks in the country.

During a combative Oval Office meeting with South African President Cyril Ramaphosa in May, Trump showed a printed image of a Reuters video taken in the Democratic Republic of Congo as part of what he falsely presented as evidence of mass killings of white South Africans.

The South African Chamber of Commerce said earlier this year that 67,000 people were interested in the program.

Reporting by Ted Hesson and Humeyra Pamuk in Washington and Kristina Cooke in San Francisco; Additional reporting by Jonathan Landay in Washington; Editing by Don Durfee and Michael Learmonth

Our Standards: **The Thomson Reuters Trust Principles.** ⤢

Suggested Topics:

Africa

Purchase Licensing Rights



**Ted Hesson**
Thomson Reuters

Ted Hesson is an immigration reporter for Reuters, based in Washington, D.C. His work focuses on the policy and politics of immigration, asylum and border security. Prior to joining Reuters in 2019, Ted worked for the news outlet POLITICO, where he also covered immigration. His articles have appeared in POLITICO Magazine, The Atlantic and VICE News, among other publications. Ted holds a master's degree from the Columbia University Graduate School of Journalism and bachelor's degree from Boston College.

  



**Humeyra Pamuk**
Thomson Reuters

Humeyra Pamuk is a senior foreign policy correspondent based in Washington DC. She covers the U.S. State Department, regularly traveling with U.S. Secretary of State. During her 20 years with Reuters, she has had postings in London, Dubai, Cairo and Turkey, covering everything from the Arab Spring and Syria's civil war to numerous Turkish elections and the Kurdish insurgency in the southeast. In 2017, she won the Knight-Bagehot fellowship program at Columbia University's School of Journalism. She holds a BA in International Relations and an MA on European Union studies.

    



**Kristina Cooke**
Thomson Reuters

Kristina Cooke is an investigative reporter at Reuters focused on immigration. In 2025, she was part of a team of reporters who were awarded the Pulitzer Prize for Investigative Reporting for coverage of the fentanyl supply chain. In 2023, she and colleagues were finalists for the Pulitzer Prize for National Reporting for an investigation into migrant child labor in the United States. Originally from Germany, she joined Reuters in London in 2005 and is now based in San Francisco.



## Read Next

China
**Stocks, precious metals rise; yen on intervention watch**
2 hours ago

Asia Pacific

**Frail yen whipped around as intervention threat swirls**

1 hour ago

Business

**Oil slips as market weighs Venezuela, Russia supply risks**

2 hours ago

Africa

**IMF reaches staff-level agreement on Egypt's fifth, sixth loan programme reviews**

3 hours ago

**World** >

# China fails to recover first stage of reusable Long March 12A rocket, Xinhua reports

Science · December 22, 2025 · 8:23 PM PST · 9 mins ago

The first stage of China's reusable Long March 12A "was not successfully recovered" during the inaugural flight of the rocket on Monday, according to the state-run Xinhua news agency.

Asia Pacific

**Vietnam's Communist Party selects next leadership candidates as January congress nears**

13 mins ago

Asia Pacific

**Thai central bank, finance ministry to hold briefing on baht on Tuesday**

30 mins ago

Asia Pacific

**China's Kuaishou shares fall to near five-week low after livestreaming cyberattack**

33 mins ago

World

**US military says one person killed in strike on suspected drug vessel in Pacific**

40 mins ago

Latest

**Home**

**Authors**

**Topic Sitemap**

**Archive**

**Article Sitemap**

Media

📹 **Videos**

📷 **Pictures**

🖼 **Graphics**

🎧 **Podcasts**

About Reuters

**About Reuters** ⎋

**Advertise with Us** ⎋

**Careers** ⎋

**Reuters News Agency** ⎋

**Brand Attribution Guidelines** ⎋

**Reuters and AI** ⎋

**Reuters Leadership** ⎋

**Reuters Fact Check**

**Reuters Diversity Report** ⎋

**Commercial Disclosure (Japan)** ⎋

Browse

**World**

**Business**

**Markets**

**Sustainability**

**Legal**

**Breakingviews**

**Technology**

**Investigations**

**Sports**

**Science**

**Lifestyle**

Stay Informed

**Download the App (iOS)** ⏍

**Download the App (Android)** ⏍

Newsletters

**Subscribe**

---

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

---

LSEG Products

**Workspace** ⏍

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Data Catalogue** ⏍

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check** ⏍

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

---

**Advertise With Us** ⏍     **Advertising Guidelines**     **Purchase Licensing Rights** ⏍

All quotes delayed a minimum of 15 minutes. See here for a list of exchanges and delays.

**Cookies** ⏍     **Terms & Conditions**     **Privacy** ⏍     **Copyright** ⏍     **Digital Accessibility** ⏍     **Corrections**     **Data Disclosure and Sources** ⏍     **Site Feedback** ⏍

© 2025 Reuters. All rights reserved