# EXHIBIT 35

FOR OFFICIAL USE ONLY

*Office of the Director*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, DC 20536



**U.S. Immigration
and Customs
Enforcement**

March 31, 2025

TO:                 ICE Leadership

FROM:           Todd Lyons
                      Acting Director

SUBJECT:      **Updated Terminology for Communications
                      Materials and Internal and External Communications**

---

This memorandum updates the January 21, 2025, memorandum *Updated Terminology for Communications and Materials.* That memo instituted the following terminology changes:

| **Previous** | **Updated** |
|---|---|
| Noncitizen | **Alien** |
| Noncitizenship | **Alienage** |
| Unaccompanied noncitizen children | **Unaccompanied Alien Children** |

In addition to those changes, which remain in effect, ICE will adopt the following terminology for all communications materials and internal and external communications:

| **Previous** | **Updated** |
|---|---|
| Undocumented Noncitizen; Undocumented Alien | **Illegal alien**<br><br>*Note: ICE personnel may use the term "undocumented" when quoting language from a relevant statute or regulation.* |
| Special Interest Undocumented Individual | **Special Interest Alien** |
| International Student | **Foreign Student** |
| Asylum Seeker | **Asylum Applicant** |

FOR OFFICIAL USE ONLY

Updated Terminology for Communications Materials and Internal and External Communications
Page 2 of 2

Distribution:

Deputy Director
Executive Associate Director, Enforcement and Removal Operations
Executive Associate Director, Homeland Security Investigations
Executive Associate Director, Management and Administration
Associate Director, Office of Professional Responsibility
Principal Legal Advisor
Assistant Director, Office of Civil Rights Compliance
Assistant Director, Office of External Affairs
Assistant Director, Office of Firearms and Tactical Programs
Assistant Director, Office of Regulatory Affairs and Policy
Chief of Staff, Office of the Director
Deputy Chief of Staff, Office of the Director

FOR OFFICIAL USE ONLY