# EXHIBIT 36

☰ **Newsweek**   Nation ⌄   World ⌄   Lifestyle ⌄   Opinion ⌄   Rankings ⌄   Connect ⌄   More ⌄   Subscribe

U.S.    2024 Election    Ohio    JD Vance    Donald Trump    Immigrants    Cats    More ⌄

News Article ⓘ

# JD Vance Confronted on Putting Constituents 'at Risk' With Haitian Claims

PUBLISHED                          UPDATED

SEP 15, 2024 AT 10:07 AM EDT   SEP 16, 2024 AT 10:59 AM EDT

A D V E R T I S I N G



...tor JD Vance, an Ohio Republican, is seen on September 11, 2024, in New York City. In an interview
...NN, Vance, Donald Trump's vic...    **Read More** | *Getty*

**By Gabe Whisnant**
Breaking News Editor

💬 0    ⬆ **Share**

 Newsweek is a Trust Project member ↗

...day morning interview on <u>CNN</u>'s *State of the Union,* <u>Republican</u> Ohio Senator
...e, <u>Donald Trump</u>'s vice presidential running mate, was confronted about
...his constituents "at risk" due to his claims about Haitian immigrants eating

...e 2024 presidential election where immigration is a hot topic issue, city
...s in Springfield, Ohio, have consistently <u>debunked rumors</u> of pets being eaten,
...claims gained prominence when Trump, the GOP White House nominee,
...<u>d them during a televised debate on Tuesday night</u> against Vice President
...<u>Harris</u>.

...ngfield, they're eating the dogs," Trump said in Philadelphia during the debate.
...ople that came in, they're eating the cats. They're eating the pets of the people
...e there. And this is what's happening in our country. And it's a shame."

...n just an online storm, the pet-eating accusations are affecting real life.
...ield's city hall had to be evacuated on Thursday morning <u>after a bomb threat</u>,
...officials said included "hateful language toward immigrants and Haitians in our

rnity," was sent to it, along with the Clark County courthouse and two
lary schools.

**Newsweek**   Nation ⌄   World ⌄   Lifestyle ⌄   Opinion ⌄   Rankings ⌄   Connect ⌄

A D V E R T I S I N G



**01**   Corgi
Have F
Shares
3 min read

**02**   Doorl
Late N
No On
What
3 min rea

**03**   Winte
Warn
of Snc
'Impo
3 min rea

**04**   Donal
Impea
Issue
4 min rea

**05**   JonBe
Fathe
New F
4 min rea

ion, there was an emailed threat regarding <u>a potential shooting on campus at</u>
<u>berg University,</u> a private liberal arts college in the city, leading to school
ions and the canceling of planned events.

tentious, 17-minute interview on the topic, CNN host <u>Dana Bash</u> pressed Vance
day about the claims, along with Trump's mentioning it on the debate stage.

oted on several occasions that she wasn't, personally, accusing Vance of putting
immigrants "at risk." However, she said she was quoting Springfield Mayor
e.

## Read More

Ohio's Republican Governor Defends Haitian
Immigrants: 'Helped the Economy'
6 min read

Thousands Sign Christian Petition
Condemning Pro-Trump 'False Prophets'
5 min read

Kamala Harris More Likely To Win Alaska
Than Florida or Texas—Nate Silver
3 min read

hese federal politicians who have negatively spun our city need to know
hurting our city, and it was their words that did it," Rue told local news station
n Thursday.

# Newsweek

Nation ⌄    World ⌄    Lifestyle ⌄    Opinion ⌄    Rankings ⌄    Connect ⌄



...attends Charity Day 2024 hosted by The Cantor Fitzgerald Relief Fund at BGC Group on ...r 11 in New York City. | *Getty*

...gan the lengthy interview with this question:

...Donald Trump talked about eating dogs and cats on a debate stage, it was you ...who first elevated this baseless rumor. These are your constituents, so why are ...ting them at risk by continuing to spread claims about Haitian immigrants, ...officials in your state saying there is no evidence and pleading for them to

...point, Vance called what Bash said "disgusting" regarding his claims that she ...using him of putting the community at risk and inciting violence. He also

**Opinion**

**If the Press Do**
**Defend Its Free**

ADVERTISING

...alf a century of economic decline, Springfield worked hard to lure back the ...cturing industry, according to city officials. The plan worked and began ...g jobs that ended up attracting immigrants. Between 15,000 and 20,000 Haitian ...ts have moved to the city, which had a population of just under 60,000 in 2020, ... space of four years, city officials say.

...e in the country legally, the City of Springfield's Immigration FAQ page says, ...nder the Immigration Parole Program, which, under certain conditions, allows ...zens to remain in the U.S. temporarily without meeting standard visa or ...ation requirements.

...ook aim at the policy during his interview with Bash, saying, "We can condemn ...ence on the one hand but also talk about the terrible consequences of Kamala ...open border on the other hand."

...ator continued: "You just accused me of inciting violence against the ...nity when all that I've done is surface the complaints of my constituents, ...who are suffering because of Kamala Harris' policies. Are we not allowed to ...ut these problems because some psychopaths are threatening violence? That is ...amala Harris waved a magic amnesty wand, taking people and giving them ...atus. That is not to say that they're here legally."

ADVERTISING

comments by Republicans that President Joe Biden made Harris the "border [czar]," [s]he never officially held that title. Biden had given Harris the task of [nego]tiating diplomatic relationships in the hopes of improving conditions in [countri]es like El Salvador, Guatemala, and Honduras that would, in theory, encourage [would-b]e migrants to stay put.

[Vance re]sponded to Vance on Sunday: "There are policy disagreements all the time, but [the law] is that it is the law. You were the one who brought this up. The [former] [preside]nt said it to 60 million people."

[Vance a]lso said he hasn't actually been to Springfield to investigate the rumors against [the Hai]tian immigrant community.

[Later in] the interview, Vance said that if he had to he would "create stories" about [migran]ts "so that the American media actually pays attention to the suffering of the [America]n people."

ADVERTISING

[Bash as]ked him, "Once and for all, can you affirmatively say that the rumors about [migrant]s eating dogs and cats have no basis with evidence?"

e to create stories so that the American media actually pays attention to the

g for comment.

## id the 'Eating the Pets' Claim Originate?

gfield resident by the name of Erika Lee made a Facebook post alleging that
iitian immigrants were "eating pets," which led to significant national attention
mall city. Her post detailed the disappearance of a neighbor's cat and included
ghbor's suspicions that their Haitian residents were involved in the incident.

ADVERTISING

nits that she had no direct evidence supporting such a claim and that the
t has left her ridden with guilt and anxiety due to the controversy it has
ed.

exploded into something I didn't mean to happen," Lee told NBC News on

lso appeared on NBC News' *Meet the Press* on Sunday when he was asked by
isten Welker about his "baseless" claims that Haitian immigrants are eating

o senator responded, "Kristen, I hear you saying that they're baseless, but I'm
eating them because I invented them out of thin air. I'm repeating them
e my constituents are saying these things are happening."

ADVERTISING



*9/15/24, 11:16 a.m. ET: This article has been updated with more information.*

*9/15/24, 11:28 a.m. ET: This article has been updated with more information.*

equest Reprint & Licensing     Submit Correction     View Editorial & AI Guidelines

Add as a preferred source on Google

Add Newsweek as a preferred source on Google to see more of our trusted coverage when you search.
✕

ADVERTISING