# EXHIBIT 39



**RollingStone**

Got A Tip? | Account

DANGEROUS LIES

# TRUMP SAYS LEGAL HAITIAN MIGRANTS ARE ILLEGAL 'AS FAR AS I'M CONCERNED'

The Republican presidential candidate continued to spread baseless claims about Haitian migrants in Springfield, Ohio

By **CHARISMA MADARANG**

OCTOBER 9, 2024



Donald Trump at a rally on Oct. 6, 2024, in Juneau, Wisconsin.

SCOTT OLSON/GETTY IMAGES

Listen to this article now    3 min listen    Powered by Trinity Audio

00:00    02:37    1.0x

**Donald Trump** threw logic out the window on Tuesday. During an interview with Newsmax, the former president claimed that Haitian migrants in Springfield, **Ohio** — who have been given temporary protected status and are in the U.S. legally — are "illegal immigrants as far as I'm concerned."

His remarks arrive amid a baseless and dangerous lie pushed by Trump and his running mate, Sen. J.D. Vance (R-Ohio), that the town's growing Haitian immigrant community is stealing and eating pet dogs and cats. The duo have made the debunked claims the centerpiece of their campaign during the final weeks of the 2024 presidential election. As a result, the small Ohio city has been inundated with **bomb threats**, forcing evacuations and closures of schools and government buildings.

"I mean, look at Springfield, where 30,000 illegal immigrants are dropped, and it was, they may have done it through a certain little trick, but they are illegal immigrants as far as I'm concerned," ranted Trump on the network Tuesday. "They're destroying the town, they're destroying the whole — they'll end up destroying the state. We cannot let this happen."

ADVERTISEMENT



WINNER! 6 TONY AWARDS INCLUDING BEST MUSICAL
DARREN CRISS    HELEN J SHEN
MAYBE HAPPY ENDING
GET TICKETS

The Republican candidate echoed his previous vow to **revoke** the temporary protected status for Haitian migrants in Springfield and deport them if reelected. "You have to remove the people, and you have to bring

them back to their own country. They are, in my opinion, it's not legal," Trump told NewsNation earlier this week.

— ADVERTISEMENT —



flagstar

Earn while you work

3.80% APY¹

12-month business CD

Learn more

¹ $500 minimum deposit to open and earn APY
Member FDIC ⌂ Equal Housing Lender                    1025 135xxxx

## TRENDING STORIES

**1.**
40 Years Later, Slick Rick Still Has a Story to Tell

**2.**
San Francisco Cop Corrects the Record on Shocking Comments Allegedly from Luigi Mangione's Mom

**3.**
Melissa Hortman Died in a Shocking Act of Political Violence. This Is the Story of Her Life

**4.**
Bob Dylan Tries to Describe Willie Nelson: 'He's Like the Invisible Air'

ADVERTISEMENT

Ohio Gov. Mike DeWine has called Trump's lies about Haitian immigrants in Springfield "garbage," and he added, "This is a piece of garbage that was simply not true. There's no evidence of this at all." DeWine praised Haitians

as a hard-working community of people who have brought "positive influences" to the city.

As the city of Springfield **states** on its website, approximately 12,000 to 15,000 immigrants live in Ohio's Clark County, which has a population of approximately 135,000. The government-run site also clearly states, despite what Trump and Vance may claim, that "Haitian immigrants are here legally" under the **Immigration** Parole Program. Immigrants are then eligible to apply for **temporary protected status** (TPS), which is provided to nationals of certain countries where it would be unsafe to deport them there. The secretary of Homeland Security has designated Haiti for TPS.

