UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KRISTI NOEM, U.S. DEPARTMENT OF )<br>HOMELAND SECURITY, U.S. CITIZENSHIP AND )<br>IMMIGRATION SERVICES and )<br>UNITED STATES OF AMERICA, )<br>)<br>Defendants. ) | CIVIL ACTION<br>No. 26-10278-BEM |

## **SHORT ORDER OF NOTICE**

MURPHY, D.J.

The Plaintiffs filed an Emergency Motion for Administrative Stay, Production of the Certified Administrative Record, and Postponement on January 25, 2026 [ECF #14]. However, the docket does not indicate any service of the pleadings upon the Defendants and no Notice of Appearance filed on behalf of the Defendants.

In order for the Court to address the merits of this Emergency Motion, the Plaintiff is ORDERED to serve the Complaint, the Emergency Motion for Administrative Stay, Production of the Certified Administrative Record, and Postponement, all related filings and a copy of this Order upon the Defendants no later than 12:00 noon on Tuesday, January 27, 2026.

It is further ORDERED that the Defendants shall file a response to the Emergency Motion for Administrative Stay, Production of the Certified Administrative Record, and Postponement no later than 2:00 p.m. on Friday, January 30, 2026.

A hearing on the Emergency Motion for Administrative Stay, Production of the Certified Administrative Record, and Postponement is scheduled for Tuesday, February 3, 2026 at 11:00 a.m. in-person in Courtroom 12.

DATED:   January 26, 2026

*/s/ Brian E. Murphy*
_____
United States District Judge