IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, SAMUEL DOE, STEPHEN DOE, and ABAL DOE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Civil Action No. 1:26-cv-10278-BEM |

**JOINT POSITION STATEMENT REGARDING ADJUSTMENT OF CASE SCHEDULE**

Plaintiffs' Emergency Motion for Administrative Stay, Production of the Certified Administrative Record, and Postponement of February 13, 2026, Effective Date of Agency Action ("Emergency Motion"), Dkt. No. 14, is currently pending before the Court. On January 26, 2026, the Court directed Defendants to respond to the Emergency Motion by no later than 2:00 pm on January 30, 2026 and set a hearing for February 3, 2026 at 11:00 am.

The Parties have conferred regarding the case schedule and file this joint position statement to seek a slight adjustment. Although the Parties have divergent views on the optimal path forward, which are detailed below, the Parties have agreed on a briefing schedule in the event the Court enters a temporary administrative stay of the agency action at issue in Plaintiffs' Emergency Motion. In support of this joint position statement, the Parties state and request as follows:

1

1.	Defendants respectfully request a one-week extension of their deadline to file an opposition to the Emergency Motion, until February 6, 2026, and also request that the Court reschedule the hearing currently set for February 3, 2026 until after that briefing is submitted. In accordance with the Court's instructions, Plaintiffs' counsel emailed members of the United States Attorney's Office for the District of Massachusetts a copy of the Emergency Motion the afternoon of January 26, 2026. Defendants' undersigned counsel was then assigned to this matter on January 28, 2026, and requires additional time beyond 2:00 p.m. tomorrow to review and adequately respond to Plaintiffs' filings—including a 79-page complaint, as well as a 20-page memorandum and 72 exhibits in support of the Emergency Motion. Plaintiffs oppose an extension of Defendants' opposition deadline or vacatur of the hearing date in the absence of a temporary administrative stay given the imminence of the February 13, 2026, effective date of agency action and the irreparable harms that would result if the agency action is allowed to take effect without resolution of Plaintiffs' Emergency Motion.

2.	Plaintiffs respectfully request a temporary administrative stay of agency action to preserve the status quo and allow full briefing, argument, and resolution of the Emergency Motion. *See, e.g.*, *African Cmtys. Together v. Noem*, Case No. 25-cv-13939-PBS (D. Mass.) ("*ACT I*"), Dkt. No. 37 (granting administrative stay to "preserve the status quo" in advance of resolution of the merits of an analogous emergency motion); *see also id.*, Dkt. No. 35 (Plaintiffs' brief detailing the Court's authority to enter an administrative stay under these circumstances). Defendants oppose entry of an administrative stay.

3.	In the event the Court grants a temporary administrative stay to allow for full briefing, argument, and resolution of the Emergency Motion, the Parties have agreed and stipulate to the following proposed schedule, subject to approval of the Court. The Parties also respectfully

request leave for their papers to exceed the page limits established by Local Rule 7.1(b)(4) as set forth below:

    a. Defendants' opposition of no more than 40 pages due February 11, 2026;

    b. Plaintiffs' reply of no more than 40 pages due February 20, 2026;

    c. Hearing the week of February 23, 2026 or at the Court's earliest convenience.

Dated:  January 29, 2026        Respectfully submitted,

/s/ Stephen Petkis
Mark H. Lynch (admitted *pro hac vice*)
Stephen Petkis (admitted *pro hac vice*)
Paul Killebrew (admitted *pro hac vice*)
Ayana M. Lindsey (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
MLynch@cov.com
SPetkis@cov.com
PKillebrew@cov.com
ALindsey@cov.com

Michael E. Cunniff (admitted *pro hac vice*)
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001
(212) 841-1000
MCunniff@cov.com

Sarah Leadem (admitted *pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
SLeadem@cov.com

Joy Chen (BBO No. 714192)
COVINGTON & BURLING LLP
One International Place, Suite 1020

Boston, MA 02110
617.603.8821
JChen@cov.com

*/s/ Nargis Aslami*
Nargis Aslami (BBO No. 714848)
Golnaz Fakhimi (admitted *pro hac vice*)
Collin Poirot (admitted *pro hac vice*)
Abbey Rutherford (admitted *pro hac vice*)
MUSLIM ADVOCATES
1032 15th Street N.W. #362
Washington, DC 20005
(202) 897-2622
Nargis@muslimadvocates.org
Golnaz@muslimadvocates.org
Collin@muslimadvocates.org
Abbey@muslimadvocates.org

*/s/ Erik Crew*
Erik Crew (admitted *pro hac vice*)
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
(949) 603-7411
ECrew@haitianbridge.org

*Counsel for Plaintiffs African Communities Together, Samuel Doe, Stephen Doe, Abal Doe, and the Proposed Class*

Respectfully submitted:

LEAH B. FOLEY
United States Attorney

By: */s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3112
Nicole.O'Connor@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE REGARDING LOCAL RULE 7.1

Pursuant to Local Rule 7.1, I, Steve Petkis, hereby certify that on January 29, 2026, I conferred with counsel for the Defendants on the relief requested in the foregoing motion in an attempt to resolve and narrow the issues. I further certify that copies of this motion have been served on counsel for the Defendants.

Dated:  January 29, 2026                             /s/ *Stephen Petkis*
                                                     Stephen Petkis