UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>*Defendants*. | Civil Action No. 1:26-cv-10278-BEM |

**NOTICE OF FILING OF CORRECTION TO THE ADMINISTRATIVE RECORD**

The undersigned counsel has been informed that an additional document belonging to the Department of Homeland Security was newly identified as part of the administrative record and served upon Plaintiffs' counsel via e-mail on March 4, 2026.

Filed herewith is an updated certification (Exhibit 1) and corrected index (Exhibit 2), along with the newly-identified document (ETHIOPIA TPS AR003594-3595) (Exhibit 3).

Respectfully submitted,

LEAH B. FOLEY

United States Attorney

Dated: March 5, 2026      By:      */s/ Nicole M. O'Connor*
NICOLE M. O'CONNOR
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3112
nicole.o'connor@usdoj.gov

## CERTIFICATE OF SERVICE

  I, Nicole M. O'Connor, Assistant U.S. Attorney, hereby certify that a copy of the above document was served upon all parties of record via this court's electronic filing system and upon any non-registered participants via first class mail.

Dated: March 5, 2026                */s/ Nicole M. O'Connor*
                      Nicole M. O'Connor
                      Assistant U.S. Attorney