# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

AFRICAN COMMUNITIES TOGETHER, et al.,

        Plaintiffs,

     v.

KRISTI NOEM, *in her official capacity as Secretary of Homeland Security,* et al.,

        Defendants.

Civil Action No. 26-cv-10278-BEM

## CERTIFICATION

    My name is Juliana Blackwell. I am employed with the U.S. Department of Homeland Security, as the Deputy Executive Secretary. I am responsible for the oversight and management of the Office of the Executive Secretary, which oversees the management of written communication intended for, and originated by, the Secretary and Deputy Secretary of Homeland Security and maintains official Department records. I have held this position since August 2019. I am the custodian of the administrative record for the Secretary's termination of Temporary Protected Status for Ethiopia (TPS).

    On February 17, 2026, I certified the Administrative Record for Secretary Noem's determination to terminate the TPS designation for Ethiopia. Attached is a supplemental document to that administrative record.

    Executed this 4th day of March, 2026 in Washington, D.C.

JULIANA J BLACKWELL
Digitally signed by JULIANA J BLACKWELL
Date: 2026.03.04 13:04:19 -05'00'

Juliana Blackwell
Deputy Executive Secretary