| Bates/Control # | End Bates/Control # | Filename | Privilege | Type | Num Pages |
|---|---|---|---|---|---|
| ETHIOPIA TPS AR000001 | ETHIOPIA TPS AR000001 | 2-Continuation of the National Emergency With Respect to Ethiopia, 87 FR 55899.pdf | Privilege: Not Privilege | PDF | 1 |
| ETHIOPIA TPS AR000002 | ETHIOPIA TPS AR000002 | 2-Continuation of the National Emergency with Respect to Ethiopia, 88 FR 62435.pdf | Privilege: Not Privilege | PDF | 1 |
| ETHIOPIA TPS AR000003 | ETHIOPIA TPS AR000003 | 2-Continuation of the National Emergency with Respect to Ethiopia, 89 FR 73251.pdf | Privilege: Not Privilege | PDF | 1 |
| ETHIOPIA TPS AR000004 | ETHIOPIA TPS AR000004 | 2-Continuation of the National Emergency with Respect to Ethiopia, 90 FR 43901.pdf | Privilege: Not Privilege | PDF | 1 |
| ETHIOPIA TPS AR000005 | ETHIOPIA TPS AR000012 | 2-Designation of Ethiopia for Temporary Protected Status, 87 FR 76075.pdf | Privilege: Not Privilege | PDF | 8 |
| ETHIOPIA TPS AR000013 | ETHIOPIA TPS AR000017 | 2-EO 14046, Imposing Sanctions on Certain Persons With Respect to the Humanitarian and Human Rights Crisis in Ethiopia, 86 FR 52389.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR000018 | ETHIOPIA TPS AR000018 | 2-EO 14150, America First Policy Directive to the Secretary of State.pdf | Privilege: Not Privilege | PDF | 1 |
| ETHIOPIA TPS AR000019 | ETHIOPIA TPS AR000024 | 2-EO14159 of January 20, 205, Protecting the American People Aganist Invasion, 90 FR 8443 Jan. 29, 2025.pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR000025 | ETHIOPIA TPS AR000033 | 2-Extension and Redesignation of Ethiopia for Temporary Protected Status, 89 FR 26172 (April.pdf | Privilege: Not Privilege | PDF | 9 |
| ETHIOPIA TPS AR000034 | ETHIOPIA TPS AR000035 | 2-Termination of Designation of Angola Under the Temporary Protected Status Program, 68 FR 3896 (Jan. 27, 2003).pdf | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR000036 | ETHIOPIA TPS AR000038 | 2-Termination of Designation of Lebanon Under Temporary Protected Status Program, 58 FR 7582 (Feb. 8, 1993).pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR000039 | ETHIOPIA TPS AR000041 | 2-Termination of Designation of Liberia Under Temporary Protected Status Program After Final 6-Month..63 FR 15437.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR000042 | ETHIOPIA TPS AR000046 | 2-Termination of the Designation of Ethiopia for Temporary Protected Status, 90 FR 58028 Dec. 15, 2025.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR000047 | ETHIOPIA TPS AR000050 | 2-Termination of the Designation of Sierra Leone Under the Temporary Protected Status Program...68 FR 52407 (Sept. 3, 2003).pdf | Privilege: Not Privilege | PDF | 4 |
| ETHIOPIA TPS AR000051 | ETHIOPIA TPS AR000057 | 2-Termination of the Designation of Sudan for Temporary Protected Status, 82 FR 47228 Oct. 11, 2017.pdf | Privilege: Not Privilege | PDF | 7 |
| ETHIOPIA TPS AR000058 | ETHIOPIA TPS AR000114 | 3-CBP, Entry Exit Overstay Report, Fiscal Year 2023 Report to Congr.pdf | Privilege: Not Privilege | PDF | 57 |
| ETHIOPIA TPS AR000115 | ETHIOPIA TPS AR000178 | 3-CBP, Entry, Exit Overstay Report, Fiscal Year 2024 Report to Congress .pdf | Privilege: Not Privilege | PDF | 64 |
| ETHIOPIA TPS AR000179 | ETHIOPIA TPS AR000193 | 3-DHS, Decision Memo, for the Secretary, 1.Signature Pages for Temporary Protective Status, Ethiopia.pdf | Privilege: DPP | PDF | 15 |
| ETHIOPIA TPS AR000194 | ETHIOPIA TPS AR000195 | 3-DHS, Decision Memo, for the Secretary, Att A Temporary Protected Status Legal Authority.pdf | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR000196 | ETHIOPIA TPS AR000223 | 3-DHS, Decision Memo, for the Secretary, Att B USCIS RAIO Country Conditions Report, Ethiopia.pdf | Privilege: Not Privilege | PDF | 28 |
| ETHIOPIA TPS AR000224 | ETHIOPIA TPS AR000234 | 3-DHS, Decision Memo, for the Secretary, Att C USCIS OPS Policy Considerations Report, Ethiopia.pdf | Privilege: Not Privilege | PDF | 11 |
| ETHIOPIA TPS AR000235 | ETHIOPIA TPS AR000236 | 3-DHS, Record of Environmental Consideration for Categorically Excluded Actions under National Environmental Protection Act, Ethiopia.pdf | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR000237 | ETHIOPIA TPS AR000239 | 3-DHS, USCIS, Off. of Perf. and Quality, Internal USCIS Data, TPS Current Population Pending Nov. 10, 2025.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR000240 | ETHIOPIA TPS AR000241 | 3-DHS, USCIS, Off. of Perf. and Quality, USCIS internal data, Ethiopia Advance Parole Receipt Count, FY21 to 25 YTD.pdf | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR000242 | ETHIOPIA TPS AR000242 | 3-DHS, USCIS, USCIS Internal Data, Summary of TECS Hits for Ethiopia FY 2010-2025.pdf | Privilege: Not Privilege | PDF | 1 |
| ETHIOPIA TPS AR000243 | ETHIOPIA TPS AR000243 | 3-DOS, Summary of Nonimmigrant Visa Issued to Ethiopian Nationals FY2018 to 2025 (YTD).pdf | Privilege: Not Privilege | PDF | 1 |
| ETHIOPIA TPS AR000244 | ETHIOPIA TPS AR000246 | 3-FDNS USCIS, USCIS Internal Data, Ethiopa Temporary Protected Status (TPS) RESULTS, Aug. 7, 2025.pdf | Privilege: LES | PDF | 3 |
