| | |
|---|---|
| **From:** | LAW, ROB[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E64AAEA5081B41D783D9868EBF048FF3-FE62CBE9-36] |
| **Sent:** | Wed 7/23/2025 3:23:21 PM (UTC) |
| **To:** | Chretien, Spencer[ChretienS@state.gov]; Calkins, Aaron L[Aaron.L.Calkins@uscis.dhs.gov] |
| **Subject:** | RE: [External] Upcoming TPS |

Thank you, Spencer. Adding USCIS COS Aaron Calkins so the State consultation makes it into the memo.

Rob Law
Senior Counselor, Office of the Secretary
U.S. Department of Homeland Security
M: 571-595-4890

---

**From:** Chretien, Spencer <ChretienS@state.gov>
**Sent:** Tuesday, July 22, 2025 6:12 PM
**To:** LAW, ROB <ROB.LAW@hq.dhs.gov>
**Subject:** RE: [External] Upcoming TPS

This email is from an external US Government agency.

Dear Rob,

I confirm that State has no foreign policy concerns with ending these TPS designations on or before those dates. As you are aware, sanctions on Syria have recently been lifted, and we have partnered with South Sudan on immigration-related issues.

Spencer

## Spencer Chretien
Senior Bureau Official
Population, Refugees, and Migration


U.S. DEPARTMENT of STATE

SENSITIVE BUT UNCLASSIFIED

---

**From:** LAW, ROB <ROB.LAW@hq.dhs.gov>
**Sent:** Monday, July 21, 2025 3:27 PM

ETHIOPIA TPS AR003594

**To:** Chretien, Spencer <ChretienS@state.gov>
**Subject:** [External] Upcoming TPS

Spencer,

The following TPS designations are coming up for review:
- Syria: Aug. 1 decision deadline
- South Sudan: September 3 decision deadline
- Burma: September 26 decision deadline
- Ethiopia: October 13 decision deadline


Thanks,
RTL

Rob Law
Senior Counselor, Office of the Secretary
U.S. Department of Homeland Security
M: 571-595-4890

ETHIOPIA TPS AR003595