**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, et al., <br><br>         *Plaintiffs*, <br><br><br>         v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,[1] et al., <br><br>         *Defendants*. | Civil Action No. 1:26-cv-10278-BEM |

**ORDER**

This matter comes before the Court on Parties' Joint Motion to Hold Proceedings in Abeyance (ECF No. 60).  Upon consideration of the Parties' Joint Motion, it is hereby ORDERED that the Motion is GRANTED.  These proceedings will be held in abeyance pending the Supreme Court's ruling in *Noem v. Dahlia Doe*, No. 25-1083, —S Ct.—, 2026 WL 731088 (U.S. Mar. 16, 2026), and *Trump v. Miot*, No. 25-1084, — S. Ct. —, 2026 WL 731087 (U.S. Mar. 16, 2026), and the time for any motion for rehearing has expired.   This Court's order postponing the termination of Ethiopia's TPS designation will remain in effect while proceedings are held in abeyance.

It is further ORDERED that within fourteen (14) days after the time for any motion for rehearing has expired, the Parties shall submit a joint status report addressing their respective

---

[1]  The current Secretary of Homeland Security is automatically substituted as a defendant in place of the former Secretary, Kristi Noem.   *See* Fed. R. Civ. P. 25(d).

positions regarding appropriate next steps in this litigation, including a proposed briefing schedule if necessary.

SO ORDERED.


Date:  April 20, 2026

_/s/ Brian E. Murphy_
_____
United States District Judge