**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; SAMUEL DOE; STEPHEN DOE; and ABAL DOE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Civil Action No. 1:26-cv-10278-BEM |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs respectfully request that the Court extend their deadline to oppose Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, Dkt. 85 and 90, until 14 days after this Court resolves Plaintiffs' Renewed Emergency Motion for Administrative Stay and to Postpone Effective Date of Agency Action, Dkt. 72 (the "Renewed Postponement Motion"). Defendants oppose this motion. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed the Amended Complaint in this action on July 13, 2026. Dkt. 71. On the same day, Plaintiffs filed the Renewed Postponement Motion, Dkt. 72, which is now fully briefed.

2. Defendants filed their Motion to Dismiss on July 27, 2026. Dkt. 85. Along with their Motion to Dismiss, Defendants filed an unopposed Motion for Leave to File Oversized Memorandum in Support of Motion to Dismiss. Dkt. 83.

3. The Court granted Defendants' Motion for Leave on July 29, 2026, Dkt. 88, and later that day Defendants refiled their memorandum of law in support of their Motion to Dismiss, Dkt. 90.

4. Plaintiffs' response to the Motion to Dismiss is currently due on August 10, 2026.

5. Good cause supports Plaintiffs' request for several reasons.

6. First, the Motion to Dismiss is lengthy and raises complex jurisdictional and merits issues across the eight claims in Plaintiffs' 294-paragraph Amended Complaint.

7. Second, the Renewed Postponement Motion is already fully briefed and addresses overlapping, novel issues—including whether Congress authorized the Secretary of Homeland Security to terminate Ethiopia's TPS designation—such that the Court's resolution of the Renewed Postponement Motion may clarify the issues that are relevant to the Motion to Dismiss.

8. Third, the Court issued an administrative stay pending resolution of the Renewed Postponement Motion, Dkt. 82; that stay is not tied to the resolution of Defendants' Motion to Dismiss. So no party will be prejudiced by Plaintiffs filing their response to the Motion to Dismiss after the Court resolves the Renewed Postponement Motion.

9. Finally, undersigned counsel are collectively litigating two related actions in this District in an emergency posture concerning the termination of TPS designations of South Sudan and Somalia, which, along with their other litigation dockets, further limits the time available to prepare a comprehensive opposition.

2

10. For these reasons, Plaintiffs respectfully request that their deadline to respond to the Motion to Dismiss be set for 14 days after the Court resolves the Renewed Postponement Motion.

11. Plaintiffs' counsel has conferred with counsel for Defendants, who oppose this extension of the response deadline.

12. Plaintiffs have not previously sought an extension of time in this matter.

WHEREFORE, for the reasons stated herein, Plaintiffs respectfully request that the Court extend their deadline to respond in opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, Dkt. 85 and 90, to 14 days after the Court's resolution of Plaintiffs' Renewed Postponement Motion, Dkt. 72.

Dated: August 4, 2026

Respectfully Submitted,

*/s/ Joy Chen*
Joy Chen (BBO No. 714192)
COVINGTON & BURLING LLP
One International Place
Suite 1020
Boston, MA 02110-2627
(617) 603-8821
JChen@cov.com

*/s/ Paul Killebrew*
Mark H. Lynch (*pro hac vice*)
Stephen Petkis (*pro hac vice*)
Daniel G. Randolph (*pro hac vice*)
Paul Killebrew (*pro hac vice*)
Ayana M. Lindsey (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-6000
MLynch@cov.com
SPetkis@cov.com
DRandolph@cov.com
PKillebrew@cov.com
ALindsey@cov.com

*/s/ Sarah Leadem*
Sarah Leadem (*pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
SLeadem@cov.com

*/s/ Nargis Aslami*
Nargis Aslami (BBO No. 714848)
Melissa Keaney (*pro hac vice*)
Collin Poirot (*pro hac vice*)
Abbey Rutherford (*pro hac vice*)
MUSLIM ADVOCATES
1032 15th Street N.W. #362
Washington, D.C. 20005
(202) 897-2622
Nargis@muslimadvocates.org
Melissa@muslimadvocates.org
Collin@muslimadvocates.org
Abbey@muslimadvocates.org

*/s/ Erik Crew*
Erik Crew (*pro hac vice*)
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
(949) 603-7411
ecrew@haitianbridge.org

*Counsel for Plaintiffs African Communities
Together, Samuel Doe, Stephen Doe, Abal Doe, and
the Proposed Class*

4

## <u>CERTIFICATE REGARDING LOCAL RULE 7.1</u>

Pursuant to Local Rule 7.1, I hereby certify that on August 3 and 4, 2026, I conferred with counsel for Defendants on the relief requested in the foregoing Motion and attempted in good faith to resolve or narrow the issues.  Defendants oppose the requested relief.  I certify that this Motion and all supporting papers filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Paul Killebrew*
Paul Killebrew