**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; SAMUEL DOE; STEPHEN DOE; and ABAL DOE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Civil Action No. 1:26-cv-10278-BEM |

**DEFENDANTS' ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO SUBMIT A PROPOSED DISCOVERY AND BRIEFING SCHEDULE**

Defendants respectfully request that the Court extend the deadline for submitting a proposed discovery and briefing schedule to Monday, August 31, 2026. In support, counsel for Defendants states as follows:

1. On September 18, 2026, the Court ordered the Parties "to confer and jointly submit to the Court on or before Tuesday, August 25, 2026, a proposed discovery and briefing schedule." ECF 103.

2. The Parties have met and conferred several times since the Court directed the Parties to do so, but the Parties have not reached an agreement on a proposed discovery and briefing schedule.

3. The Assistant United States Attorney assigned to this case has left the U.S. Attonrey's Office as of Friday, August 21, 2026. Due to this AUSA's departure, along with another

AUSA, Defendants are actively trying to manage some 146 cases that were assigned to the two AUSAs and have not yet been able to respond to various proposals from Plaintiffs.

4. Based on the above, Defendants herein move this Court for an extension of time up to and including Monday, August 31, 2026, so that the Parties can confer regarding the proposals from Plaintiffs.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that the Court allow this motion and permit the Parties to submit a proposed discovery and briefing schedule on or before Monday, August 31, 2026.

Respectfully Submitted,

LEAH B. FOLEY
United States Attorney

Dated: August 25, 2026

By: */s/ Rayford A. Farquhar*
Rayford A. Farquhar
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3284
Email: Rayford.farquhar@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Rayford A. Farquhar, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as follow:

Dated: August 25, 2026

By: */s/ Rayford A. Farquhar*
Rayford A. Farquhar
Assistant United States Attorney

**LOCAL RULE 7.1 CERTIFICATION**

I, Rayford A. Farquhar, Assistant U.S. Attorney, herein certify that today I spoke with counsel for Plaintiffs and he assented to the filing of this motion.

By: */s/ Rayford A. Farquhar*
Rayford A. Farquhar
Assistant United States Attorney