**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; SAMUEL DOE; STEPHEN DOE; and ABAL DOE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Civil Action No. 1:26-cv-10278-BEM |

**JOINT PROPOSED DISCOVERY AND BRIEFING SCHEDULE**

Plaintiffs respectfully submit the following joint proposed discovery and briefing schedule:

1. On August 18, 2026, the Court ordered the Parties "to confer and jointly submit to the Court on or before Tuesday, August 25, 2026 a proposed discovery and briefing schedule." ECF 103.

2. On August 25, 2026, Defendants filed an assented-to motion to extend the time for submitting a proposed discovery and briefing schedule to August 31, 2026. ECF 105. The Court granted that request. ECF 106.

3. The Parties have agreed to the following proposed discovery and briefing schedule:

   - Plaintiffs to serve initial requests for production on Defendants by September 15, 2026.

- Parties to meet and confer on initial requests for production between September 15, 2026 and October 6, 2026.
- Initiation of motions practice regarding discovery, if necessary, on October 6, 2026. Any briefing will be consistent with the local rules, unless otherwise requested by the Parties and ordered by the Court.

Dated: August 31, 2026

Respectfully Submitted,

*<u>/s/ Paul Killebrew</u>*
Mark H. Lynch (*pro hac vice*)
Stephen Petkis (*pro hac vice*)
Daniel G. Randolph (*pro hac vice*)
Paul Killebrew (*pro hac vice*)
Ayana M. Lindsey (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-6000
MLynch@cov.com
SPetkis@cov.com
DRandolph@cov.com
PKillebrew@cov.com
ALindsey@cov.com

*<u>/s/ Joy Chen</u>*
Joy Chen (BBO No. 714192)
COVINGTON & BURLING LLP
One International Place
Suite 1020
Boston, MA 02110-2627
(617) 603-8821
JChen@cov.com

*<u>/s/ Nargis Aslami</u>*
Nargis Aslami (BBO No. 714848)
Melissa Keaney (*pro hac vice*)
Collin Poirot (*pro hac vice*)
Abbey Rutherford (*pro hac vice*)
MUSLIM ADVOCATES
1032 15th Street N.W. #362

Washington, D.C. 20005
(202) 897-2622
Nargis@muslimadvocates.org
Melissa@muslimadvocates.org
Collin@muslimadvocates.org
Abbey@muslimadvocates.org

*/s/ Erik Crew*
Erik Crew (*pro hac vice*)
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
(949) 603-7411
ecrew@haitianbridge.org

*Counsel for Plaintiffs African Communities Together, Samuel Doe, Stephen Doe, Abal Doe, and the Proposed Class*

**CERTIFICATE REGARDING LOCAL RULE 7.1**

Pursuant to Local Rule 7.1, I hereby certify that I conferred with counsel for Defendants on this proposed discovery and briefing schedule and attempted in good faith to resolve or narrow the issues. Defendants agreed to this proposed discovery and briefing schedule. I certify that this proposed schedule and all supporting papers filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Paul Killebrew*
Paul Killebrew