UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**African Communities Together et al,**

Petitioners,

v.

CIVIL ACTION NO.
26-10278-BEM

**Kristi L. Noem et al,**

Respondents.

**FINAL JUDGMENT**

MURPHY, D.J.

In accordance with this Court's Order (Dkt. 103) issued on August 18, 2026, granting in part Defendants' motion to dismiss and denying Plaintiffs' motion to postpone, and this Court's Order (Dkt. 120) issued on September 17, 2026, granting Plaintiffs' motion for partial final judgment pursuant to Rule 54(b), it is hereby ORDERED:

Judgment for the Defendants against the Plaintiffs only as to Counts VI, VII, and VIII.

BY THE COURT,

***/s/ Marlene Martins***

Deputy Clerk

DATED: September 17, 2026