UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, et al.<br><br>Defendants. | No. 1:26-cv-10278-BEM |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**

Defendants respectfully move for an extension of time, up to and including Friday, October 30, 2026, to respond to Plaintiffs' Request for Production of Documents and Interrogatories. In support of this motion, Defendants state that despite their best efforts to coordinate with agency counsel to timely respond to Plaintiffs' request for production of documents and interrogatories, due to three recent departures of civil Assistant United States Attorneys within the Defensive Litigation Unit, additional time is necessary to coordinate with the agency to complete the responses and answers. This request does not alter the other dates scheduled by the Court.

WHEREFORE, Defendants respectfully request that the Court allow their motion and permit up to and including Friday, October 30, 2026, to respond to the discovery requests.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Email: rayford.farquhar@usdoj.gov

**LOCAL RULE 7.1 CERTIFICATION**

I, Rayford A. Farquhar, Assistant United States Attorney, hereby certify that I spoke and corresponded with Plaintiffs' counsel, Paul Killebrew, and he provided the following response:

> "Plaintiffs oppose the requested extension, as the Defendants previously agreed to the Court-ordered schedule for discovery and briefing. Plaintiffs do not intend to file an opposition to Defendants' requested extension, absent contrary direction from the Court."

Dated: October 14, 2026

By: */s/ Rayford A. Farquhar*
Rayford A. Farquhar
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 14, 2026

By: */s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant United States Attorney