**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; SAMUEL DOE; STEPHEN DOE; and ABAL DOE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Civil Action No. 1:26-cv-10278-BEM |

**PLAINTIFFS' ASSENTED-TO MOTION FOR EXTENSION OF DEADLINE TO INITIATE MOTIONS PRACTICE**

Plaintiffs respectfully request that the Court extend the deadline to initiate any necessary motions practice regarding Plaintiffs' initial discovery requests, *see* ECF 108, 109, from November 3, 2026 until December 3, 2026. In support of this motion, Plaintiffs state as follows:

1. On August 31, 2026, the Parties jointly proposed a discovery and briefing schedule to the Court regarding Plaintiffs' equal protection claim. ECF 108. The Court adopted the Parties' proposed schedule on September 1, 2026. ECF 109.

2. Under the proposed and adopted briefing schedule, Plaintiffs were to serve initial discovery requests on Defendants by September 15, 2026. ECF 108 ¶ 3. The Parties were then to meet and confer and begin any necessary motions practice on October 6, 2026. *Id.*

3. Plaintiffs served initial discovery requests on Defendants on September 15, 2026. Consistent with Fed. R. Civ. P. 34(b)(2)(A), those requests asked that responses and objections be provided within 30 days.

4. On October 5, 2026, the Parties requested that the Court extend the deadline for the initiation of motions practice from October 6, 2026 to November 3, 2026, so that Defendants could provide, and the Plaintiffs could consider, Defendants' written responses to Plaintiffs' initial discovery requests before the initiation of motions practice. ECF 132. Defendants committed to providing responses to Plaintiffs' initial discovery requests by October 15, 2026. *Id.* The Court granted the Parties' requested extension on October 5, 2026. ECF 133.

5. On October 14, 2026, Defendants requested, over Plaintiffs' objection, an extension until October 30, 2026 to provide their responses to Plaintiffs' initial discovery requests. ECF 134. The Court granted Defendants' request on October 15, 2026. ECF 135.

6. On October 30, 2026, the Parties met and conferred regarding Defendants' responses to Plaintiffs' initial discovery requests and agreed that Defendants would provide their responses on Monday, November 2, 2026.

7. Defendants provided their responses to Plaintiffs' initial discovery requests today, November 3, 2026.

8. Plaintiffs respectfully request that the Court extend the deadline for the initiation of any necessary motions practice to December 3, 2026. Defendants assent to the extension.

9. Good cause supports Plaintiffs' request for several reasons:

a. After previous extensions, Defendants committed to providing their responses to Plaintiffs' initial discovery requests by yesterday, November 2, 2026, and sent their responses to Plaintiffs today, November 3, 2026.

b. Plaintiffs have not had an opportunity to review Defendants' responses in detail, but based on previous discussions with Defendants, Plaintiffs anticipate the need to seek orders from the Court to obtain discovery from Defendants to which they are entitled. To narrow the issues in dispute, Plaintiffs would like an opportunity to review Defendants' responses and meet and confer with Defendants about them.

c. Extending the deadline for the initiation of motions practice from November 3, 2026 to December 3, 2026 will permit Plaintiffs to consider Defendants' written responses and objections; the Parties to meet and confer to attempt to narrow the issues; and the Parties to prepare any necessary motions.

10. For these reasons, Plaintiffs respectfully request that the Court extend the deadline for the initiation of motions practice from November 3, 2026 to December 3, 2026.

11. The Parties have previously sought one extension of discovery deadlines, and Defendants have previously sought one extension of discovery deadlines.

WHEREFORE, for the reasons stated herein, Plaintiffs respectfully request that the Court extend the deadline for the initiation of motions practice from November 3, 2026 to December 3, 2026.

Dated: November 3, 2026

Respectfully Submitted,

*/s/ Paul Killebrew*
Yevgeniy Pilipovskiy (BBO No. 714018)
Mark H. Lynch (*pro hac vice*)
Stephen Petkis (*pro hac vice*)
Daniel G. Randolph (*pro hac vice*)
Paul Killebrew (*pro hac vice*)
Ayana M. Lindsey (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-6000
YPilipovskiy@cov.com
MLynch@cov.com
SPetkis@cov.com
DRandolph@cov.com
PKillebrew@cov.com
ALindsey@cov.com

*/s/ Sarah Leadem*
Sarah Leadem (*pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000
SLeadem@cov.com

*/s/ Nargis Aslami*
Nargis Aslami (BBO No. 714848)
Melissa Keaney (*pro hac vice*)
Collin Poirot (*pro hac vice*)
Abbey Rutherford (*pro hac vice*)
MUSLIM ADVOCATES
1673 Columbia Rd., NW #14324
Washington, D.C. 20009
(202) 897-2622
Nargis@muslimadvocates.org
Melissa@muslimadvocates.org
Collin@muslimadvocates.org
Abbey@muslimadvocates.org

*/s/ Erik Crew*
Erik Crew (*pro hac vice*)
HAITIAN BRIDGE ALLIANCE

4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
(949) 603-7411
ecrew@haitianbridge.org

*Counsel for Plaintiffs African Communities Together, Samuel Doe, Stephen Doe, Abal Doe, and the Proposed Class*

**CERTIFICATE REGARDING LOCAL RULE 7.1**

Pursuant to Local Rule 7.1, I hereby certify that I conferred with counsel for Defendants on the relief requested in the foregoing Motion and attempted in good faith to resolve or narrow the issues. Defendants stated the following: "Due to resource constraints within the U.S. Attorney's Office, the government required additional time from Friday, October 30, 2026 to Tuesday, November 3, 2026 to complete its responses to Plaintiffs' initial discovery requests. The Parties are in agreement regarding an extension of the deadline for the initiation of motions practice from November 3, 2026 to December 3, 2026."

I certify that this Motion and all supporting papers filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Paul Killebrew*
Paul Killebrew