IN THIS ARTICLE:  2024 ELECTION,  DONALD TRUMP,  IMMIGRATION,  OHIO

POLITICS > POLITICS NEWS

# SPONSORED STORIES



**Israeli-American Nobel Prize Winner Daniel Kahneman Recommend…**

BLINKIST: DANIEL KAHNEMAN'S REA…



**Ask A Pro: "How Long Does $2.5M Last in Retirement?"**

SMARTASSET



**All over the rich world, fewer people are hooking up and shacking up**

THE ECONOMIST



**Why many Asian megacities are miserable places**

THE ECONOMIST

**Join 100,000+ Design Professionals**

TILEBAR



**Neither Left nor Right: A Newsletter for Libertarians.**

REASON

# MORE NEWS



**EXCLUSIVE**

## Docs Show How Gun Manufacturers Swamped the Market With Large-Capacity Magazines

By MIKE SPIES



**SWAB STATE**

## Trump's DNA Dragnet: The Law That Turns Us All Into Suspects

By ALEX ASHLEY



**COMMENTARY**

## Save the Dividend, Warriors. You May Lose Your Health Care

By MICHAEL EMBRICH



**'UNBELIEVABLE'**

## Trump Cronies Vote to Rename Kennedy Center After Trump

By KORY GROW



**EXCLUSIVE**

## Melissa Hortman Died in a Shocking Act of Political Violence. This Is the Story of Her Life

By STEPHEN RODRICK

READ MORE

READ MORE

ADVERTISEMENT



---

**MATERIAL WORLD**

### Finn Wolfhard Shows Off the Magic Behind His 'Give Me Love' Video for George Harrison

17 MINUTES AGO

---

**COURTS**

### Kevin Costner Sued for More Than $400,000 in Unpaid Costume Rental Fees on 'Horizon 2'

7 HOURS AGO

---

**'PTL'**

### Billy Porter Shares Update Following Battle With Sepsis: 'She's ALIVE!'

DEC 23, 2025 12:48 AM

---

**'A PERSONAL THING'**

### John Lennon's Son Sean Says the 'Younger Generation' Could Forget the Beatles

DEC 22, 2025 11:14 PM

---

ADVERTISEMENT



FOR YOUR GRAMMY CONSIDERATION:
**Best Music Film**

**RAYE**
LIVE AT THE **Royal Albert Hall**

*"A scale befitting the vision she has fought for [for] over a decade."*
**THE GUARDIAN**

*"An utterly unforgettable performance"*
**THE EVENING STANDARD**

*"Britain's next superstar"*
**THE DAILY TELEGRAPH**

**TOP STORIES NEWSLETTER**

# A Cultural Force That Transcends Generations

Enter your email

BY PROVIDING YOUR INFORMATION, YOU AGREE TO OUR TERMS OF USE AND OUR PRIVACY POLICY. WE USE VENDORS THAT MAY ALSO PROCESS YOUR INFORMATION TO HELP PROVIDE OUR SERVICES.

ADVERTISEMENT



FOR YOUR GRAMMY CONSIDERATION:
Best Music Film

RAYE
LIVE AT THE Royal Albert Hall

ADVERTISEMENT



## MOST POPULAR

**1**  *Hollywood REPORTER*
Conan O'Brien Threw a Holiday Party to Forget a Bad Year. Then Nick Reiner Arrived.

**2**  *VARIETY*
'SNL' Shocker: Bowen Yang to Exit Cast After Saturday's Episode

**3**  *she*knows
Nick Reiner Might Be Cut off From His Family Inheritance — But There's Still a Legal Catch

**4**  **Sportico**
Sophia Wilson Exercises NWSL Record $1M Player Option

## YOU MIGHT ALSO LIKE                                        ‹    ›



*VARIETY*

New Movies Out Now in Theaters: What to See This Week

5 HOURS AGO



*she*knows

Stores Open on Christmas Eve—If You Know, You Know

3 HOURS AGO



**Indie**Wire

James Cameron and Sigourney Weaver on Their 40-Year Collaboration

5 HOURS AGO

GET THE MAGAZINE

GIVE A GIFT

CUSTOMER SERVICE

**ROLLING STONE**

| | |
|---|---|
| Music | Staff |
| Politics | Contact |
| TV & Movies | Advertise |
| Culture | |

**LEGAL**

Privacy Policy

Terms of Use

AdChoices

PMC Entertainment

Accessibility

Policy on Anonymous Sources

**FOLLOW US**

- Facebook
- Instagram
- TikTok
- X
- YouTube

**NEWSLETTER SIGNUP**

Enter Your Email                 SUBSCRIBE

**GOT A HOT NEWS TIP?** We want to hear it. Send us a tip using our anonymous form.

SEND US A TIP

By providing your information, you agree to our **Terms of Use** and our **Privacy Policy**. We use vendors that may also process your information to help provide our services.

Rolling Stone is a part of Penske Media Corporation. © 2025 Rolling Stone, LLC. All rights reserved. Powered by WordPress.com VIP

OUR SITES