| ETHIOPIA TPS AR000247 | ETHIOPIA TPS AR000249 | 3-Office of Homeland Sec. Stats. DHS, Ethiopia, Temporary Protected Status Stats, Aug. 2025.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR000250 | ETHIOPIA TPS AR000252 | 3-Office of Perf. and Quality, USCIS, Estimate of Current and Pending Temporary Protected Status Beneficiaries August.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR000253 | ETHIOPIA TPS AR000266 | 3-USCIS, DHS, Form I-131 Application for Travel Documents, Parole Documents, and Arrival Departure Records.pdf | Privilege: Not Privilege | PDF | 14 |
| ETHIOPIA TPS AR000267 | ETHIOPIA TPS AR000296 | 3-USCIS, DHS, Instructions for Form I-131 Application for Travel Documents, Parole Documents, and Arrival Departure Records.pdf | Privilege: Not Privilege | PDF | 30 |
| ETHIOPIA TPS AR000297 | ETHIOPIA TPS AR000299 | 3-USCIS, USCIS internal data, NIV vs. I-94 Ethiopia.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR000300 | ETHIOPIA TPS AR000301 | 4-1st Anniversary of Ethiopia's Cessation of Hostilities Agreement, U.S.pdf | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR000302 | ETHIOPIA TPS AR000329 | 4-2024 Country Reports on Human Rights Practices Ethiopia.pdf | Privilege: Not Privilege | PDF | 28 |
| ETHIOPIA TPS AR000330 | ETHIOPIA TPS AR000330 | 4-DoS, Consultation between DOS and DHS Pertaining to TPS Ethiopia Determination.pdf | Privilege: PII | PDF | 1 |
| ETHIOPIA TPS AR000331 | ETHIOPIA TPS AR000335 | 4-DOS, Ethiopia Travel Advisory.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR000336 | ETHIOPIA TPS AR000337 | 4-DOS, Secretary Rubio's Call with Ethiopian Prime Minister Abiy.pdf | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR000338 | ETHIOPIA TPS AR000340 | 4-DOS, Statement Marking Six-Month Anniversary of the Cessation of Hostilities in Northern Ethiopia.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR000341 | ETHIOPIA TPS AR000360 | 4-Ethiopia, Central Intelligence Agency World Factbook.pdf | Privilege: Not Privilege | PDF | 20 |
| ETHIOPIA TPS AR000361 | ETHIOPIA TPS AR000377 | 4-Ethiopia, In Brief, Lauren Ploch Blanchard, Congressional Research Service.pdf | Privilege: Not Privilege | PDF | 17 |
| ETHIOPIA TPS AR000378 | ETHIOPIA TPS AR000390 | 4-International Trade Administration, Ethiopia Country Commercial Guide.pdf | Privilege: Not Privilege | PDF | 13 |
| ETHIOPIA TPS AR000391 | ETHIOPIA TPS AR000393 | 4-Statement by Secretary of State Antony J.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR000394 | ETHIOPIA TPS AR000394 | 4-US Embassy Ethiopia, The United States Enhances its Humanitarian Response.pdf | Privilege: Not Privilege | PDF | 1 |
| ETHIOPIA TPS AR000395 | ETHIOPIA TPS AR000403 | 5- Atlantic Council, Civil war, debt, and Ethiopia's road to recovery .pdf | Privilege: Not Privilege | PDF | 9 |
| ETHIOPIA TPS AR000404 | ETHIOPIA TPS AR000407 | 5- Center for International Policy Studies, Understanding the Conflict in Ethiopia's Amhara Region .pdf | Privilege: Not Privilege | PDF | 4 |
| ETHIOPIA TPS AR000408 | ETHIOPIA TPS AR000413 | 5- European Commission, European Civil Protection and Humanitarian Aid Operations, Ethiopia.pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR000414 | ETHIOPIA TPS AR000429 | 5-10 largest Regions of Ethiopia, Soluap.pdf | Privilege: Not Privilege | PDF | 16 |
| ETHIOPIA TPS AR000430 | ETHIOPIA TPS AR000433 | 5-A land torn apart, Gambella's struggle against ethnic violence and neglect, Abraham Tekle, The Reporter.pdf | Privilege: Not Privilege | PDF | 4 |
| ETHIOPIA TPS AR000434 | ETHIOPIA TPS AR000441 | 5-A Reflection on the Conflict in the Amhara Region of Ethiopia, Adane Tadesse, Wilson Center.pdf | Privilege: Not Privilege | PDF | 8 |
| ETHIOPIA TPS AR000442 | ETHIOPIA TPS AR000449 | 5-Abiy Ashenafi, Pretoria University Center for Human Rights, Reflections on some challenges to achieving durable solutions.pdf | Privilege: Not Privilege | PDF | 8 |
| ETHIOPIA TPS AR000450 | ETHIOPIA TPS AR000461 | 5-ACAPS Analysis Hub, Ethiopia Returns of internally displaced people principles, challenges, and needs.pdf | Privilege: Not Privilege | PDF | 12 |
| ETHIOPIA TPS AR000462 | ETHIOPIA TPS AR000480 | 5-Access to electricity (% of population) – Ethiopia.pdf | Privilege: Not Privilege | PDF | 19 |
| ETHIOPIA TPS AR000481 | ETHIOPIA TPS AR000511 | 5-Accord, The Transitional Justice Policy of Ethiopia, Jun 25, 2025.pdf | Privilege: Not Privilege | PDF | 31 |
| ETHIOPIA TPS AR000512 | ETHIOPIA TPS AR000535 | 5-ACLED, Ethiopia Actor Profiles.pdf | Privilege: Not Privilege | PDF | 24 |
| ETHIOPIA TPS AR000536 | ETHIOPIA TPS AR000546 | 5-ACLED, Ethiopia Peace Observatory November 2023 Monthly, An Evolving Conflict Environment in Oromia.pdf | Privilege: Not Privilege | PDF | 11 |
| ETHIOPIA TPS AR000547 | ETHIOPIA TPS AR000549 | 5-ACLED, Ethiopia Peace Observatory, Oromia Region.pdf | Privilege: Not Privilege | PDF | 3 |

| | | | | | |
|---|---|---|---|---|---|
| ETHIOPIA TPS AR000550 | ETHIOPIA TPS AR000554 | 5-ACLED, Ethiopia situation update (19 February 2025).pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR000555 | ETHIOPIA TPS AR000561 | 5-ACLED, Ethiopia situation update (28 May 2025).pdf | Privilege: Not Privilege | PDF | 7 |
| ETHIOPIA TPS AR000562 | ETHIOPIA TPS AR000568 | 5-ACLED, Ethiopia Situation Update.pdf | Privilege: Not Privilege | PDF | 7 |
| ETHIOPIA TPS AR000569 | ETHIOPIA TPS AR000575 | 5-ACLED, Ethiopia Weekly Update .pdf | Privilege: Not Privilege | PDF | 7 |
| ETHIOPIA TPS AR000576 | ETHIOPIA TPS AR000583 | 5-ACLED, Fact Sheet Crisis in Ethiopia's Amhara Region ACLED.pdf | Privilege: Not Privilege | PDF | 8 |
| ETHIOPIA TPS AR000584 | ETHIOPIA TPS AR000594 | 5-ACLED, The pursuit of peace in Amhara region, Armed Conflict Location & Event Data.pdf | Privilege: Not Privilege | PDF | 11 |
| ETHIOPIA TPS AR000595 | ETHIOPIA TPS AR000603 | 5-Addis Fortune, Rising Fuel Prices Ignite Concerns Over Subsidy Impact, Economic Strain Oct 13, 2024.pdf | Privilege: Not Privilege | PDF | 9 |
| ETHIOPIA TPS AR000604 | ETHIOPIA TPS AR000610 | 5-Addis Insight, Ethiopia Unveils Record 1.pdf | Privilege: Not Privilege | PDF | 7 |
| ETHIOPIA TPS AR000611 | ETHIOPIA TPS AR000613 | 5-Addis Standard, Getachew Reda to form Tigray Liberal Democratic Party.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR000614 | ETHIOPIA TPS AR000617 | 5-Addis Standard, News, Ethiopia welcomes DP World's desire to jointly enhance Berbera Port, will negotiate terms of cooperation.pdf | Privilege: Not Privilege | PDF | 4 |
| ETHIOPIA TPS AR000618 | ETHIOPIA TPS AR000622 | 5-Addis Standard, Opinion Tigray at Crossroads Factionalism, governance paralysis, and looming risk of civil war.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR000623 | ETHIOPIA TPS AR000625 | 5-Addis Standard, Over 4.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR000626 | ETHIOPIA TPS AR000630 | 5-Addis Standard, Renewed security crisis in Metekel Zone, Benishagul Gumuz rekindles longstanding instability.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR000631 | ETHIOPIA TPS AR000633 | 5-Addis Standard, War-torn Amhara region officials seek $10 billion recovery funding amid ongoing crisis.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR000634 | ETHIOPIA TPS AR000644 | 5-Africa Center for Strategic Studies, Conflicts Causing Record Level of Forced Displacement in Africa.pdf | Privilege: Not Privilege | PDF | 11 |
| ETHIOPIA TPS AR000645 | ETHIOPIA TPS AR000653 | 5-Africa Center For Strategic Studies, Rising Tensions in Tigray Risk Regional Conflict Mar.pdf | Privilege: Not Privilege | PDF | 9 |
| ETHIOPIA TPS AR000654 | ETHIOPIA TPS AR000661 | 5-Africa Center for Strategic Studies, Rising Tensions in Tigray Risk Regional Conflict.pdf | Privilege: Not Privilege | PDF | 8 |
| ETHIOPIA TPS AR000662 | ETHIOPIA TPS AR000668 | 5-Africa Defense Forum, Fighting Continues in Ethiopia's Amhara Region.pdf | Privilege: Not Privilege | PDF | 7 |
| ETHIOPIA TPS AR000669 | ETHIOPIA TPS AR000682 | 5-Africa File Special Edition, Tigray Threatens to Spark the Next Eritrean-Ethiopian War, (Mar. 13, 2025).pdf | Privilege: Not Privilege | PDF | 14 |
| ETHIOPIA TPS AR000683 | ETHIOPIA TPS AR000703 | 5-Africa File, Fano Offensive in Ethiopia's Amhara, Egypt Arms Somalia (Sep. 26, 2024).pdf | Privilege: Not Privilege | PDF | 21 |
| ETHIOPIA TPS AR000704 | ETHIOPIA TPS AR000712 | 5-African Union, Cessation of Hostilities Agreement between the Government of the Federal Democratic Republic of Ethiopia and the Tigray Peoples' Liberati | Privilege: Not Privilege | PDF | 9 |
| ETHIOPIA TPS AR000713 | ETHIOPIA TPS AR000717 | 5-After a Dream Trip Turned into Tragedy, Ethiopian Migrants Find Safe Passage to Home.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR000718 | ETHIOPIA TPS AR000728 | 5-Aid cuts hit Ethiopia's malnourished children, jeopardizing life-saving response.pdf | Privilege: Not Privilege | PDF | 11 |
| ETHIOPIA TPS AR000729 | ETHIOPIA TPS AR000733 | 5-Al Jazeera, Ethiopia talks with Oromo rebel group end without deal for a third time.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR000734 | ETHIOPIA TPS AR000757 | 5-Al Jazeera, Healing the scars of Tigray's war.pdf | Privilege: Not Privilege | PDF | 24 |
| ETHIOPIA TPS AR000758 | ETHIOPIA TPS AR000761 | 5-Al Jazeera, Ten people dead in northern Ethiopia landslide State media.pdf | Privilege: Not Privilege | PDF | 4 |
| ETHIOPIA TPS AR000762 | ETHIOPIA TPS AR000763 | 5-All Africa, Ethiopia, Collateral No More, Amhara Civilians Face Relentless Drone Strikes - Global Inaction Enables Atrocities.pdf | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR000764 | ETHIOPIA TPS AR000764 | 5-All Africa, Ethiopia, Oromia Regional Government Appoints Three Former Ola Commanders After Peace Deal.pdf | Privilege: Not Privilege | PDF | 1 |
| ETHIOPIA TPS AR000765 | ETHIOPIA TPS AR000801 | 5-American University International Law Review, Sexual Violence as a Weapon of War in Ethiopia's Tigray Region and the Developing Adjudication of Violation | Privilege: Not Privilege | PDF | 37 |
| ETHIOPIA TPS AR000802 | ETHIOPIA TPS AR000817 | 5-Amhara Regional State Budget Brief, United Nations Children's Fund, 2018.pdf | Privilege: Not Privilege | PDF | 16 |
| ETHIOPIA TPS AR000818 | ETHIOPIA TPS AR000825 | 5-Amnesty International, Saudi Arabia Ethiopian migrants forcibly returned after detention in abhorrent conditions.pdf | Privilege: Not Privilege | PDF | 8 |
| ETHIOPIA TPS AR000826 | ETHIOPIA TPS AR000847 | 5-Armed conflict and treatment interruptions A systematic review and meta-analysis in Amhara.pdf | Privilege: Not Privilege | PDF | 22 |
| ETHIOPIA TPS AR000848 | ETHIOPIA TPS AR000853 | 5-Associated Press, Is Ethiopia at war again A look at the rebellion in one of its most powerful regions (article).pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR000854 | ETHIOPIA TPS AR000859 | 5-Associated Press, Is Ethiopia at war again A look at the rebellion in one of its most powerful regions (video).pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR000860 | ETHIOPIA TPS AR000867 | 5-BBC Amharic,  TPLF led by Ato Getachew is about to establish a new party called 'Tigray Liberal Democratic Party' (Apr. 29, 2025.pdf | Privilege: Not Privilege | PDF | 8 |
| ETHIOPIA TPS AR000868 | ETHIOPIA TPS AR000872 | 5-BBC News, Ethiopia has finished building mega-dam on Nile, PM Says.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR000873 | ETHIOPIA TPS AR000879 | 5-BBC News, Ethiopia's Tigray war, The short, medium and long story.pdf | Privilege: Not Privilege | PDF | 7 |
| ETHIOPIA TPS AR000880 | ETHIOPIA TPS AR000885 | 5-BBC News, No-one can handle another war, Tigrayans fear fresh Ethiopian conflict.pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR000886 | ETHIOPIA TPS AR000889 | 5-Birr Metrics, EU Funded Tigray Programme Reaches Over.pdf | Privilege: Not Privilege | PDF | 4 |
| ETHIOPIA TPS AR000890 | ETHIOPIA TPS AR000930 | 5-BMC Health Services Research, Integrating private health facilities in government-led health systems.pdf | Privilege: Not Privilege | PDF | 41 |
| ETHIOPIA TPS AR000931 | ETHIOPIA TPS AR000933 | 5-Borkena, Ethiopian Government Claims Near-Complete Retake of Amhara Districts from Rebel Forces .pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR000934 | ETHIOPIA TPS AR000936 | 5-Borkena, Oromia region gov't Claims Peace Deal with OLA as Factions Dismiss Agreement.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR000937 | ETHIOPIA TPS AR000941 | 5-Bridging Ethiopia, Infrastructure.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR000942 | ETHIOPIA TPS AR001007 | 5-BTI Transformation Index, Ethiopia Country Report 2024.pdf | Privilege: Not Privilege | PDF | 66 |
| ETHIOPIA TPS AR001008 | ETHIOPIA TPS AR001015 | 5-Business Insider Africa, Ethiopia-Egypt dispute escalates after Trump's controversial remarks on $5 billion GERD project,.pdf | Privilege: Not Privilege | PDF | 8 |
| ETHIOPIA TPS AR001016 | ETHIOPIA TPS AR001017 | 5-Capital Ethiopia, High debt, inflation, governance, May 26, 2025.pdf | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR001018 | ETHIOPIA TPS AR001027 | 5-Council on Foreign Relations.pdf | Privilege: Not Privilege | PDF | 10 |
| ETHIOPIA TPS AR001028 | ETHIOPIA TPS AR001034 | 5-Crisis in Ethiopia A Q&A on PHR's Partnerships for Health and Human Rights.pdf | Privilege: Not Privilege | PDF | 7 |
| ETHIOPIA TPS AR001035 | ETHIOPIA TPS AR001155 | 5-Danish Immigration Service, Ethiopia, Security situation in Amhara, Oromia and Tigray regions and return.pdf | Privilege: Not Privilege | PDF | 121 |
| ETHIOPIA TPS AR001156 | ETHIOPIA TPS AR001161 | 5-Delegation of the European Union to Ethiopia, Supporting the Reintegration of Returnees and Displaced Populations.pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR001162 | ETHIOPIA TPS AR001168 | 5-Democracy in Africa, Ethiopia's war may have ended, but the Tigray crisis hasn't.pdf | Privilege: Not Privilege | PDF | 7 |
| ETHIOPIA TPS AR001169 | ETHIOPIA TPS AR001200 | 5-Displacement Tracking Matrix, National Displacement Report Ethiopia.pdf | Privilege: Not Privilege | PDF | 32 |
| ETHIOPIA TPS AR001201 | ETHIOPIA TPS AR001208 | 5-Doctors Without Borders, Widespread destruction of health facilities in Ethiopia's Tigray region.pdf | Privilege: Not Privilege | PDF | 8 |
| ETHIOPIA TPS AR001209 | ETHIOPIA TPS AR001213 | 5-Drone Attacks on Health in 2023.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR001214 | ETHIOPIA TPS AR001252 | 5-Drought in Africa - April 2025.pdf | Privilege: Not Privilege | PDF | 39 |
| ETHIOPIA TPS AR001253 | ETHIOPIA TPS AR001260 | 5-EBSCO Knowledge Advantage, Addis Ababa, Ethiopia.pdf | Privilege: Not Privilege | PDF | 8 |
| ETHIOPIA TPS AR001261 | ETHIOPIA TPS AR001269 | 5-Elfenesh Muleta et. al., Government of Ethiopia Institute of Foreign Affairs, Ethiopias Debt Managing Risk and Ensuring Sustainability.pdf | Privilege: Not Privilege | PDF | 9 |

| | | | | | |
|---|---|---|---|---|---|
| ETHIOPIA TPS AR001270 | ETHIOPIA TPS AR001275 | 5-EPO May 2023 Monthly, Violence Returns to Oromia Despite Attempted Peace Talks .pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR001276 | ETHIOPIA TPS AR001281 | 5-EPO, Ethiopia Weekly Update.pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR001282 | ETHIOPIA TPS AR001292 | 5-EPO, The pursuit of peace in Amhara region.pdf | Privilege: Not Privilege | PDF | 11 |
| ETHIOPIA TPS AR001293 | ETHIOPIA TPS AR001295 | 5-Ethiopia - Conflict displaces over 11,000 people, ReliefWeb.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR001296 | ETHIOPIA TPS AR001296 | 5-Ethiopia ES, NFI Cluster Operational Presence & Response Monitoring Dashboard for Amhara.pdf | Privilege: Not Privilege | PDF | 1 |
| ETHIOPIA TPS AR001297 | ETHIOPIA TPS AR001300 | 5-Ethiopia Floods.pdf | Privilege: Not Privilege | PDF | 4 |
| ETHIOPIA TPS AR001301 | ETHIOPIA TPS AR001306 | 5-Ethiopia For every child, clean water.pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR001307 | ETHIOPIA TPS AR001319 | 5-Ethiopia forecasts faster growth next fiscal year.pdf | Privilege: Not Privilege | PDF | 13 |
| ETHIOPIA TPS AR001320 | ETHIOPIA TPS AR001325 | 5-Ethiopia Humanitarian Crisis, Office of the United Nations High Commissioner for Refugees.pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR001326 | ETHIOPIA TPS AR001330 | 5-Ethiopia Humanitarian Crisis, USA for United Nations High Commissioner for Refugees.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR001331 | ETHIOPIA TPS AR001341 | 5-Ethiopia Humanitarian Situation Report No. 9, United Nations Children's Fund.pdf | Privilege: Not Privilege | PDF | 11 |
| ETHIOPIA TPS AR001342 | ETHIOPIA TPS AR001352 | 5-Ethiopia Insight, Peace—and justice—remain elusive in Oromia.pdf | Privilege: Not Privilege | PDF | 11 |
| ETHIOPIA TPS AR001353 | ETHIOPIA TPS AR001357 | 5-Ethiopia Observer, Ethiopian governemnt and OLF-Shene trade blame for failed negotiations.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR001358 | ETHIOPIA TPS AR001368 | 5-Ethiopia Peace Observatory, EPO November 2023 Monthly, An Evolving Conflict Environment in Oromia.pdf | Privilege: Not Privilege | PDF | 11 |
| ETHIOPIA TPS AR001369 | ETHIOPIA TPS AR001370 | 5-Ethiopia ranked top IDP country in the world, Dawit Endeshaw, The Reporter.pdf | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR001371 | ETHIOPIA TPS AR001379 | 5-Ethiopia sign currency swap agreement with value of up to 817 million dollars, Reuters.pdf | Privilege: Not Privilege | PDF | 9 |
| ETHIOPIA TPS AR001380 | ETHIOPIA TPS AR001384 | 5-Ethiopia situation update, ReliefWeb, Feb. 19.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR001385 | ETHIOPIA TPS AR001389 | 5-Ethiopia situation update, ReliefWeb, Feb. 6.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR001390 | ETHIOPIA TPS AR001394 | 5-Ethiopia situation update, ReliefWeb.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR001395 | ETHIOPIA TPS AR001400 | 5-Ethiopia, Amhara Region North Wello and South Wello Zones IDP Site Living Conditions, ReliefWeb.pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR001401 | ETHIOPIA TPS AR001411 | 5-Ethiopia, Country Information, World Health Organization.pdf | Privilege: Not Privilege | PDF | 11 |
| ETHIOPIA TPS AR001412 | ETHIOPIA TPS AR001412 | 5-Ethiopia, Internal Displacement Overview.pdf | Privilege: Not Privilege | PDF | 1 |
| ETHIOPIA TPS AR001413 | ETHIOPIA TPS AR001417 | 5-Ethiopia, International Development Association World Bank Group.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR001418 | ETHIOPIA TPS AR001423 | 5-Ethiopia, Refugees and Internally Displaced Persons, ReliefWeb.pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR001424 | ETHIOPIA TPS AR001424 | 5-Ethiopia's civil war, what's behind the Amhara rebellion, The Conversation.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR001425 | ETHIOPIA TPS AR001428 | 5-Ethiopia's Import Landscape 2012-2022, REQIQ Insights.pdf | Privilege: Not Privilege | PDF | 35 |
| ETHIOPIA TPS AR001429 | ETHIOPIA TPS AR001437 | 5-Ethiopia's Tigray Refugee Crisis Explained.pdf | Privilege: Not Privilege | PDF | 10 |
| ETHIOPIA TPS AR001438 | ETHIOPIA TPS AR001441 | 5-Ethiopia's war may have ended, but the Tigray crisis hasn't, The Conversation.pdf | Privilege: Not Privilege | PDF | 4 |
| ETHIOPIA TPS AR001442 | ETHIOPIA TPS AR001446 | 5-Ethiopian Human Rights Commission, 138 killed, 113 injured in Gambella region over nine months.pdf | Privilege: Not Privilege | PDF | 1 |
| ETHIOPIA TPS AR001447 | ETHIOPIA TPS AR001448 | 5-Ethiopian military boosts operations in Amhara region, Aster Misganaw and Kennedy Abate, VOA.pdf | Privilege: Not Privilege | PDF | 4 |
| ETHIOPIA TPS AR001449 | ETHIOPIA TPS AR001475 | 5-Ethiopian News Agency, Ethiopia Poised to Become Africa's Leading Pharmaceutical Export Hub with Urgent Strategic Actions.pdf | Privilege: Not Privilege | PDF | 9 |
| ETHIOPIA TPS AR001476 | ETHIOPIA TPS AR001480 | 5-Ethiopian News Agency, Ethiopia Unveils National Horticulture, Enset Programs for Economic Growth .pdf | Privilege: Not Privilege | PDF | 4 |
| ETHIOPIA TPS AR001481 | ETHIOPIA TPS AR001515 | 5-Ethiopian News Agency, Ethiopia's Green Legacy, A Pragmatic Climate Strategy worth Emulating.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR001516 | ETHIOPIA TPS AR001525 | 5-Ethiopian News Agency, Pretoria Agreement Brought Relief to People of Tigray PM Abiya.pdf | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR001526 | ETHIOPIA TPS AR001529 | 5-Ethiopian Statistical Service, Projected_Population-2024, July 2024.pdf | Privilege: Not Privilege | PDF | 27 |
| ETHIOPIA TPS AR001530 | ETHIOPIA TPS AR001535 | 5-European Commission, Ethiopia, European Civil Protection and Humanitarian Aid Operations.pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR001536 | ETHIOPIA TPS AR001549 | 5-Famine Early Warning System Network.pdf | Privilege: Not Privilege | PDF | 14 |
| ETHIOPIA TPS AR001550 | ETHIOPIA TPS AR001567 | 5-Flooding in Ethiopia Public Health Situation Analysis.pdf | Privilege: Not Privilege | PDF | 18 |
| ETHIOPIA TPS AR001568 | ETHIOPIA TPS AR001574 | 5-Foreign Travel Advice, Ethiopia, Government of United Kingdom.pdf | Privilege: Not Privilege | PDF | 7 |
| ETHIOPIA TPS AR001575 | ETHIOPIA TPS AR001593 | 5-Freedom House, Freedom in the World 2025.pdf | Privilege: Not Privilege | PDF | 19 |
| ETHIOPIA TPS AR001594 | ETHIOPIA TPS AR001627 | 5-Freedom on the Net 2024.pdf | Privilege: Not Privilege | PDF | 34 |
| ETHIOPIA TPS AR001628 | ETHIOPIA TPS AR001633 | 5-GANNET Insights Healthcare in Ethiopia.pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR001634 | ETHIOPIA TPS AR001648 | 5-Genocide Watch, The Civil War in Ethiopia That Never Really Ended.pdf | Privilege: Not Privilege | PDF | 15 |
| ETHIOPIA TPS AR001649 | ETHIOPIA TPS AR001653 | 5-Global Centre for the Responsibility to Protect, Ethiopia, Populations at Risk.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR001654 | ETHIOPIA TPS AR001658 | 5-Global Centre for the Responsibilty to protect, Concerns-in-TJ, Oct 15 2024.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR001659 | ETHIOPIA TPS AR001668 | 5-Global Conflict Tracker, Conflict in Ethiopia.pdf | Privilege: Not Privilege | PDF | 10 |
| ETHIOPIA TPS AR001669 | ETHIOPIA TPS AR001708 | 5-Government of Canada, Ethiopia travel advice.pdf | Privilege: Not Privilege | PDF | 40 |
| ETHIOPIA TPS AR001709 | ETHIOPIA TPS AR001722 | 5-Government of Ethiopia Ministry of Health, Fact Sheets.pdf | Privilege: Not Privilege | PDF | 14 |
| ETHIOPIA TPS AR001723 | ETHIOPIA TPS AR001858 | 5-Guidance, Country policy and information note Tigrayans and the Tigrayan People's Liberation Front.pdf | Privilege: Not Privilege | PDF | 136 |
| ETHIOPIA TPS AR001859 | ETHIOPIA TPS AR001859 | 5-Harvard University, The effect of war on basic infrastructures of Eastern Tigray, Ethiopia.pdf | Privilege: Not Privilege | PDF | 1 |
| ETHIOPIA TPS AR001860 | ETHIOPIA TPS AR001911 | 5-Human Rights Watch, "If the Soldier Dies, It's on You", Attacks on Medical Care in Ethiopia's Amhara Conflict.pdf | Privilege: Not Privilege | PDF | 52 |
| ETHIOPIA TPS AR001912 | ETHIOPIA TPS AR001919 | 5-Human Rights Watch, Attacks on Medical Care in Ethiopia's Amhara Conflict.pdf | Privilege: Not Privilege | PDF | 52 |
| ETHIOPIA TPS AR001920 | ETHIOPIA TPS AR001933 | 5-Human Rights Watch, Ethiopia Events of 2022 .pdf | Privilege: Not Privilege | PDF | 8 |
| ETHIOPIA TPS AR001934 | ETHIOPIA TPS AR001957 | 5-Human Rights Watch, Ethiopia, Civilians in Western Oromia Left Unprotected.pdf | Privilege: Not Privilege | PDF | 14 |
| ETHIOPIA TPS AR001958 | ETHIOPIA TPS AR001972 | 5-Human Rights Watch, Ethiopia, Joint Submission to the Universal Periodic Review .pdf | Privilege: Not Privilege | PDF | 24 |
| ETHIOPIA TPS AR001973 | ETHIOPIA TPS AR001980 | 5-Human Rights Watch, Ethiopia, Submission to the UN Committee on the Rights of the Child.pdf | Privilege: Not Privilege | PDF | 15 |
| ETHIOPIA TPS AR001981 | ETHIOPIA TPS AR002032 | 5-Human Rights Watch, World Report 2025 Ethiopia.pdf | Privilege: Not Privilege | PDF | 8 |

| | | | | | |
|---|---|---|---|---|---|
| ETHIOPIA TPS AR002033 | ETHIOPIA TPS AR002041 | 5-Humanitarian Action, Regional Focus Southern and Eastern Africa.pdf | Privilege: Not Privilege | PDF | 9 |
| ETHIOPIA TPS AR002042 | ETHIOPIA TPS AR002046 | 5-Hunger stalks Ethiopia as UN aid agency halts support amid funding cuts.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR002047 | ETHIOPIA TPS AR002050 | 5-IMF, IMF Executive Board Approves Four-Year US$3.4 billion Extended July 29, 2024.pdf | Privilege: Not Privilege | PDF | 4 |
| ETHIOPIA TPS AR002051 | ETHIOPIA TPS AR002054 | 5-IMF, The Federal Democratic Republic of Ethiopia, Jul 2, 2025.pdf | Privilege: Not Privilege | PDF | 4 |
| ETHIOPIA TPS AR002055 | ETHIOPIA TPS AR002060 | 5-Impact International, Ethiopia's Growing Poverty Crisis Amidst Conflict and Economic Challenges.pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR002061 | ETHIOPIA TPS AR002076 | 5-Impact of Armed Conflicts on Public Health Infrastructure and Services in Oromia.pdf | Privilege: Not Privilege | PDF | 16 |
| ETHIOPIA TPS AR002077 | ETHIOPIA TPS AR002085 | 5-Intergovernmental Authority on Development, Agreement For Lasting Peace Through a Permanent Cessation of Hostilities.pdf | Privilege: Not Privilege | PDF | 9 |
| ETHIOPIA TPS AR002086 | ETHIOPIA TPS AR002148 | 5-Internal Displacement Monitoring Centre, 2025 Global Report on Internal Displacement.pdf | Privilege: Not Privilege | PDF | 63 |
| ETHIOPIA TPS AR002149 | ETHIOPIA TPS AR002151 | 5-International Committee of the Red Cross, Thousands of people unable to access healthcare services after upsurge in violence.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR002152 | ETHIOPIA TPS AR002171 | 5-International Crisis Group, Ethiopia's Ominous New War in Amhara.pdf | Privilege: Not Privilege | PDF | 20 |
| ETHIOPIA TPS AR002172 | ETHIOPIA TPS AR002173 | 5-International Medical Corps, Measles response - Ethiopia Situation Report 1, May 15, 2025.pdf | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR002174 | ETHIOPIA TPS AR002184 | 5-International Organization for Migration, Ethiopia Crisis Response Plan 2025.pdf | Privilege: Not Privilege | PDF | 11 |
| ETHIOPIA TPS AR002185 | ETHIOPIA TPS AR002195 | 5-International Rescue Committee, Crisis in Ethiopia What you need to know and how to help.pdf | Privilege: Not Privilege | PDF | 11 |
| ETHIOPIA TPS AR002196 | ETHIOPIA TPS AR002208 | 5-International Trade Administration, Ethiopia Country Commercial Guide,.pdf | Privilege: Not Privilege | PDF | 13 |
| ETHIOPIA TPS AR002209 | ETHIOPIA TPS AR002218 | 5-Is Ethiopia Safe for Travel.pdf | Privilege: Not Privilege | PDF | 10 |
| ETHIOPIA TPS AR002219 | ETHIOPIA TPS AR002227 | 5-Jacky Habib, National Public Radio, Ethiopia set a world record for displacements in a single year 5.1 million in 2021.pdf | Privilege: Not Privilege | PDF | 9 |
| ETHIOPIA TPS AR002228 | ETHIOPIA TPS AR002232 | 5-Jurist News, Somalia president nullifies Jan 8, 2024.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR002233 | ETHIOPIA TPS AR002244 | 5-McKinsey & Company, Overcoming sub-Saharan Africa's health workforce paradox.pdf | Privilege: Not Privilege | PDF | 12 |
| ETHIOPIA TPS AR002245 | ETHIOPIA TPS AR002254 | 5-Minority Rights Group, Anuak in Ethiopia.pdf | Privilege: Not Privilege | PDF | 10 |
| ETHIOPIA TPS AR002255 | ETHIOPIA TPS AR002256 | 5-Multidimensional Poverty Index 2023, Briefing note on Ethiopia.pdf | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR002257 | ETHIOPIA TPS AR002261 | 5-Multidimensional Poverty Peer Network, What is Multidimensional Poverty.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR002262 | ETHIOPIA TPS AR002269 | 5-New Humanitarian, The UN-led response in Ethiopia was a failure. It's time for accountability.pdf | Privilege: Not Privilege | PDF | 8 |
| ETHIOPIA TPS AR002270 | ETHIOPIA TPS AR002287 | 5-OHCHR, Türk_s global update to the Human Rights Council, Mar 4, 2024.pdf | Privilege: Not Privilege | PDF | 18 |
| ETHIOPIA TPS AR002288 | ETHIOPIA TPS AR002735 | 5-OHCHR, UN Human Rights Report 2024 .pdf | Privilege: Not Privilege | PDF | 448 |
| ETHIOPIA TPS AR002736 | ETHIOPIA TPS AR002765 | 5-Pan Africa Journal of Medicine, Insights from a measles outbreak root cause analysis in Ethiopia, Jun 13, 2024.pdf | Privilege: Not Privilege | PDF | 30 |
| ETHIOPIA TPS AR002766 | ETHIOPIA TPS AR002767 | 5-People, including underage children, are being rounded up, and families forced to pay for release of their family members, Ethiopian Human Rights Comm | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR002768 | ETHIOPIA TPS AR002770 | 5-People, including under-age children, are being rounded up, and families forced to pay for release of their family members, Ethiopian Human Rights Comm | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR002771 | ETHIOPIA TPS AR002775 | 5-Power struggle leads to coup in Tigray as war looms between Ethiopia and Eritrea, The Guardian.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR002776 | ETHIOPIA TPS AR002783 | 5-Project Hope, Ethiopia, Health System Has Collapsed in Conflict-Affected Areas.pdf | Privilege: Not Privilege | PDF | 8 |
| ETHIOPIA TPS AR002784 | ETHIOPIA TPS AR002785 | 5-Public Broadcasting Service News, Mudslides in Ethiopia have killed at least 229.pdf | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR002786 | ETHIOPIA TPS AR002908 | 5-Relief Web, Inter-agency humanitarian evaluation of the response to the crisis in northern Ethiopia Jun 3, 2024.pdf | Privilege: Not Privilege | PDF | 123 |
| ETHIOPIA TPS AR002909 | ETHIOPIA TPS AR002914 | 5-ReliefWeb, African Conflicts Displace Over 40 Million People.pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR002915 | ETHIOPIA TPS AR002918 | 5-Report says Ethiopia forces military recruitment, including minors, Eden Geremew, VOA Africa.pdf | Privilege: Not Privilege | PDF | 4 |
| ETHIOPIA TPS AR002919 | ETHIOPIA TPS AR002931 | 5-Reuter, IMF warns Ethiopia that reform momentum.pdf | Privilege: Not Privilege | PDF | 13 |
| ETHIOPIA TPS AR002932 | ETHIOPIA TPS AR002950 | 5-Rusted screws, metal spikes and plastic rubbish, the horrific sexual violence used against Tigray's women, Tess McClure, The Guardian.pdf | Privilege: Not Privilege | PDF | 19 |
| ETHIOPIA TPS AR002951 | ETHIOPIA TPS AR002982 | 5-Sarah Miller, Refugees International, Scars of War and Deprivation.pdf | Privilege: Not Privilege | PDF | 32 |
| ETHIOPIA TPS AR002983 | ETHIOPIA TPS AR003029 | 5-Semafor, Ethiopia floats its currency in a bid to secure loans.pdf | Privilege: Not Privilege | PDF | 47 |
| ETHIOPIA TPS AR003030 | ETHIOPIA TPS AR003085 | 5-Semafor, IMF warns Ethiopia over debt restructuring challenges, Jul 16, 2025.pdf | Privilege: Not Privilege | PDF | 56 |
| ETHIOPIA TPS AR003086 | ETHIOPIA TPS AR003104 | 5-Smart Traveler, Ethiopia, Government of Australia.pdf | Privilege: Not Privilege | PDF | 19 |
| ETHIOPIA TPS AR003105 | ETHIOPIA TPS AR003111 | 5-Techpoint Africa, Ethiopia mandates all government offices to accept digital payments in enforcement push.pdf | Privilege: Not Privilege | PDF | 7 |
| ETHIOPIA TPS AR003112 | ETHIOPIA TPS AR003122 | 5-The 4th Universal Periodic Review Economic and Infrastructure Destruction in Ethiopia's Tigray Region.pdf | Privilege: Not Privilege | PDF | 11 |
| ETHIOPIA TPS AR003123 | ETHIOPIA TPS AR003128 | 5-The Carnegie Endowment for International Peace, Ethiopia's Fragile Stability Remains at Risk.pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR003129 | ETHIOPIAS AR003140 | 5-The Humanitarian, Who is Fano Inside Ethiopias Amahra Rebellion, Nov 12, 2024.pdf | Privilege: Not Privilege | PDF | 12 |
| ETHIOPIA TPS AR003141 | ETHIOPIA TPS AR003211 | 5-The Impact of Ethiopia's Road Investment Program on Economic Development and Land Use.pdf | Privilege: Not Privilege | PDF | 71 |
| ETHIOPIA TPS AR003212 | ETHIOPIA TPS AR003214 | 5-The Reporter Ethiopia, IMF Pushes Ethiopia to Remove FX Restrictions.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR003215 | ETHIOPIA TPS AR003217 | 5-The Reporter Ethiopia, Lawmakers Mull VAT On Electricity, Wate May 18, 2024.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR003218 | ETHIOPIA TPS AR003220 | 5-The return of Amhara Internally Displaced Persons (IDPs) to Oromia region in Ethiopia, Erasmus University.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR003221 | ETHIOPIA TPS AR003225 | 5-The Silent Conflict What Is Really Happening in Oromia, Abraham Tekle.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR003226 | ETHIOPIA TPS AR003231 | 5-The Thin Line between Security and Suppression, Post-Emergency Realities in Amhara, Nardos Yoseph, The Reporter.pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR003232 | ETHIOPIA TPS AR003234 | 5-Tigrayan forces accuse Eritrea of launching full-scale offensive on border, The Guardian.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR003235 | ETHIOPIA TPS AR003258 | 5-Tsion Kokeb Kodo et. al., International Journal of Women's Health, The Impact of Armed Conflict on Services and Outcomes.pdf | Privilege: Not Privilege | PDF | 24 |
| ETHIOPIA TPS AR003259 | ETHIOPIA TPS AR003265 | 5-UNDP, UN Agencies and Ethiopian Government Launch Durable Solutions Strategy for Internal Displacement.pdf | Privilege: Not Privilege | PDF | 7 |
| ETHIOPIA TPS AR003266 | ETHIOPIA TPS AR003266 | 5-United Nations High Commissioner for Refugees, Ethiopia; Refugees and Internally Displaced Persons (as of 30 June 2025).pdf | Privilege: Not Privilege | PDF | 1 |
| ETHIOPIA TPS AR003267 | ETHIOPIA TPS AR003486 | 5-United Nations Human Rights Council, 57th session of the Human Rights Council.pdf | Privilege: Not Privilege | PDF | 220 |
| ETHIOPIA TPS AR003487 | ETHIOPIA TPS AR003499 | 5-UNOCHA, Ethiopia – Situation Report.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR003500 | ETHIOPIA TPS AR003500 | 5-UNOCHA, Ethiopia Appeal Humanitarian Action for Children.pdf | Privilege: Not Privilege | PDF | 13 |
| ETHIOPIA TPS AR003501 | ETHIOPIA TPS AR003505 | 5-UNOCHA, Ethiopia Internal Displacement Overview (as of June 2024).pdf | Privilege: Not Privilege | PDF | 1 |

| | | | | | |
|---|---|---|---|---|---|
| ETHIOPIA TPS AR003506 | ETHIOPIA TPS AR003513 | 5-UNOCHA, Ethiopia.pdf | Privilege: Not Privilege | PDF | 8 |
| ETHIOPIA TPS AR003514 | ETHIOPIA TPS AR003516 | 5-VOA, Access to Sea After Deal With Somaliland, Jan 1, 2024.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR003517 | ETHIOPIA TPS AR003518 | 5-VOA, Ethiopia, Eritrea Deny US  War Crimes Assertion, Mar 21,2023.pdf | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR003519 | ETHIOPIA TPS AR003520 | 5-VOA, Ethiopian Human Rights Commission, (Amharic)  People, including under-age children (Dec. 6, 2024).pdf | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR003521 | ETHIOPIA TPS AR003522 | 5-VOA, Peace Talks Between Ethiopian Government, OLA continue in Tanzania.pdf | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR003523 | ETHIOPIA TPS AR003528 | 5-WFP Warns of Rising Hunger and Malnutrition in Ethiopia as Humanitarian Needs Outpace Resources, World Food Program USA.pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR003529 | ETHIOPIA TPS AR003531 | 5-What's Behind Violence in Ethiopia's Other Conflict.pdf | Privilege: Not Privilege | PDF | 3 |
| ETHIOPIA TPS AR003532 | ETHIOPIA TPS AR003537 | 5-Why Do Floods Follow Droughts Look to the Somali Region of Ethiopia.pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR003538 | ETHIOPIA TPS AR003546 | 5-Wilson Center, Transitional Justice and Reconciliation Processes, Examining Ethiopia and Somalia.pdf | Privilege: Not Privilege | PDF | 9 |
| ETHIOPIA TPS AR003547 | ETHIOPIA TPS AR003551 | 5-World Bank Group, World Bank Backs Ethiopias Reforms to Jul 30,2024.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR003552 | ETHIOPIA TPS AR003558 | 5-World Bank Group, World Bank in Ethiopia.pdf | Privilege: Not Privilege | PDF | 7 |
| ETHIOPIA TPS AR003559 | ETHIOPIA TPS AR003564 | 5-World Bank, Ethiopia Overview, Development news, research, data (Oct. 10, 2025).pdf | Privilege: Not Privilege | PDF | 6 |
| ETHIOPIA TPS AR003565 | ETHIOPIA TPS AR003566 | 5-World Food Programme, Ethiopia.pdf | Privilege: Not Privilege | PDF | 2 |
| ETHIOPIA TPS AR003567 | ETHIOPIA TPS AR003571 | 5-World Health Organization, Ethiopias Integrated Measles Campaign, Aug 6, 2025.pdf | Privilege: Not Privilege | PDF | 5 |
| ETHIOPIA TPS AR003572 | ETHIOPIA TPS AR003593 | 5-Zenawi Hagos Gufue et. al., Front Public Health, Damage to the public health system caused by war-related looting or vandalism.pdf | Privilege: Not Privilege | PDF | 22 |
| ETHIOPIA TPS AR003594 | ETHIOPIA TPS AR003595 | DOS consult email Ethiopia 2 | Privilege: Not Privilege | PDF | 2 |